5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
# FOR THE DISTRICT OF IDAHO

LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,

    Plaintiffs,

v.

BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Boise School District; JON RUZICKA, in his official capacity as athletic director and supervisor of the Boise School District; THE INDIVIDUAL MEMBERS OF THE BOISE SCHOOL DISTRICT BOARD OF TRUSTEES, in their official capacities; THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,

    Defendants.

Case No. 1:20-cv-184

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, __Gabriel Arkles__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __Lindsay Hecox and Jane Doe through next friends Jean and John Doe__.

The applicant hereby attests as follows:

1. Applicant resides in __New York__, and practices at the following address and phone number __American Civil Liberties Union Foundation 125 Broad Street, 18th Floor, New York, NY 10004; (212) 549-2569__

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: See attached page with additional bar memberships.

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. __Richard Eppink (Bar No. 7503)__, a member in good standing of the bar of this court, of the firm of __American Civil Liberties Union of Idaho Foundation__, practices at the following office address and phone number: P. O. Box 1897 Boise, ID 83701  (208) 344-9750

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __15th__ day of __April__, __2020__.

/s/ Gabriel Arkles  
Applicant

/s/ Richard Eppink  
Designee

Signed under penalty of perjury.

**GABRIEL ARKLES BAR ADMISSIONS**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| New York Supreme Court, Appellate Division, 2nd Department | 4391918 | July 2006 | Active |
| U.S. District Court for the Southern District of New York | GA1995 | April 24, 2018 | Active |
| United States Court of Appeals for the Ninth Circuit | | September 2018 | Active |
| U.S. Supreme Court | | December 2018 | Active |