IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, AND JANE DOE WITH HER NEXT FRIENDS JEAN DOE AND JOHN DOE<br>v.<br>BRADLEY LITTLE et al. | Case No. 1:20-cv-184<br><br>APPLICATION FOR ADMISSION PRO HAC VICE<br><br>Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Andrew Barr, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Lindsay Hecox, and Jane Doe with her next friends Jean Doe and John Doe.

The applicant hereby attests as follows:

1. Applicant resides in Colorado, and practices at the following address and phone number Cooley, LLP, 380 Interlocken Crescent, Suite 900, Broomfield, CO 80022-8023
Telephone: (720) 566-4121   Facsimile: (720) 566-4099

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of Colorado | 6/1/2016 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink, a member in good standing of the bar of this court, of the firm of American Civil Liberties Union of Idaho Foundation, practices at the following office address and phone number: PO Box 1897, Boise, ID 83701
Telephone: (208) 344-9750 Ext. 1202   Facsimile: (208) 344-7201

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 15th day of April, 2020.

| /s/ Andrew Barr | /s/ Richard Eppink |
|---|---|
| Applicant | Designee |

Signed under penalty of perjury.