IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,
    Plaintiffs,

v.

BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Boise School District; JON RUZICKA, in his official capacity as athletic director and supervisor of the Boise School District; THE INDIVIDUAL MEMBERS OF THE BOISE SCHOOL DISTRICT BOARD OF TRUSTEES, in their official capacities; THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,
    Defendants.

Case No. 1:20-cv-184

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, James Esseks, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Lindsay Hecox and Jane Doe through next friends Jean and John Doe.

The applicant hereby attests as follows:

1. Applicant resides in New York, and practices at the following address and phone number American Civil Liberties Union Foundation 125 Broad Street, 18th Floor, New York, NY 10004; (212) 549-2623

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| See attached page with additional bar memberships. | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink (Bar No. 7503), a member in good standing of the bar of this court, of the firm of American Civil Liberties Union of Idaho Foundation, practices at the following office address and phone number: P. O. Box 1897 Boise, ID 83701 (208) 344-9750

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 15th day of April, 2020.

/s/ James Esseks                              /s/ Richard Eppink
Applicant                                     Designee

Signed under penalty of perjury.

LIST OF BAR MEMBERSHIPS FOR JAMES D. ESSEKS

| Name of State or Federal Bar or Court | Date Admitted | Status with Bar or Court/ID |
|---|---|---|
| U.S. Supreme Court | February 19, 2002 | Active |
| U.S. Court of Appeals for the Second Circuit | January 22, 1997 | Active |
| U.S. Court of Appeals for the Fourth Circuit | March 21, 2014 | Active |
| U.S. Court of Appeals for the Sixth Circuit | May 14, 2008 | Active |
| U.S. Court of Appeals for the Ninth Circuit | September 23, 1992 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | September 25, 2008 | Active |
| U.S. District Court for the Eastern District of Arkansas | May 27, 2003 | No Longer Active |
| U.S. District Court for the Western District of Arkansas | May 27, 2003 | No Longer Active |
| U.S. District Court for the Northern District of California | July 28, 2003 | Active |
| U.S. District Court for the Central District of California | September 27, 2005 | Active |
| U.S. District Court for the District of Columbia | July 22, 2008 | No Longer Active |
| U.S. District Court for the Southern District of New York | December 27, 1994 | Active, JE6948 |
| U.S. District Court for the Eastern District of New York | December 30, 1994 | Active |
| U.S. District Court for the Northern District of Texas | November 2016 | Active |
| California Supreme Court | June 16, 1992 | Active |
| New York Supreme Court | November 21, 1994 | Active, 2643807 |