IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Lindsay Hecox, and Jane Doe, with her next
friends Jean Doe and John Doe,

v.

Bradley Little, in his official capacity as
Governor of the State of Idaho, et al

Case No.   1:20-cv-184

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,
Catherine Ann West _____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of  Lindsay Hecox and Jane Doe _____.

The applicant hereby attests as follows:

1. Applicant resides in  Seattle, WA _____, and practices at the following
address and phone number  Legal Voice, 907 Pine St., Ste. 500, Seattle WA 98101 _____
206-375-6285

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Washington State | 2004 |
| Quinault Indian Nation | 2011 |
| Western District of Washington | 2013 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink _____, a member in good standing of the bar of this court, of the firm of
ACLU of Idaho _____, practices at the following office address and phone number:
PO Box 1897, Boise, ID 83701
208-344-9750

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents
to this designation by signing this application.

Dated this 13 day of April , 2020 .

_____
Applicant

/s/ Richard Eppink
_____
Designee

Signed under penalty of perjury.