LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

W. SCOTT ZANZIG, ISB #9361
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
steven.olsen@ag.idaho.gov
scott.zanzig@ag.idaho.gov
dayton.reed@ag.idaho.gov

      Attorneys for Governor of the State of Idaho Bradley Little; Sherri Ybarra; the Individual Members of the State Board of Education; Boise State University; Marlene Tromp; and the Individual Members of the Idaho Code Commission

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>      Plaintiffs,<br><br>   v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as | Case No. 1:20-cv-00184-CWD<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE - 1

| |
|---|
| superintendent of the Independent School District of Boise City #1; THE INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL OF DISTRICT OF BOISE CITY #1; in their official capacities; THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities, <br><br>                    Defendants. |

NOTICE IS HEREBY GIVEN that Steven L. Olsen, W. Scott Zanzig, and Dayton P. Reed, Deputy Attorneys General, appear as an attorneys of record for Defendants Governor of the State of Idaho Bradley Little; Sherri Ybarra; the Individual Members of the State Board of Education; Boise State University; Marlene Tromp; and the Individual Members of the Idaho Code Commission in the above-referenced matter.

DATED this 23rd day of April, 2020.

                                                   STATE OF IDAHO
                                                   OFFICE OF THE ATTORNEY GENERAL

                                                   By:  /s/ *Steven L. Olsen*
                                                        STEVEN L. OLSEN
                                                        Deputy Attorney General

                                                   By:  /s/ *W. Scott Zanzig*
                                                        W. SCOTT ZANZIG
                                                        Deputy Attorney General

                                                   By:  /s/ *Dayton P. Reed*
                                                        DAYTON P. REED
                                                        Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
REppink@acluidaho.org

Gabriel Arkles
Jame Esseks
Chase Strangio
AMERICAN CIVIL LIBERTIES FOUNDATION
125 Broad St.
New York, NY 10004
garkles@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Kathleen Hartnett
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com

Elizabeth Prelogar
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington D.C. 20004-2400
eprelogar@cooley.com

Andrew Barr
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO 80021-8023
abarr@cooley.com

Catherine West
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
cwest@legalvoice.org

/s/ *Steven L. Olsen*
STEVEN L. OLSEN

NOTICE OF APPEARANCE - 3