LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
SCOTT ZANZIG, ISB #9361
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:    (208) 334-2400
Facsimile:    (208) 854-8073
steven.olsen@ag.idaho.gov
scott.zanzig@ag.idaho.gov
dayton.reed@ag.idaho.gov

Attorneys for Governor of the State of Idaho Bradley Little; Sherri Ybarra; the Individual Members of the State Board of Education; Boise State University; Marlene Tromp; and the Individual Members of the Idaho Code Commission

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; THE | Case No. 1:20-cv-00184-CWD<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A 30-PAGE BRIEF [DKT. 18]** |

INDIVIDUAL MEMBERS OF THE
BOARD OF TRUSTEES OF THE
INDEPENDENT SCHOOL OF DISTRICT
OF BOISE CITY #1; in their official
capacities; THE INDIVIDUAL MEMBERS
OF THE IDAHO CODE COMMISSION,
in their official capacities,

                Defendants.

Defendants confirm their non-opposition to Plaintiffs' *Unopposed Motion for Leave to File a 30-Page Brief* [dkt. 18.], and request that the Court allow them the same 30-page limit for their subsequent response.

DATED this 28th day of April, 2020.

                                            STATE OF IDAHO
                                            OFFICE OF THE ATTORNEY GENERAL

                            By:  */s/ Dayton P. Reed*
                                  Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
REppink@acluidaho.org

Gabriel Arkles
Jame Esseks
Chase Strangio
AMERICAN CIVIL LIBERTIES FOUNDATION
125 Broad St.
New York, NY 10004
garkles@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Kathleen Hartnett
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com

Elizabeth Prelogar
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington D.C. 20004-2400
eprelogar@cooley.com

Andrew Barr
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO 80021-8023
abarr@cooley.com

Catherine West
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
cwest@legalvoice.org

/s/ Dayton P. Reed