LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

W. SCOTT ZANZIG, ISB #9361
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
steven.olsen@ag.idaho.gov
scott.zanzig@ag.idaho.gov
dayton.reed@ag.idaho.gov

Attorneys for Governor of the State of Idaho Bradley Little; Sherri Ybarra; the Individual Members of the State Board of Education; Boise State University; Marlene Tromp; and the Individual Members of the Idaho Code Commission

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00184-CWD<br><br>**STIPULATED MOTION RE: BRIEFING SCHEDULE ON MOTIONS** |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1.　　　Plaintiffs have filed a Motion for a Preliminary Injunction (Dkt. 22). Plaintiffs' motion seeks an order prohibiting Defendants from implementing a newly enacted law, House Bill 500a. Plaintiffs desire to have the motion decided before August 10, 2020. The Court has set a hearing on Plaintiffs' preliminary injunction motion for July 22, 2020.

STIPULATED MOTION RE: BRIEFING SCHEDULE ON MOTIONS - 1

2. In support of their preliminary injunction motion, with the Court's leave (Dkt. 19) Plaintiffs filed an overlength brief (Dkt. 22-1), and they also filed nine declarations, including five expert declarations (Dkts. 22-2 through 22-10).

3. Due to the issues raised and the volume of materials Plaintiffs have filed, Defendants believe they need an additional two weeks beyond the standard 21 days to respond to Plaintiffs' preliminary injunction motion. In light of this, Plaintiffs believe they need an additional week beyond the standard 14 days to prepare and file their reply brief.

4. In addition to responding to the preliminary injunction, Defendants intend to file a motion to dismiss in response to Plaintiffs' Complaint for Declaratory and Injunctive Relief (Dkt. 1). Defendants' response to the Complaint is currently due June 15, 2020.

5. In order to ensure that the Court has adequate time to consider the issues raised in Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss in connection with the July 22 hearing, the parties have agreed on a briefing schedule for both motions as follows:

   a. Defendants shall file their motion to dismiss on or before June 1, 2020.

   b. Plaintiffs shall file their response to Defendants' motion to dismiss on or before June 22, 2020.

   c. Defendants shall file their reply in support of their motion to dismiss on or before July 6, 2020.

   d. Defendants shall file their response to Plaintiffs' preliminary injunction motion on or before June 4, 2020.

   e. Plaintiffs shall file their reply in support of their preliminary injunction motion on or before June 25, 2020.

6. Pursuant to Local Civil Rule 6.1, the parties request that the Court approve this stipulated briefing schedule.

DATED: May 15, 2020.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Steven L. Olsen*
    STEVEN L. OLSEN
    Deputy Attorney General
    Counsel for Defendants

DATED: May 15, 2020.

AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION

By: /s/ *Ritchie A. Eppink*
    RITCHIE A. EPPINK
    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
REppink@acluidaho.org

Gabriel Arkles
Jame Esseks
Chase Strangio
AMERICAN CIVIL LIBERTIES FOUNDATION
125 Broad St.
New York, NY 10004
garkles@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Kathleen Hartnett
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
khartnett@cooley.com

Elizabeth Prelogar
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington D.C. 20004-2400
eprelogar@cooley.com

Andrew Barr
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO 80021-8023
abarr@cooley.com

Catherine West
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
cwest@legalvoice.org

                                        /s/ *Steven L. Olsen*
                                        STEVEN L. OLSEN