IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00184-dcn<br><br>**ORDER GRANTING STIPULATED MOTION RE: BRIEFING SCHEDULE ON MOTIONS** |

Having considered the parties' Stipulated Motion Re: Briefing Schedule on Motions (Dkt. 27), and good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing schedule shall be amended as follows:

a. Defendants shall file their motion to dismiss on or before June 1, 2020.

b. Plaintiffs shall file their response to Defendants' motion to dismiss on or before June 22, 2020.

c. Defendants shall file their reply in support of their motion to dismiss on or before July 6, 2020.

d. Defendants shall file their response to Plaintiffs' preliminary injunction motion on or before June 4, 2020.

ORDER - 1

e. Plaintiffs shall file their reply in support of their preliminary injunction motion on or before June 25, 2020.

DATED: May 18, 2020

David C. Nye
Chief U.S. District Court Judge

ORDER - 2