Bruce D. Skaug
bruce@skauglaw.com
ID Bar No. 3904
Raul R. Labrador
raul@skauglaw.com
ID Bar No. 5469
SKAUG LAW, P.C.
1226 E. Karcher Road
Nampa, ID 83687
(208) 466-0030
(208) 466-8903 Fax

Roger G. Brooks*
rbrooks@ADFlegal.org
NC Bar No. 16317
Jeffrey A. Shafer*
jshafer@ADFlegal.org
IL Bar No. 6230713
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax

Kristen K. Waggoner*
kwaggoner@ADFlegal.org
D.C. Bar No. 242069
Parker Douglas*
pdouglas@ADFlegal.org
MI Bar No. P83242
Christiana M. Holcomb*
cholcomb@ADFlegal.org
D.C. Bar No. 176922
ALLIANCE DEFENDING FREEDOM
440 First St. NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 Fax

*Applications for admission *pro hac vice* forthcoming

*Attorneys for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>*Plaintiffs*,<br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; | Case No. 1:20-cv-00184-DCN<br><br>**MOTION TO INTERVENE** |

| |
|---|
| INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; THE INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1, in their official capacities; THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities, |
| *Defendants*. |

Pursuant to Federal Rule of Civil Procedure 24(a) and (b), Madison Kenyon and Mary Marshall hereby move this Court to authorize their intervention as parties in this case. In conformity with Local Rule 7(b)(1), a memorandum of law accompanies this motion.

As set forth in the accompanying memorandum, proposed intervenors satisfy the requirements for intervention as of right under Rule 24(a). Their motion is timely, they have a significantly protectable interest in the subject matter of this case, the outcome of this case may impair their interests, and their interests may not be adequately represented by the named parties.

Proposed intervenors also satisfy the criteria for permissive intervention under Rule 24(b). Their filing is timely, their participation will cause no undue delay or prejudice to the original parties, and their legal position "shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1).

Respectfully submitted this 26th day of May, 2020.

Roger G. Brooks*
rbrooks@ADFlegal.org
NC Bar No. 16317
Jeffrey A. Shafer*
jshafer@ADFlegal.org
IL Bar No. 6230713
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax

Kristen K. Waggoner*
kwaggoner@ADFlegal.org
D.C. Bar No. 242069
Parker Douglas*
pdouglas@ADFlegal.org
MI Bar No. P83242
Christiana M. Holcomb*
cholcomb@ADFlegal.org
D.C. Bar No. 176922
ALLIANCE DEFENDING FREEDOM
440 First St. NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 Fax

By: */s/ Bruce D. Skaug*
Bruce D. Skaug
bruce@skauglaw.com
ID Bar No. 3904
Raul R. Labrador
raul@skauglaw.com
ID Bar No. 5469
SKAUG LAW, P.C.
1226 E. Karcher Road
Nampa, ID 83687
(208) 466-0030
(208) 466-8903 Fax

*Applications for admission *pro hac vice* forthcoming

*Attorneys for Proposed Intervenors*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| Andrew Barr<br>abarr@cooley.com | Dayton Reed<br>dayton.reed@ag.idaho.gov |
| Catherine West<br>cwest@legalvoice.org | Steven Olsen<br>steven.olsen@ag.idaho.gov |
| Chase Strangio<br>cstrangio@aclu.org | W. Scott Zanzig<br>scott.zanzig@ag.idaho.gov |
| Elizabeth Prelogar<br>eprelogar@cooley.com | *Attorneys for Defendants* |
| Gabriel Arkles<br>garkles@aclu.org | Matthew Wilde<br>mattwilde@boisestate.edu |
| James Esseks<br>jesseks@aclu.org | *Attorney for Defendants Boise State University and Marlene Tromp* |
| Kathleen Hartnett<br>khartnett@cooley.com | |
| Richard Eppink<br>reppink@acluidaho.org | |
| *Attorneys for Plaintiffs* | |

                                                        s/ *Bruce D. Skaug*
                                                        Attorney for Proposed Intervenors