LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
DAYTON P. REED, ISB #10775
SCOTT ZANZIG, ISB #9361
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:      (208) 334-2400
Facsimile:      (208) 854-8073
steven.olsen@ag.idaho.gov
dayton.reed@ag.idaho.gov
scott.zanzig@ag.idaho.gov

       Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; THE INDIVIDUAL MEMBERS OF THE | Case No. 1:20-cv-00184-DCN <br><br> **MOTION TO DISMISS** |

**MOTION TO DISMISS** – 1

BOARD OF TRUSTEES OF THE
INDEPENDENT SCHOOL OF DISTRICT
OF BOISE CITY #1; in their official
capacities; THE INDIVIDUAL MEMBERS
OF THE IDAHO CODE COMMISSION,
in their official capacities,

          Defendants.

Defendants, by and through their attorneys, move the Court to dismiss Plaintiffs'

complaint [Dkt. 1] under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion is

supported by Plaintiffs' complaint [Dkt. 1] and the accompanying memorandum.

DATED this 1st day of June, 2020.

                         STATE OF IDAHO
                         OFFICE OF THE ATTORNEY GENERAL


          By:  /s/  *Dayton P. Reed*
               DAYTON P. REED
               Deputy Attorney General

**MOTION TO DISMISS** – 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
REppink@acluidaho.org

Gabriel Arkles
James Esseks
Chase Strangio
AMERICAN CIVIL LIBERTIES FOUNDATION
garkles@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Kathleen Hartnett
COOLEY LLP
khartnett@cooley.com

*Attorneys for Plaintiffs*

Matthew K. Wilde
Boise State University
Office of General Counsel
mattwilde@boisestae.edu

*Attorney for Defendants Boise State University
and Marlene Tromp*

Daniel J. Skinner
Cantril Skinner
danskinner@cssklaw.com

*Attorney for Defendants Independent School
District of Boise City #1, Coby Dennis, and
the Individual Members of the Board of
Trustees of the Independent School District of
Boise City #!*

Elizabeth Prelogar
COOLEY LLP
eprelogar@cooley.com

Andrew Barr
COOLEY LLP
abarr@cooley.com

Catherine West
cwest@legalvoice.org

**MOTION TO DISMISS** – 3

Bruce D. Skaug
bruce@skauglaw.com
Raul R. Labrador
raul@skauglaw.com

Roger G. Brooks
rbrooks@ADFlegal.org
Jeffrey A. Shafer
jshafer@ADFlegal.org
ALLIANCE DEFENDING FREEDOM 15100

Kristen K. Waggoner
kwaggoner@ADFlegal.org
Parker Douglas*
pdouglas@ADFlegal.org
Christiana M. Holcomb
cholcomb@ADFlegal.org
ALLIANCE DEFENDING FREEDOM

*Attorneys for Proposed Intervenors*

/s/  *Dayton P. Reed*
DAYTON P. REED

**MOTION TO DISMISS** – 4