Bruce D. Skaug
bruce@skauglaw.com
ID Bar No. 3904
Raul R. Labrador
raul@skauglaw.com
ID Bar No. 5469
SKAUG LAW, P.C.
1226 E. Karcher Road
Nampa, ID 83687
(208) 466-0030
(208) 466-8903 Fax

Roger G. Brooks
rbrooks@ADFlegal.org
NC Bar No. 16317*
Jeffrey A. Shafer
jshafer@ADFlegal.org
IL Bar No. 6230713*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax

Kristen K. Waggoner
kwaggoner@ADFlegal.org
D.C. Bar No. 242069*
Parker Douglas
pdouglas@ADFlegal.org
MI Bar No. P83242*
Christiana M. Holcomb
cholcomb@ADFlegal.org
D.C. Bar No. 176922*
ALLIANCE DEFENDING FREEDOM
440 First St. NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 Fax

*Attorneys for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>*Plaintiffs*,<br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; | Case No. 1:20-cv-00184-DCN<br><br>**MOTION FOR LEAVE TO FILE CONDITIONAL MEMORANDUM IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1

| |
|---|
| INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; THE INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1, in their official capacities; THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities, |
| *Defendants*. |

Proposed intervenors Madison Kenyon and Mary Marshall move this Court for leave to file a conditional Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

As the injunctive relief that Plaintiffs request would affect the interests of proposed intervenor female athletes, and it is uncertain if they will have an opportunity to respond to Plaintiffs' motion after the resolution of their own motion to intervene, proposed intervenors petition the Court to permit their filing of a conditional response memorandum, such that their arguments may be available for the Court's consideration should their motion to intervene be granted.

Respectfully submitted this 4th day of June, 2020.

By: */s/ Jeffrey A. Shafer*  
Roger G. Brooks  
rbrooks@ADFlegal.org  
NC Bar No. 16317*  
Jeffrey A. Shafer  
jshafer@ADFlegal.org  
IL Bar No. 6230713*  
ALLIANCE DEFENDING FREEDOM  
15100 N. 90th St.  
Scottsdale, AZ 85260  
(480) 444-0020  
(480) 444-0028 Fax  

By: */s/ Bruce D. Skaug*  
Bruce D. Skaug  
bruce@skauglaw.com  
ID Bar No. 3904  
Raul R. Labrador  
raul@skauglaw.com  
ID Bar No. 5469  
SKAUG LAW, P.C.  
1226 E. Karcher Road  
Nampa, ID 83687  
(208) 466-0030  
(208) 466-8903 Fax

Kristen K. Waggoner
kwaggoner@ADFlegal.org
D.C. Bar No. 242069*
Parker Douglas
pdouglas@ADFlegal.org
MI Bar No. P83242*
Christiana M. Holcomb
cholcomb@ADFlegal.org
D.C. Bar No. 176922*
ALLIANCE DEFENDING FREEDOM
440 First St. NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 Fax

*Admitted *Pro Hac Vice*

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Andrew Barr
abarr@cooley.com

Catherine West
cwest@legalvoice.org

Chase Strangio
cstrangio@aclu.org

Elizabeth Prelogar
eprelogar@cooley.com

Gabriel Arkles
garkles@aclu.org

James Esseks
jesseks@aclu.org

Kathleen Hartnett
khartnett@cooley.com

Richard Eppink
reppink@acluidaho.org

*Attorneys for Plaintiffs*

Dayton Reed
dayton.reed@ag.idaho.gov

Steven Olsen
steven.olsen@ag.idaho.gov

W. Scott Zanzig
scott.zanzig@ag.idaho.gov

*Attorneys for Defendants*

Matthew Wilde
mattwilde@boisestate.edu

*Attorney for Defendants Boise State University and Marlene Tromp*

/s/ *Jeffrey A. Shafer*
Attorney for Proposed Intervenors

4