# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing**

U.S. District Judge: David C. Nye  
Deputy Clerk: Sunny Trumbull  
Court Reporter: Anne Bowline  
Boise, Idaho

Date: July 22, 2020  
Time: 9:01 a.m. – 10:40 a.m.  
10:56 a.m. – 12:21 p.m.

<u>HECOX, et al vs. LITTLE, et al., Case No. 1:20-cv-184-DCN</u>

Counsel for: Plaintiffs Lindsay Hecox and Jane Doe - Andrew Barr (by video), Catherine West (by video), Chase Strangio (by video), Elizabeth Prelogar (in person), Gabriel Arkles (by video), James Esseks (video), Kathleen Hartnett (by video) and Richard Eppink (in person)

Defendants Bradley Little, Sherri Ybarra, Individual Members of the State Board of Education, Individual Members of the State Board of Education, Independent School District of Boise City #1, Coby Dennis, Individual Members of the Board of Trustees of the Independent School District of Boise City #1, Individual Members of the Idaho Code Commission, Boise State University and Marlene Tromp - Dayton Reed (by video), Steven Olsen (in person) and W Scott Zanzig (in person)

Intervenors Madison Kenyon and Mary Marshall - Bruce Skaug (in person), Jeffrey Shafer (in person), Parker Douglas (by video) and Roger Brooks (in person)

Intervenor/Interested Party United States of America - AUSA Peter Wucetich

The Court noted this matter is now set for hearing on the Plaintiffs' Motion for Preliminary Injunction (docket 22), Intervenors' Motion to Intervene (docket #30) and Defendants' Motion to Dismiss (docket #40).

Argument presented to the Court by counsel on the Intervenors' Motion to Intervene.

The Court granted the Intervenors' Motion to Intervene amicus curiae for today's purposes only.

Argument presented to the Court by counsel on the Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction.

All 3 motions are taken under advisement. A written decision is forthcoming.