# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District of Idaho

U.S. District Court case number: 1:20-cv-00184-DCN

Date case was first filed in U.S. District Court: 04/15/2020

Date of judgment or order you are appealing: 08/17/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

- ◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Please see Attachment 1

Is this a cross-appeal?   ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Idaho Office of the Attorney General - Civil Litigation Division

P. O. Box 83720

City: Boise   State: ID   Zip Code: 83720-0010

Prisoner Inmate or A Number (if applicable): N/A

**Signature** /s/ W. Scott Zanzig   **Date** 09/16/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| Please see Attachment 1 |

Name(s) of counsel (if any):
| Steven L. Olsen, DAG; W. Scott Zanzig, DAG; Dayton P. Reed, DAG |

Address: P. O. Box 83720

Telephone number(s): (208) 334-2400

Email(s): Please see Attachment 1

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| Lindsay Hecox; Jane Doe |

Name(s) of counsel (if any):
| Please see Attachment 1 |

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                     2                              *New 12/01/2018*

ATTACHMENT 1

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 1. Notice of Appeal from a Judgment or
Order of a United States District Court

Form 6. Representation Statement

*Attorneys for Appellants **BRADLEY LITTLE**, in his official capacity as Governor of the State of Idaho; **SHERRI YBARRA**, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; **THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION**, in their official capacities; **BOISE STATE UNIVERSITY; MARLENE TROMP**, in her official capacity as President of Boise State University; **INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS**, in his official capacity as superintendent of the Independent School District of Boise City #1; **THE INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1**, in their official capacities; **THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION**, in their official capacities*

Steven L. Olsen
W. Scott Zanzig
Dayton P. Reed
Deputy Attorneys General
Idaho Office of the Attorney General
Civil Litigation Division
P. O. Box 83720
Boise, ID  83720-0010
208-334-2400
steve.olsen@ag.idaho.gov
dayton.reed@ag.idaho.gov
scott.zanzig@ag.idaho.gov

1

*Attorneys for Intervenors MADISON KENYON and MARY MARSHALL*

Bruce David Skaug
Goicoechea Law office - Nampa LLP
1226 E. Karcher Rd
Nampa, ID 83687
(208) 364-2121
bruce@skauglaw.com

Christiana Holcomb
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
202-393-8690
cholcomb@ADFlegal.org

Jeffrey A. Shafer
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
jshafer@ADFlegal.org

Kristen K. Waggoner
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
kwaggoner@ADFlegal.org

Parker Douglas
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
202-393-8690
pdouglas@ADFlegal.org

Raul Rafael Labrador
5700 E Franklin #100
Nampa, ID 83687
(208) 465-9988
raul@skauglaw.com

Roger G. Brooks
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
rbrooks@ADFlegal.org


*Attorneys for Appellees LINDSAY HECOX and JANE DOE*

Gabriel Arkles
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2569
garkles@aclu.org

Andrew Barr
Cooley, LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80022-8023
(720) 566-4121
720-566-4099 (fax)
abarr@cooley.com

Richard Alan Eppink
American Civil Liberties Union of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
208-344-9750 ext. 1202
208-344-7201 (fax)
reppink@acluidaho.org

James Esseks
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2623
jesseks@aclu.org

Kathleen Hartnett
Cooley, LLP
101 California Street, 5th Floor
San Francisco, CA 9411-5800
415-693-2000
khartnett@cooley.com

Elizabeth Prelogar
Cooley, LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
202-842-7800
eprelogar@cooley.com

Chase Strangio
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-284-7320
cstrangio@aclu.org

Catherine Ann West
Legal Voice
907 Pine Street, Suite 500
Seattle, WA 98101
206-375-6285
cwest@legalvoice.org