Bruce D. Skaug
bruce@skauglaw.com
ID Bar No. 3904
Raul R. Labrador
raul@skauglaw.com
ID Bar No. 5469
SKAUG LAW, P.C.
1226 E. Karcher Road
Nampa, ID 83687
(208) 466-0030
(208) 466-8903 Fax

Roger G. Brooks*
rbrooks@ADFlegal.org
NC Bar No. 16317
Jeffrey A. Shafer*
jshafer@ADFlegal.org
IL Bar No. 6230713
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax

Kristen K. Waggoner*
kwaggoner@ADFlegal.org
D.C. Bar No. 242069
Parker Douglas*
pdouglas@ADFlegal.org
MI Bar No. P83242
Christiana M. Holcomb*
cholcomb@ADFlegal.org
D.C. Bar No. 176922
ALLIANCE DEFENDING FREEDOM
440 First St. NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 Fax

*Admitted *pro hac vice*

*Attorneys for Intervenors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>*Plaintiffs*,<br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; | Case No. 1:20-cv-00184-DCN<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

| |
|---|
| INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; THE INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF THE INDEPENDENT SCHOOL DISTRICT OF BOISE CITY #1, in their official capacities; THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities, <br><br>     *Defendants,* <br><br>and <br><br>MADISON KENYON and MARY MARSHALL, <br><br>     *Intervenors*. |

  NOTICE IS HEREBY GIVEN that Intervenors, Madison Kenyon and Mary Marshall, appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 63) entered in this action on August 17, 2020.

  Intervenors' Representation Statement is attached.

Respectfully submitted this 16th day of September, 2020.

By: */s/ Roger G. Brooks*

| | |
|---|---|
| Bruce D. Skaug | Roger G. Brooks* |
| bruce@skauglaw.com | rbrooks@ADFlegal.org |
| ID Bar No. 3904 | NC Bar No. 16317 |
| Raul R. Labrador | Jeffrey A. Shafer* |
| raul@skauglaw.com | jshafer@ADFlegal.org |
| ID Bar No. 5469 | IL Bar No. 6230713 |
| SKAUG LAW, P.C. | ALLIANCE DEFENDING FREEDOM |
| 1226 E. Karcher Road | 15100 N. 90th St. |
| Nampa, ID 83687 | Scottsdale, AZ 85260 |
| (208) 466-0030 | (480) 444-0020 |
| (208) 466-8903 Fax | (480) 444-0028 Fax |

            Kristen K. Waggoner*
            kwaggoner@ADFlegal.org
            D.C. Bar No. 242069

Parker Douglas*  
pdouglas@ADFlegal.org  
MI Bar No. P83242  
Christiana M. Holcomb*  
cholcomb@ADFlegal.org  
D.C. Bar No. 176922  
ALLIANCE DEFENDING FREEDOM  
440 First St. NW, Suite 600  
Washington, D.C. 20001  
(202) 393-8690  
(202) 347-3622 Fax  

*Attorneys for Intervenors*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 16, 2020, I filed the foregoing Notice of Appeal electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

                s/ *Roger G. Brooks*
                Attorney for Intervenors