UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al.,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>BRADLEY LITTLE, et al.,<br><br>            *Defendants*. | Case No. 1:20-cv-00184-DCN<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO LIFT STAY FOR SOLE PURPOSE OF VACATING PROTECTIVE ORDER** |

Before the Court is Plaintiffs' unopposed motion to lift the stay in this case for the sole purpose of vacating the protective order (Dkt. 48) that has allowed Jane Doe and her next friends, Jean Doe and John Doe, to proceed under pseudonyms in litigating this matter. For the reasons stated in the unopposed motion, the Court finds good cause has been shown to grant Plaintiffs' request to lift the stay for the sole purpose of vacating the protective order.

### ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiffs' Motion to Lift Stay for the Sole Purpose of Vacating Protective Order (Dkt. 74) is **GRANTED**. The stay in this case (Dkt. 70) is lifted for the sole purpose of vacating the protective order (Dkt. 43), and the protective order is vacated. Afterwards, the stay is put back in place pending resolution of Defendants' and Intervenors' appeal of this Court's Order granting a preliminary injunction (Dkt. 63).

DATED: March 19, 2021

David C. Nye
Chief U.S. District Court Judge

ORDER - 1