UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRADLEY LITTLE et al.,<br><br>    Defendants,<br>and<br><br>MADISON KENYON and MARY MARSHALL,<br><br>    Intervenors. | Case No.: 1:20-cv-00184-DCN<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

The Court having reviewed and considered the Motion to Withdraw Appearance of Attorneys (Dkt. 73), and there being no objection to the Motion,

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion to Withdraw Appearance of Attorneys (Dkt. 73) is GRANTED.

Jeff Shafer and Parker Douglas, former attorneys with Alliance Defending Freedom, are granted leave to withdraw as counsel for Intervenors.

Because the Intervenors continue to be represented by Skaug Law attorneys Bruce D. Skaug and Raul R. Labrador, as well as by Alliance Defending Freedom attorneys Roger

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 1

G. Brooks, Christiana M. Holcomb, and Kristen K. Waggoner, the requirements of Local Rule 83.6(c) need not be met.

DATED: May 5, 2021

_____
David C. Nye
Chief U.S. District Court Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 2