UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, Plaintiffs-Appellees, v. BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., Defendants-Appellants, and MADISON KENYON; MARY MARSHALL, Intervenors. | No. 20-35813 D.C. No. 1:20-cv-00184-DCN District of Idaho, Boise ORDER |
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, Plaintiffs-Appellees, v. BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., Defendants, and MADISON KENYON; MARY | No. 20-35815 D.C. No. 1:20-cv-00184-DCN |

| MARSHALL, |
| :--- |
| Intervenors-Appellants. |

Before: KLEINFELD, WARDLAW, and GOULD, Circuit Judges.

Within 14 days of the date of this order, all parties are requested to file a supplemental letter brief not exceeding 10 pages, double-spaced, addressing the following questions: 1) Is Lindsay Hecox's claim moot because she is not enrolled at Boise State University? 2) Does Jane Doe have standing based on the risk of having her sex disputed?

**IT IS SO ORDERED.**