LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
DAYTON P. REED, ISB #10775
SCOTT ZANZIG, ISB #9361
CORY M. CARONE, ISB #11422
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
steven.olsen@ag.idaho.gov
dayton.reed@ag.idaho.gov
scott.zanzig@ag.idaho.gov
cory.carone@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho, et al.<br><br>Defendants,<br><br>And<br><br>MADISON KENYON, et al.,<br><br>Intervenors. | Case No. 1:20-cv-00184-DCN<br><br>**NOTICE OF APPEARANCE** |

NOTICE is hereby given that Cory M. Carone, Deputy Attorney General, does hereby appear as an attorney of record on behalf of Defendants.

Dated this 17th day of September, 2021

           STATE OF IDAHO
           Office of the Attorney General

           By: /s/ *Cory M. Carone*
                Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
Aadika Jaspal Singh
American Civil Liberties Union
of Idaho Foundation
REppink@acluidaho.org
asingh@acluidaho.org

Gabriel Arkles
James Esseks
Chase Strangio
American Civil Liberties Foundation
garkles@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Kathleen Hartnett
Andrew Barr
Cooley LLP
khartnett@cooley.com
abarr@cooley.com

Catherine Ann West
Legal Voice
cwest@legalvoice.org

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE - 2

Matthew K. Wilde
BOISE STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
mattwilde@boisestae.edu

*Attorney for Defendants Boise State University and Marlene Tromp*

Bruce D. Skaug
Raul R. Labrador
SKAUG LAW
bruce@skauglaw.com
raul@skauglaw.com

Roger G. Brooks
Kristen K. Waggoner
Jeffrey A. Shafer
Christiana M. Holcomb
ALLIANCE DEFENDING FREEDOM
rbrooks@ADFlegal.org
kwaggoner@ADFlegal.org
jshafer@ADFlegal.org
cholcomb@ADFlegal.org


*Attorneys for Intervenors*


                                                /s/ *Cory M. Carone*
                                                Deputy Attorney General