Kathleen R. Hartnett*
Julie M. Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com
jveroff@cooley.com

Andrew D. Barr*
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
T: (720) 566-4000
F: (720) 566-4099
abarr@cooley.com

Katelyn L. Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth F. Reinhardt*
COOLEY LLP
500 Boylston Street
Boston, MA 02116
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Richard Eppink (Bar No. 7503)
Aadika Jaspal Singh*
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750
REppink@acluidaho.org
Asingh@acluidah.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.,
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Catherine West*
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
T: (206) 682-9552
F: (206) 682-9556
cwest@legalvoice.org

*Attorneys for Plaintiffs*
* Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRADLEY LITTLE, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00184-DCN<br><br>Hon. David C. Nye<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING MOOTNESS BRIEF** |

The parties' opening briefs addressing the Ninth Circuit's June 24, 2021 remand order are currently due on November 5, 2021. *See* ECF No. 86. Plaintiffs respectfully request a one-week extension to file these opening briefs, with a new deadline of November 12, 2021. Defendants and Intervenors do not oppose this request.

Good cause exists for this request. *See* District Local Rule Civ. 6.1(a). After the parties filed their Stipulated Facts, *see* ECF No. 92, Plaintiff Lindsay Hecox learned from Boise State University's Registrar's Office that the first date she can register for Spring 2022 courses is November 12, 2021, and not November 1, the date listed online as the day registration for continuing students opens. Plaintiffs believe that it will best serve judicial economy to file the opening briefs addressing whether Lindsay's claim is moot after the question whether she will enroll in Spring 2022 classes is resolved. Plaintiffs also make this request because of the press of other obligations.

Accordingly, Plaintiffs request that the parties be permitted to file their opening briefs on November 12, 2021. Should the Court grant this request, Plaintiffs are amenable to retaining the current date for the parties' simultaneous response briefs, which is December 3, 2021.

Dated: November 3, 2021                    Respectfully submitted,

/s/ Richard Eppink

Richard Eppink (Bar No. 7503)
Aadika Jaspal Singh*
AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750
REppink@acluidaho.org
Asingh@acluidah.org

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Bruce D. Skagg (bruce@skauglaw.com)<br>Roger G. Brooks<br>(rbrooks@ADFlegal.org)<br>Kristin Waggoner<br>(kwaggoner@ADFlegal.org)<br>Raul R. Labrador (raul@skauglaw.com)<br>Christiana Holcomb<br>(cholcomb@ADFlegal.org)<br><br>*Attorneys for Intervenors* | Cory M. Carone<br>(cory.carone@ag.idaho.gov)<br>Steven L. Olsen<br>(steven.olsen@ag.idaho.gov)<br>W. Scott Zanzig<br>(scott.zanzig@ag.idaho.gov)<br>Dayton P. Reed<br>(dayton.reed@ag.idaho.gov)<br>Matthew K. Wilde<br>(mattwilde@boisestate.edu)<br><br>*Attorneys for Defendants* |

*/s/ Richard Eppink*
Richard Eppink