UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>BRADLEY LITTLE, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00184-DCN<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING MOOTNESS BRIEF** |

Upon showing of good cause, Plaintiffs' unopposed motion to extend by one week to November 12, 2021, the deadline to file the opening briefs addressing the Ninth Circuit's June 24, 2021 remand order is GRANTED. The parties' simultaneous opening briefs shall be due on **November 12, 2021**, and their simultaneous response briefs remain due on **December 3, 2021**.

DATED: November 4, 2021

_____
David C. Nye
Chief U.S. District Court Judge