Kathleen Hartnett*
Julie M. Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com
jveroff@cooley.com

Andrew Barr*
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO  80021-8023
T: (720) 566-4000
F: (720) 566-4099
abarr@cooley.com

Katelyn Kang*
55 Hudson Yards
New York, NY 10001-2157
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth Reinhardt*
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Richard Eppink (Bar No. 7503)
Aadika Jaspal Singh*
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750 ext. 1202
REppink@acluidaho.org
ASingh@acluidaho.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.,
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Catherine West*
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
T: (206) 682-9552
F: (206) 682-9556
cwest@legalvoice.org

*Attorneys for Plaintiffs*
\* Admitted *pro hac vice*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., *Plaintiffs*, v. BRADLEY LITTLE, et al., *Defendants*. | Case No.: 1:20-cv-00184-DCN **DECLARATION OF PLAINTIFF LINDSAY HECOX IN SUPPORT OF PLAINTIFFS' BRIEF ADDRESSING NINTH CIRCUIT ORDER DATED JUNE 24, 2021** |

I, Lindsay Hecox, depose and say as follows:

1. I have personal knowledge of the facts herein. I am a plaintiff in this case. I am twenty-one years old and will soon be a returning sophomore at Boise State University. I am a transgender woman and have continuously undergone testosterone suppression treatment from September 2019 until the present.

**Reenrolling at Boise State**

2. In the fall of 2020, I began my sophomore year at Boise State, taking classes virtually due to COVID-19 and working part-time to pay for my living expenses. I also tried out for the women's track and cross-country teams but did not make either team, which was very disappointing to me.

3. I was really struggling with my schoolwork during the Fall 2020 semester. I had always done better in school when I was motivated to excel by my athletic teams, and virtual learning was difficult for me. I was paying a lot of money to attend school and I was not doing well academically.

      4.      I met with my coordinator at Boise State's educational access center. I told her that I was struggling with my schoolwork and that I was very stressed with my work and school obligations.

      5.      I knew I would do better academically without the additional stress of working. I had also investigated establishing in-state residency to pay lower tuition. And I felt I needed a break from school.

      6.      In late October 2022, I withdrew from classes. My mom and I had a meeting with Boise State's financial aid department about my situation. The financial aid department laid out guidelines for establishing in-state residency for tuition purposes, including that I had to live in Idaho for twelve consecutive months for purposes other than education and could not be claimed as a dependent on my parents' taxes.

      7.      I already had an Idaho identification card, and was paying rent and working. To establish residency for purposes of in-state tuition, I decided I would work full-time for one year. So, in December 2020, I started working full-time.

      8.      I plan to return to Boise State as a sophomore this upcoming Spring 2022 semester, which begins on January 10, 2022.

      9.      I have been working full-time at Subway since December 2020 and saving money for school. I have informed my supervisor at Subway that I will be leaving my job in December 2021 to prepare for my return to school on January 10, 2022. By the time I leave Subway, I will have worked there full-time from December 2020 to December 2021 and saved enough money that I won't need to work during the school year.

10. Registration for the Spring 2022 semester begins this month, November 2021. My Boise State student account home page lists November 12, 2021 as the first date I can register for courses. (Ex. 1.)

11. On October 20, 2021, I received an email from the Boise State registrar's office confirming that I could begin registering for courses on November 12, 2021. (Ex. 2.) This email outlined the steps I should take to prepare for registration. Those steps include resolving any financial or other holds and meeting with an advisor. I do not have any financial or other holds.

12. I met with my academic advisor on November 4, 2021. He reviewed and provided advice on my course selection. After speaking with him, I decided to enroll in 9 credits of courses for the Spring 2022 semester. I feel that a lighter load my first semester back to college will best set me up for academic and athletic success. I have also enrolled in Boise State's TRIO Academic Coaching and Educational Support Program. (Ex. 3.)

13. On November 12, 2021, I registered for 9 credits of courses for the Spring 2022 semester. (Ex. 5).

**Idaho Residency**

14. I plan to apply for in-state tuition as an "independent student" for the Spring 2022 semester. Before the opening day of the Spring 2022 term, I will have satisfied all the requirements.

15. I receive far less than 50% of my financial support from my parents.

16. I have continuously resided and maintained a bona fide domicile in Idaho primarily for purposes other than education for twelve months. I have leased a residence in Boise, Idaho since August 2020. I began working full-time in Idaho in December 2020. I filed an Idaho state tax return in 2021 and plan to file an Idaho state tax return in 2022. I have been

registered to vote in Idaho since September 2019. I have held an Idaho ID card since January 2020. I abandoned my previous domicile in California in August 2019 when I relocated my personal possessions to Idaho to attend Boise State University.

**Evidence of Savings and Other Financial Resources**

17. I plan to reenroll at Boise State whether or not I qualify for in-state tuition.

18. To pay for Boise State tuition and associated expenses, I have saved money by working at Subway for the last year.

19. I expect to receive several hundred dollars in financial support from my grandmother.

20. I am also in the process of applying for the 2022-2023 Pride Foundation Scholarship. The FAQs on the Pride Foundation website explains that students "can receive as many scholarships as they are eligible. The average award for a student in 2019 was $4,000 and the largest award for a student was $16500. The largest single scholarship award is $12,000." (Ex. 4.)

21. I have completed the Free Application for Federal Student Aid, or FAFSA, for the 2021-2022 and 2022-2023 academic years.

22. I expect to receive my financial aid package for the Spring 2022 semester within the next few weeks. Because I am still awaiting this package, I do not yet know whether I will receive more or less financial aid than I received in Fall 2020.

**Plans to Run and Play on Other Teams**

23. I continue to run and train athletically. In September 2021, I competed in the Famous Idaho Potato 10K run. Later this month, I plan to compete in the Boise 5K Turkey Trot.

24. I intend to have sports be a part of my college experience. I am committed to trying out for the women's track and cross-country teams at the next available opportunity, in Fall 2022. If I do not make the women's track and cross-country teams during the Fall 2022 try out, I intend to try out for the women's track and cross-country teams again the following year.

25. In Spring 2022, I plan to join the women's club soccer team. For the last seven months, I have been playing soccer almost weekly in a Boise indoor soccer league and with friends casually on the Boise State campus. I have reviewed the Boise State women's club soccer team's webpage which states that "[t]o join the Club Soccer team, please contact the Club President or attend a practice." I emailed the Boise State women's club soccer team president to express my interest in joining the women's club soccer team. I received a response to my email from a representative of the women's club soccer team welcoming me to join and explaining that the only requirement to play was paying $275 in dues per semester.

I certify under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 12th day of November, 2021.

*Lindsay Hecox*
Lindsay Hecox

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Bruce D. Skagg (bruce@skauglaw.com)
Roger G. Brooks (rbrooks@ADFlegal.org)
Kristin Waggoner (kwaggoner@ADFlegal.org)
Raul R. Labrador (raul@skauglaw.com)
Christiana Holcomb (cholcomb@ADFlegal.org)

*Attorneys for Intervenors*

Cory M. Carone (cory.carone@ag.idaho.gov)
Steven L. Olsen (steven.olsen@ag.idaho.gov)
W. Scott Zanzig (scott.zanzig@ag.idaho.gov)
Dayton P. Reed (dayton.reed@ag.idaho.gov)
Matthew K. Wilde (mattwilde@boisestate.edu)

*Attorneys for Defendants*

*/s/ Kathleen Hartnett*
Kathleen Hartnett