# EXHIBIT 1




# Lindsay Hecox

Psychology BS

🕐 Your Fall 2021 Registration Appointment Begins April 05, 2021 at 1:00PM

🕐 Your Spring 2022 Registration Appointment Begins November 12, 2021 at 1:00PM

## My Academics

My Schedule

My Account

Undergraduate Degree Seeking

**Major** Psychology BS