# EXHIBIT 3



Begin forwarded message:

**From:** TRIO ACES <TrioDSSS@boisestate.edu>
**Date:** October 29, 2021 at 3:02:09 PM MDT
**To:** lindsayhecox@
**Subject: TRIO ACES Enrollment Agreement Confirmation**
**Reply-To:** TrioDSSS@boisestate.edu

Thank you for submitting the TRIO Academic Coaching & Educational Support Program Enrollment Agreement. Please keep this email confirmation for your records.



| | |
|---|---|
| **Electronic Signature** | |
| | Lindsay Hecox |
| **Email Address** | |
| | lindsayhecox@ |
| **Student ID Number** | |
| | |
| **Date** | |
| | 10/29/2021 |
| **Acknowledgment** | |
| | I acknowledge that I have read and understood the TRIO Enrollment Agreement |