# EXHIBIT 4


Pride
Foundation

**Community Impact**     **Find Funding**     **Get Involved**     **Abou**

+ I want to go to school outside of the Northwest or outside of the USA. Can I still apply?

− Can I receive more than one scholarship? How much is the average award amount?

Students can receive as many scholarships as they are eligible. The average award for a student in 2019 was $4,000 and the largest award for a student was $16500. The largest single scholarship award is $12,000.

+ I have a disability and need assistance in completing this application.

+ Is the scholarship application expected to be written in English?

+ Can I use my essay from another application or previous Pride Foundation application?