# EXHIBIT 5






# View My Classes

## BRNCOFIT 186 Volleyball I

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designatio |
|---|---|---|---|---|---|
| Enrolled | 1.00 | PASS/FAIL | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Activity-Sec 001-14106 | 01/10/2022 - 04/29/2022 | Days: Monday Wednesday<br>Times: 6:00PM to 7:00PM | Bronco Gymnasium Rm 10 |

## KINES 181 Introduction to Sport Coaching




# View My Classes

## KINES 181 Introduction to Sport Coaching

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designatio |
|---|---|---|---|---|---|
| Enrolled | 3.00 | Graded | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Lecture-Sec 001-10616 | 01/10/2022 - 04/29/2022 | Days: Tuesday Thursday<br>Times: 1:30PM to 2:45PM | Interactive Lrning Ctr. Rm 30 |

## PSYC 120 Intro to Psychology Major




# View My Classes

## PSYC 120 Intro to Psychology Major

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designatio |
|---|---|---|---|---|---|
| Enrolled | 2.00 | PASS/FAIL | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Roo |
|---|---|---|---|
| Lecture-Sec 4001-10871 | 01/10/2022 - 04/29/2022 | Days: To be Announced<br>Times: To be Announced | Onli |




# View My Classes

## UF 200 Found of Ethics & Diversity

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designatic |
|---|---|---|---|---|---|
| Enrolled | 3.00 | Graded | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Lecture-Sec 005-12467 | 01/10/2022 - 04/29/2022 | Days: Monday Wednesday<br>Times: 12:00PM to 1:15PM | Interactive Lrning Ctr. Rm 20 |