Kathleen R. Hartnett*
Julie M. Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com
jveroff@cooley.com

Andrew D. Barr*
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
T: (720) 566-4000
F: (720) 566-4099
abarr@cooley.com

Katelyn L. Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth F. Reinhardt*
COOLEY LLP
500 Boylston Street
Boston, MA 02116
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Richard Eppink (Bar No. 7503)
Aadika Jaspal Singh*
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750
REppink@acluidaho.org
Asingh@acluidah.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.,
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Catherine West*
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
T: (206) 682-9552
F: (206) 682-9556
cwest@legalvoice.org

*Attorneys for Plaintiffs*
\* Admitted *pro hac vice*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., | Case No. 1:20-cv-00184-DCN |
| *Plaintiffs*, | Hon. David C. Nye |
| v. | **DECLARATION OF LINDSAY HECOX IN SUPPORT OF PLAINTIFFS' RESPONSE BRIEF** |
| BRADLEY LITTLE, et al., | |
| *Defendants*. | |

I, Lindsay Hecox, depose and say as follows:

1. I have personal knowledge of the facts herein. I am a plaintiff in this case.

2. On November 12, 2021, I enrolled in 9 credits of courses at Boise State University for the Spring 2022 semester. (Ex. A.)

3. I completed the Free Application for Federal Student Aid ("FAFSA") for the 2021-22 academic year and recently received my 2021-22 financial award notification. For the Spring 2022 semester at Boise State University, my current award is $3,248 in federal grant aid and $6,500 in federal loans. My total current aid package for Spring 2022 thus is $9,748. (Ex. B.) On December 1, 2021, I spoke with an official in Boise State's Financial Aid Office, who confirmed that my financial aid package will not change based on my enrollment in 9 credits this Spring.

I certify under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of December, 2021.

*Lindsay Hecox*
Lindsay Hecox

# EXHIBIT A

# Lindsay Hecox
Spring 2022
Undergraduate

Print

## BRNCOFIT 186 Volleyball I

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designation |
|---|---|---|---|---|---|
| Enrolled | 1.00 | PASS/FAIL | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Activity - Sec 001 - Class 14106 | 01/10/2022 - 04/29/2022 | Days: Monday Wednesday<br>Times: 6:00PM to 7:00PM | Bronco Gymnasium Rm 100 |

## KINES 181 Introduction to Sport Coaching

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designation |
|---|---|---|---|---|---|
| Enrolled | 3.00 | Graded | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Lecture - Sec 001 - Class 10616 | 01/10/2022 - 04/29/2022 | Days: Tuesday Thursday<br>Times: 1:30PM to 2:45PM | Interactive Lrning Ctr. Rm 303 |

## PSYC 120 Intro to Psychology Major

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designation |
|---|---|---|---|---|---|
| Enrolled | 2.00 | PASS/FAIL | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Lecture - Sec 4001 - Class 10871 | 01/10/2022 - 04/29/2022 | Days: To be Announced<br>Times: To be Announced | Online |

## UF 200 Found of Ethics & Diversity

| Status | Units | Grading Basis | Grade | Academic Program | Requirement Designation |
|---|---|---|---|---|---|
| Enrolled | 3.00 | Graded | | Undergraduate Degree Seeking | |

| Class | Start/End Dates | Days and Times | Room |
|---|---|---|---|
| Lecture - Sec 005 - Class 12467 | 01/10/2022 - 04/29/2022 | Days: Monday Wednesday<br>Times: 12:00PM to 1:15PM | Interactive Lrning Ctr. Rm 204 |

# EXHIBIT B

# 2021-2022 FINANCIAL AID AWARD NOTIFICATION



**BOISE STATE UNIVERSITY**

Lindsay Hecox
Student ID: ███

## ANNUAL COST OF ATTENDANCE (Estimated)

**Estimated Costs**

| | |
|---|---:|
| Room and Board | $5,212 |
| Transportation | $1,131 |
| Tuition and Fees | $12,490 |
| Books and Supplies | $620 |
| Personal/Miscellaneous | $1,129 |
| **Total** | **$20,582** |

## SCHOLARSHIPS AND GRANTS

| Awards | Fall 2021 | Spring 2022 | Annual |
|---|---|---|---|
| Federal Grants | $0 | $3,248 | $3,248 |
| Scholarships | $0 | $0 | $0 |
| **Total** | **$0** | **$3,248** | **$3,248** |

Your estimated out-of-pocket costs (estimated net cost based on total Cost of Attendance (COA) less total scholarships and grants) for the 2021-2022 award year is $17,334.00. This is based on your 0 Expected Family Contribution (EFC) and full-time (12 credit hours per semester) enrollment. To accept or deny any of these financial aid options, log into your myBoiseState (my.boisestate.edu) account.

## LOANS AND WORK-STUDY

| Awards | Fall 2021 | Spring 2022 | Annual |
|---|---|---|---|
| Federal Direct Subsidized Loan | $0 | $4,500 | $4,500 |
| Federal Direct Unsubsidized Loan | $0 | $2,000 | $2,000 |
| Work-Study | $0 | $0 | $0 |
| **Total** | **$0** | **$6,500** | **$6,500** |

Direct loan offered amounts are the maximum you are eligible to receive based on your year in school. We encourage you to review your actual costs and accept a reduced loan amount whenever possible. Work-Study amounts are the maximum you are eligible to earn.

The interest rates for direct student loans through 07/2022 are 3.73% for undergraduates and 5.28% for graduates. The origination fee after 10/2020 is 1.057%.

### How Much Do I Owe?

**$20,582**
Estimated Cost of Attendance

-

**$3,248**
Scholarships and Grants

=

**$17,334**
Net Cost After Scholarships and Grants

-

**$6,500**
Loans and Work-Study

=

**$10,834**
Estimated remaining cost after scholarships, grants, loans applied (and work-study earned)

# 2021-2022 FINANCIAL AID AWARD NOTIFICATION



For parents of dependent students: PLUS loans are an additional option to assist with educational funding. Please visit boisestate.edu/financialaid/home/types-of-aid/loans/plus-loan/ for more information including credit history requirements, interest rates, and repayment terms.

## UNDERSTANDING YOUR AWARD NOTIFICATION

**Cost of Attendance:** Your estimated cost of attendance includes direct costs (tuition and fees, on-campus room and board, etc.) that are paid directly to the university and indirect costs (off-campus room and board, books and supplies, transportation, personal/miscellaneous, etc.) that are incurred as a result of your attendance that you may pay separately.

**Expected Family Contribute (EFC):** A number used by a school to calculate how much federal financial aid you are eligible to receive, if any. It's based on the financial information you provided in your Free Application for Federal Student Aid (FAFSA). It's not the amount of money your family will have to pay for college, nor is it the amount of federal student aid you will receive. The family contribution is reported to you on your Student Aid Report, also known as the SAR.

**Scholarships and Grants:** Student aid funds that typically do not have to be repaid. Grants are often need-based, while scholarships are usually merit-based. Occasionally you might have to pay back part or all of a grant if, for example, you withdraw from school before finishing a semester.

**Net Costs:** An estimate of the actual costs that you or your family will need to pay during the 2021-2022 school year to cover education expenses. Net costs are determined by taking the institution's cost of attendance and subtracting your offered grants and scholarships.

**Work Study:** A program that provides an opportunity for students with demonstrated financial need to be employed part-time allowing them to earn money to help pay education expenses. Eligibility is determined by the FAFSA and offers are contingent upon available funding.

**Federal Direct Student Loan:** Loan funds borrowed from the US Department of Education by the student to fund educational expenses. Repayment begins six months after the student borrower stops enrollment at least half-time. There are two types of student loans: subsidized and unsubsidized. Students with financial need as determined by the FAFSA are eligible for a subsidized loan where the government pays the interest while in school. Unsubsidized loans are also offered to eligible students and interest accrues until it is fully repaid.

## DETAILED AWARD INFORMATION

**Federal Pell Grant**          Offered Amount: **$3,248**
Pell is a federal grant, which does not need to be repaid. The amount of the offered Pell Grant is based on full-time enrollment. The award amount will be adjusted to reflect your actual enrollment on the 10th day of each semester.  Eligible students may receive the Pell grant for the completion of their first bachelor degree or a total of 6 years (whichever comes first).


**Federal Direct Sub Loan-L #1**          Offered Amount: **$4,500**
The Federal Direct Subsidized Loan is offered to fund your educational expenses and must be repaid after you leave school. Subsidized loans do not accrue interest while you are in school at least half time.  If you accept this subsidized Direct Loan, you must complete all Direct Loan TO DO items that appear on your my.BoiseState.edu Student Center. This may include a Direct Loan Master Promissory Note (MPN) and/or Entrance Counseling via studentaid.gov. The same MPN and entrance counseling are used for both subsidized and unsubsidized Direct Loans (and are active for 10 years). You must be enrolled in at least a half-time status (6 credits undergrad; 5 credits grad) on the tenth day of each term to be eligible.


**Federal Direct Unsub Loan-L #1**          Offered Amount: **$2,000**
The Federal Direct Unsubsidized Loan is offered to fund your educational expenses and must be repaid after you leave school. Unsubsidized loans accrue interest after the funds are paid out and until the loan is paid in full.  If you accept your unsubsidized Direct Loan, you must complete all Direct Loan TO DO items that appear on your my.BoiseState.edu Student Center. This may include a

# 2021-2022 FINANCIAL AID AWARD NOTIFICATION



Direct Loan Master Promissory Note (MPN) and/or Entrance Counseling via studentaid.gov. The same MPN and entrance counseling are used for both subsidized and unsubsidized Direct Loans (and are active for 10 years). You must enroll in at least a half-time status (6 credits undergrad; 5 credits grad) on the tenth day of each term to be eligible for this loan.

## TERMS AND CONDITIONS OF FINANCIAL AID OFFER

### Student Responsibility

Awards are contingent on your eligibility at the time of disbursement. Boise State University is offering you financial assistance to help support your education expenses.

In order to receive any offered financial assistance, you will need to comply with the following terms and conditions. If you have questions or find that you cannot comply with these conditions, please contact the Boise State Financial Aid and Scholarships Office.

1. You must meet the minimum eligibility requirements for the aid program(s) offered. This includes:
    a. FAFSA (Free Application for Federal Student Aid) that confirms eligible citizenship, social security number, and you do not owe a repayment to any federal grant program nor are you in default on a state or federal student loan.
    b. high school completion, and
    c. enrollment in a minimum number of credits in a degree-seeking program (associate, bachelor, masters or doctoral degrees and select graduate certificates).
2. The offer of financial assistance is subject to, and conditioned upon, the availability of funds. The institution through which the grant or scholarship is offered reserves the right to withdraw, reduce or modify the awards due to funding limitations or due to changes in circumstances. These circumstances could require fund repayment and affect your future eligibility for the various program(s).
3. Regulations require all scholarships and outside resources to be included in your financial aid offer not to exceed your cost of attendance. If you receive outside funding, this may result in other aid being returned. Our policy is to reduce loans before other types of aid.
4. Renewal scholarship awards are estimates. Final grades may change your future scholarship eligibility.
5. There are multiple layers of regulatory limitations to the amounts and time frames for receipt of Federal grant and loan programs. These include:
    a. maximum number of years aid can be received,
    b. maximum number of credits attempted in pursuit of a degree, and
    c. maximum amount of loans borrowed based on dependency status and grade level.
6. There is a 6-year lifetime limit on Pell Grant for the pursuit of your first bachelor degree (university foundations, 1 major and 1 minor). Once you receive the lifetime limit or earn enough credits to meet degree completion requirements, the Pell Grant will be canceled prior to the next payment. Degree completion may be assessed independently of the Registrar's application for graduation.
7. Accept, reduce, or decline your aid offer(s) online or in writing. To accept, reduce, or decline online go to: myBoiseState > Financial Toolbox > Accept/Decline Awards. Written requests should be directed to financialaid@boisestate.edu.
8. Cancel financial aid offers from other colleges/universities. Please contact our office if you need to make special arrangements to receive financial aid while attending two institutions concurrently.
9. Federal Loans are offered based on your grade level at the time of the award. Advancing grade levels may make you eligible for increased subsidized or unsubsidized loan amounts. Requests for additional loan funds based on advancing grade levels should be made via writing/email.
10. Federal Loans require a minimum half-time enrollment (undergraduates: 6 credits; graduates: 5 credits of 501 level or above). Enrollment level is assessed at the time of payment and/or at the end of the 10th calendar day of the semester. If your enrollment drops below half-time on or before the 10th day, you are no longer eligible for student loans and any prior payments will be canceled.
11. Grants are offered assuming full time (12 credits) enrollment and prorated for less than full time. Grants may also be prorated at the end of the semester due to failing grades received.
12. You must repay all or part of your financial aid should you withdraw, drop, or fail to attend during the semester in which aid has paid. The amount of repayment owed will be calculated in accordance with the Boise State Return of Funds Policy.
13. Aid will be adjusted according to your enrollment at the end of the 10th calendar day of the semester. Grant aid cannot be re-awarded for late enrollment. Contact us to see if you are eligible to reinstate canceled loans.
14. Tuition (waiver) Scholarships cannot exceed actual tuition charges nor can they be applied to self-support academic program fees. Adjustments will be made as necessary.
15. You must make satisfactory academic progress (SAP) toward your degree and maintain enrollment status at the level required for

# 2021-2022 FINANCIAL AID AWARD NOTIFICATION



aid payment. SAP requires a minimum GPA, minimum pace to degree completion and limits based on maximum number of credits attempted. SAP status may be appealed on a case-by-case basis with documented extenuating circumstances. (See the full Boise State Satisfactory Academic Progress Policy at: https://www.boisestate.edu/financialaid/home/impacts-on-aid/sap/.)

16. First time loan borrowers must complete online entrance counseling and sign a master promissory note at www.studentaid.gov.
17. Parents borrowing a PLUS loan must complete the online PLUS Request process each time they borrow and complete a Parent PLUS Master Promissory Note at www.studentaid.gov the first time they borrow for each student. The parent completing the online PLUS Request and MPN must sign into the website using their issued FSA ID/password. Either parent can apply for a PLUS loan, it does not have to be the parent whose information appears on the FAFSA. (A step-parent may apply for a PLUS loan if their information appears on the FAFSA.)
18. Students and Parents agree to create only their own Federal Student Aid ID/password and agree they will not share their issued Federal Student ID/password as this gives access to the Federal Student Aid online systems and serves as a legal signature. This is required by federal law and also protects students and parents from identity theft.
19. Keep your address, phone number, and e-mail current on the myBoiseState portal.
20. E-mail and myBoiseState are the official modes of communication at Boise State. Frequently check your Boise State e-mail account, as well as your myBoiseState "To Do List".

Financial Aid and Scholarships
Boise State University
1910 University Drive, Boise, ID 83725-1315
Phone: (208) 426-1664
Fax: (208) 426-1305