Kathleen R. Hartnett*
Julie M. Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com
jveroff@cooley.com

Andrew D. Barr*
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
T: (720) 566-4000
F: (720) 566-4099
abarr@cooley.com

Katelyn L. Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth F. Reinhardt*
COOLEY LLP
500 Boylston Street
Boston, MA 02116
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Richard Eppink (Bar No. 7503)
Aadika Jaspal Singh*
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750
REppink@acluidaho.org
Asingh@acluidah.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.,
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Catherine West*
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
T: (206) 682-9552
F: (206) 682-9556
cwest@legalvoice.org

*Attorneys for Plaintiffs*
* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., | Case No. 1:20-cv-00184-DCN |
| *Plaintiffs*, | Hon. David C. Nye |
| v. | **DECLARATION OF PROFESSOR ELLEN J. STAUROWSKY IN SUPPORT OF PLAINTIFFS' RESPONSE BRIEF** |
| BRADLEY LITTLE, et al., | |
| *Defendants*. | |

I, Ellen Staurowsky, depose and say as follows:

1.    I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. I am being compensated at the rate of $250 per hour for my work on this case.

2.    The purpose of this declaration is to offer my expert opinion on the National Collegiate Athletic Association's ("NCAA") eligibility rules.

3.    I have knowledge of the matters stated in this declaration and have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of this declaration.

## BACKGROUND AND QUALIFICATIONS

4.    I am a professor in the Roy H. Park School of Communications at Ithaca College and adjunct professor in the Department of Sport Management in the Lebow College of Business at Drexel University. My educational background includes a B. S. in health and physical education from Ursinus College, an M.S. with concentrations in sport psychology and teaching pedagogy from Ithaca College, and an Ed.D. in sport management from Temple University. I also completed a second master's degree in legal studies with an emphasis in NCAA Compliance through the Drexel University Thomas R. Kline School of Law.

5.    My complete curriculum vitae is attached as Exhibit A. My primary scholarship interests include college athlete rights and college sport reform, misappropriation of American Indian imagery in sport, pay equity for women in the sport workplace, and Title IX and gender equity. I have taught courses at the undergraduate and graduate levels in social aspects of sport, gender issues in sport, sports information/sport media relations, technology and sport, legal foundations of Title IX, NCAA compliance, and college sport administration. I have taught special

topics or seminar courses in baseball and American culture, labor issues in baseball, sport, facility design, and management, women's sports media, and African Americans in sport. Germane to the topic, I co-authored a book entitled College Athletes for Hire: The Evolution and Legacy of the NCAA Amateur Myth.  My publication record includes one co-authored book; an edited text; 45 peer-reviewed articles (26 single-authored; 11 lead author); 40 edited book chapters (30 single-authored); and over 196 short essays, editorials, and legal case summaries.

6.      My association with the intercollegiate athletic community began more than 40 years ago when I was an athlete at Ursinus College. At various stages throughout my professional career, I served as a head coach of men's and women's sports and a director of athletics at NCAA member institutions. In my current role at Ithaca College, I serve as a faculty advisor to the women's basketball team and was asked by the director of athletics to serve on the Department of Athletics Gender Equity Committee.  At Drexel, I served on the University's athletic advisory board. For more than 30 years, I have studied the NCAA as an organization and regulatory system from a historical perspective and in its contemporary form. I have been invited to present to coaches' conferences, athletic administrator forums, and to college athletes throughout that period of time on college sport issues. I have also been invited to speak at numerous law schools— Harvard, Marquette, Michigan State, the University of Pennsylvania and Villanova—about the NCAA and governance of college sport. In 2011, I was invited to present at a roundtable convened by U.S. Congressman Bobby Rush (D-IL), ranking member of the Energy & Power Subcommittee and co-chair of the Congressional Caucus on Educating, Engaging & Employing American's Youth on the topic of "Hypocrisy or hype: The impacts of backroom deals, payoffs, and scandals in American collegiate student athletics."  And in summer of 2019, I was asked to participate in a

panel on the topic of "Exploitation in College Sports" hosted by U.S. Senator Chris Murphy (D-CT) in Washington, D.C.

7.     Among my professional involvements, I am on the editorial boards for the Journal of Athlete Development & Experience, Journal of Issues in Intercollegiate Athletics, and the Journal of Intercollegiate Sport. I am a member of the executive board for the College Sport Research Institute housed at the University of South Carolina. Between January of 2011 and January of 2013, I served as an officer on the board for the NCAA Scholarly Colloquium. In that role I participated as a member of the conference planning committee in 2012, and in 2013 I served as chair of that committee. The Colloquium, funded by the NCAA, facilitated a two-day program prior to the NCAA Convention featuring research on college sport. In 2010 and 2011, I was invited to present at the NCAA Gender Equity Forum. My work has been cited as a resource in an NCAA publication entitled Champions of Respect. Between 2010 and the present, I have worked with the National College Players Association (NCPA) on research pertaining to the impact of NCAA scholarship limits on athletes in the revenue producing sports of football and men's basketball and serve as a faculty affiliate with Athlete Ally.

8.     This is my fourth experience serving as an expert witness. My prior experience was also in litigation against the NCAA where I testified both at deposition and at trials in *O'Bannon v. NCAA*, No. C 09-3329 CW (N.D. Cal. 2014) and *Ploetz v. NCAA*, No. DC-17-00676, Texas, 95th Dist. (2018) on behalf of the plaintiff. I also testified in *Onyshko v. NCAA*, No. 1611 WDA 2019 (Sup. Ct. Penn. 2019) on behalf of the plaintiff.  I am being compensated at the rate of $250 per hour for my work on this case.

## BACKGROUND ON NCAA ELIGIBILITY

9.      Boise State University is a member of the NCAA, the leading sport governing body that provides oversight of college sport in the United States.  According to the NCAA, its stated mission on behalf of its members is to cultivate "an environment that emphasizes academics, fairness, and well-being across college sports." https://www.ncaa.org/mission-and-priorities.  One of the ways in which the NCAA fulfills that mission is through the passing and enforcing of rules pertaining to academic eligibility.

10.     In order for a college athlete to compete on a team, they must first meet a threshold requirement that they "be enrolled in at least a minimum full-time program of studies, be in good academic standing and maintain progress toward a baccalaureate or equivalent degree." (NCAA Staff, 2020, Bylaw 14.01.2, p. 165.)  The athlete must also establish that they are in good academic standing according to standards established and interpreted by their institution. (NCAA Staff, 2020, Bylaw 14.02.1.)

11.     In order for an athlete to be eligible for competition, they must complete a minimum of 24 credits before the end of their sophomore year; 18 credits since the beginning of the previous fall term; and six credits during the preceding regular academic term. (NCAA Bylaw 14.4.3.1 Fulfillment of Credit-Hour Requirements, p. 178.)  There are, however, a number of exceptions to this requirement including an exception for athletes who missed a term, athletes who qualify as "nonrecruited, nonparticipants," graduate students, students who are pursuing a second bachelor's degree, and athletes completing cooperative educational work experiences and study abroad programs. Waivers to the fulfillment of credit-hour requirements may also be issued for students who are unable to attend because of a medical reason (incapacity injury or illness), engaged in international competition, and athletes participating in the Olympics or Paralympics. The

committee designated to make determinations on waiver requests, known as the NCAA Progress-Towards-Degree Waiver Committee, also has "the authority to waive all other progress-toward-degree requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulation." (NCAA Membership and Academic Staff, 2020, Bylaw 14.4.3.10. Additional Progress-Toward-Degree Waivers, p. 188.)

12.     As part of the expectation that college athletes demonstrate that they are making progress towards a degree, they are also required to demonstrate that they have met a percent of their degree requirements at various stages during their academic careers. This, in effect, is intended to be a check on whether athletes will graduate in a timely fashion and to avoid circumstances where athletes exhaust their athletic eligibility and have not been enrolled in the right number of credits and/or the right courses that will lead to an athlete graduating with a specific degree.  Colloquially referred to as the 40/60/80 rule, otherwise known as the Fulfillment of Percentage of Degree Requirements Rule (Bylaw 14.4.3.2), college athletes are expected to have minimally completed 40% of their degree requirements prior to the start of their third year of collegiate enrollment; 60% before the start of their fourth year; and 80% before the start of their fifth year.

**IMPACT OF COVID-19 ON NCAA RULES**

13.     As noted in a report issued by the U.S. Department of Education Office for Civil Rights in June of 2021 entitled *Education in a Pandemic:  The Disparate Impacts of COVID-19 on America's Students*, "[u]ndergraduate enrollment during the thirteen months [March 2020 through April 2021) we looked at was down throughout the country. . . . Additionally, the number of students experiencing financial insecurity and mental health challenges increased significantly. At the start of the 2020-21 academic year, many of America's students were leaving higher

education (or not entering at all), losing jobs, taking fewer classes, juggling caregiving responsibilities, and concerned about their financial well-being and work opportunities." (Goldberg, 2021, p. 31.)

14.     Those general trends were reflected at Boise State University.  While initial reports in the fall of 2020 indicated that BSU had experienced a slight 0.5 percent uptick in undergraduate enrollment, BSU had a 5.3 percent decline in enrollment in the spring of 2021. (Richert, 2021.)

15.     In response to the unprecedented circumstances posed by the COVID-19 pandemic, the NCAA issued a number of blanket waivers and other exceptions to their rules to allow athletes to recover missed opportunities to compete after seasons were cancelled and to provide support to athletes who were experiencing disruption in their academic work due to myriad reasons (examples:  economic concerns, challenges of online learning, balancing the need to get a job and go to school, technology issues, mental health issues, family concerns, and others.) (Coleman, 2021; NCAA Division I COVID-19 Question and Answer Guide, Final Update, July 30, 2021.)

**APPLICATION TO LINDSAY HECOX – ASSESSMENT OF PLAINTIFF'S NCAA ACADEMIC ELIGIBILITY**

16.     According to the Boise State University policy, an undergraduate student is deemed to have achieved satisfactory academic standing if they have earned a minimum of a 1.75 cumulative grade point average while earning between 0 to 25 academic credits or a minimum of a 2.00 cumulative grade point average while earning 26 or more academic credits. (Boise State University Academic Probation and Dismissal Policy 3000, 2021.)  Based on a review of Lindsay Hecox's transcript from Boise State, she well exceeded Boise State's minimum cumulative grade point average requirements, having earned a 3.38 cumulative grade point average.  Scheduled to

resume what will be the second semester of her sophomore year in college in the spring of 2022, she has also satisfied minimal expectations in terms of her progress towards a degree.

17.     As per NCAA rules, she must demonstrate that she has completed 40% of her degree requirements prior to the start of her third year as an enrolled student. The undergraduate psychology major at Boise State requires the completion of a minimum of 120 credits for the degree.  To satisfy the minimum number of credits to complete 40% of the degree, as required by the NCAA progress-toward-degree requirement, she would need to earn a total of 48 credits by the end of her sophomore year.  Because BSU accepted 18 of her advanced placement credits, she started college with a head start. She appears to be well on track to do just that, having earned 42 credits thus far.  Ms. Hecox's enrollment in 9 credits in the spring of 2022 puts her on track to minimally complete 40% of her degree requirements barring any unforeseen academic issues.

Table 1.  Analysis of Ms. Hecox's Percent of Degree Based on BSU Transcript

| Source of Credits | Credits | Percent of Degree |
|---|---|---|
| Advanced Placement | 18 credits | |
| Fall 2019 | 12 credits | |
| Spring 2020 | 12 credits | |
| Subtotal | 42 credits | 35% |
| Spring 2022 | 9 credits | |
| Total | 51 credits | 41% |

18.     Ms. Hecox's decision to enroll as a part-time student in the Spring of 2022 does not change her opportunity to establish that she meets progress towards degree requirements. According to 14.4.3.1.4 Application of Rule, "once a student-athlete initially enrolls as a full-time

student . . . the student-athlete must meet the 18 semester/27 quarter hour requirement prior to the start of the institution's third semester or fourth quarter following the student-athlete's initial full-time enrollment."  Ms. Hecox met that requirement for her first year in the 2019-2020 academic year at Boise State with completion of 24 credits.  As per the requirement, the 18 semester hour requirement applies in each academic year that athlete is enrolled as a full-time student during any term of that academic year.

19.     While she would not satisfy the 18-credit hour requirement or the fulfillment of the degree requirement of having been enrolled in six credits each term to be eligible for the following term, Ms. Hecox would qualify to request a waiver on the basis of her status as a nonrecruited, nonparticipant. As stipulated in Bylaw 14.4.3.1., the fulfillment of degree requirements may be waived for an athlete in their initial year of eligibility "if the student was not recruited by the certifying institution; has never received athletically related financial assistance; has never practiced or participated in intercollegiate athletics except that a student may have participated in limited preseason tryouts; and is otherwise eligible under all institutional, conference and NCAA rules." (NCAA Bylaw 14.4.3.6 (b), Exceptions to Progress-Toward-Degree Rule, Nonrecruited, Nonparticipant, p. 186-187.) Thus, Ms. Hecox's decision to delay returning to school, which many undergraduate students were making during this time (Goldberg, 2021; Richert, 2021), does not threaten her eligibility to participate under NCAA rules should she make the BSU women's track and field team.  As per the Bylaw 14.4.3.6 (b), "The student-athlete's eligibility in following seasons would be governed by the provisions of the progress-toward-degree rule, which would be applied from the beginning of the first term the student began participation."

I certify under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this first day of December, 2021.


Ellen J. Staurowsky

*Ellen J. Staurowsky*

# EXHIBIT A

# CURRICULUM VITAE
## Ellen J. Staurowsky, Ed.D.
**Professor, Sports Media**
**Roy H. Park School of Communications**
**Ithaca College**
Email: staurows@ithaca.edu

## EDUCATION

Ed.D. Temple University, 1994 (with honors) Major: Sport Management

    Dissertation: *A comparison of motivations for giving between donors to women's and men's athletic support groups.*
    Dissertation Committee: Bonnie Parkhouse (Chair), Carole Oglesby, Michael Sachs

M.S. Drexel University Kline School of Law, 2018
    Master of Legal Studies with concentration in NCAA Compliance and Sports Law

M.S. Ithaca College, 1979
    Concentrations in Sport Psychology/Teaching Pedagogy

    Thesis: *A comparison of female coaching behavior in two athletic environments.* Thesis Committee: Craig Fisher (Chair), Vic Mancini, Patricia Fry

B.S. Ursinus College, 1977 Health & Physical Education

## PROFESSIONAL EXPERIENCE

August, 2020 – present: *Professor,* Sports Media, Department of Media, Arts, & Studies, Roy H. Park School of Communications, Ithaca College

September 2011-2020: *Professor,* Department of Sport Management, Drexel University; *Adjunct Professor*, 2020-present

March-June 2016-2017: *Interim Associate Director*, Center for Hospitality & Sport Management; January-August 2014: *Interim Program Director,* Department of Sport Management, Drexel University

March 2006-August 2011: *Graduate Program Chair,* Department of Sport Management & Media, Ithaca College

July 1992-February 2006: *Coordinator, Sport Media Program*, Department of Sport Management & Media, Ithaca College

May 2002-August 2011: *Professor,* Department of Sport Management & Media, Ithaca College

May 1996-April 2002: *Associate Professor,* Department of Sport Management & Media, Ithaca College

July 1992-April 1996: *Assistant Professor:* Department of Sport Management & Media, Ithaca College

**OTHER POSITIONS HELD**

September 1987-July 1991: *Director of Athletics, William Smith College & Director of Physical Education and Recreation,* Hobart & William Smith Colleges.

1986-1987:  *Director of Physical Education, Recreation, and Intramurals,* Livingston College, Rutgers University

1984-1986:  *Director of Athletics & Men's Soccer Coach,* Daniel Webster College

1983-1984:  *Consultant to the Athletic Department* (reporting to the Dean of Students Staff), Colby Sawyer College

1978-1983:  *Assistant Professor of Physical Education, Head Field Hockey and Lacrosse Coach*, Oberlin College

**COURSES TAUGHT (*courses developed designated with asterisk*)**
<u>Drexel University</u>
      SCL680:  NCAA Compliance (graduate level)*
      SMT205:  Sports Information & Media Relations
      SMT250:  Sport & Technology
      SMT245:  NCAA Compliance
      SMT255:  Legal Foundations of Title IX
      SMT380:  ST:  Social Foundations of the Sport Industry*
      SMT380:  ST:  The History, Economics, & Cultural Impact of March Madness*
      SMT390:  ST:  Baseball & American Culture*
      SMT390:  Intercollegiate Athletics Administration*
      SMT401:  Professional Portfolio
      SMT608:  Sport Media Relations (graduate level)
      SMT690:  ST:  Baseball & American Culture*
<u>Philadelphia University</u>
      JSLA330:  Sport, Culture, & Society
<u>Ithaca College</u>
      SPME110:  Introduction to Sports Media
      SPME391:  Women's Sports Media Incubator
      SPME392:  Social Issues in Sports Media
      SPME440:  Senior Workshop in Sports Media
      SPMM110:  Introduction to Sport Management
      SPMM207:  History of Sport
      SPMM295:  Social Aspects of Sport
      SPMM298:  Gender Issues in Sport*
      SPMM325:  Sport Media Relations
      SPMM349:  Fieldwork
      SPMG390:  Intercollegiate Athletics Administration*
      SPMM399:  ST: Sport Facility Design & Management*
      SPMM399:  ST: Baseball and Labor History (collaborative effort with the National Baseball
                Hall of Fame & Museum)*
      SPMM399:  ST: Title IX in its 30th Year (part of IC Washington DC Seminar Program)*
      SPMM399:  ST: African Americans in Sport Seminar*
      SPMM399:  ST:  Issues & Controversies in Sport*
      SPMM399:  ST: College Sport Reform*
      SPMM399:  ST: Girls & Women Rock:  Celebrating 35 Years of Sport & Title IX
      SPMM460:  Internship
      SPMG595:  Intercollegiate Athletics Administration*
      SPMG690:  Internship

SPMG630:  Independent Study

ESSG516:  Motivation for Superior Performance

**TEACHING LOAD & ASSESSMENT REPORTS (Drexel)**

| Quarter | Name | Number | Overall Course Rating (Scale 1 thru 5) | Overall Instructor |
|---|---|---|---|---|
| Fall 2011 | Technology & Sport | SMT 250 001 | 4.00 | 4.73 |
| Fall 2011 | Sports Info & PR | SMT 205 001 | 4.73 | 5.00 |
| Winter 2012 | Legal Aspects Title IX | SMT 255 001 | 4.10 | 4.60 |
| Winter 2012 | Sports Info & PR | SMT 608 001 | 4.00 | 4.33 |
| Spring 2012 | Sports Info & PR | SMT 205 001 | 4.33 | 5.00 |
| Spring 2012 | Sports Info & PR | SMT 205 002 | 4.75 | 5.00 |
| Fall 2012 | Technology & Sport | SMT 250 001 | 4.17 | 4.83 |
| Fall 2012 | Technology & Sport | SMT 250 002 | 3.67 | 4.33 |
| Winter 2013 | Legal Found. Title IX | SMT 255 001 | 4.10 | 4.70 |
| Winter 2013 | Sport Media Relations | SMT 608 001 | 4.38 | 4.75 |
| Spring 2013 | Legal Found. Title IX | SMT 255 001 | 4.00 | 5.00 |
| Spring 2013 | Senior Portfolio | SMT 401 001 | 3.40 | 4.00 |
| Spring 2013 | Independent Study | SMT 399 001 | 4.00 | 5.00 |
| Spring 2013 | Independent Study | SMT 699 001 | 5.00 | 5.00 |
| Summer 2013 | Baseball Am. Culture | SMT390/690 | 5.00 | 5.00 |
| Fall 2013 | Technology & Sport | SMT 250 001 | 4.60 | 4.75 |
| Fall 2013 | Sports Info & PR | SMT 205 001 | 4.42 | 4.45 |
| Winter 2014 | Legal Found. Title IX | SMT 255 001 | 4.50 | 5.00 |
| Winter 2014 | College Sport Policy | SMT 399 001 | 5.00 | 5.00 |
| Spring 2014 | Sport & Technology | SMT 250 001 | 4.60 | 5.00 |
| Spring 2014 | Sport Media Relations | SMT 608 001 | 5.00 | 5.00 |
| Fall 2014 | Sports Info & PR | SMT 205 001 | 4.71 | 4.86 |
| Fall 2014 | Sports Info & PR | SMT 205 001 | 4.83 | 4.83 |
| Fall 2014 | Professional Portfolio | SMT 401 001 | 5.00 | 5.00 |
| Winter 2015 | Sport & Technology | SMT 250 001 | -- | --- |
| Winter 2015 | Legal Found. Title IX | SMT 255 001 | 4.76 | 5.00 |
| Spring 2015 | Sports Info & PR | SMT 205 001 | 4.57 | 4.86 |
| Spring 2015 | Sport Media Relations | SMT 608 001 | 4.67 | 4.83 |
| Summer 2015 | NCAA Compliance | SMT 245 001 | 4.66 | 4.90 |
| Fall 2015 | Sport Media Relations | SMT 205 001 | 4.50 | 4.50 |
| Fall 2015 | Socio-Cultural Found. | SMT T380001 | 5.00 | 5.00 |
| Winter 2016 | NCAA Compliance | SMT 245 001 | 5.00 | 5.00 |
| Winter 2016 | Legal Found. Title IX | SMT 255 001 | 5.00 | 5.00 |
| Winter 2016 | March Madness | SMTT380003 | 5.00 | 5.00 |
| Winter 2016 | March Madness | SMTT580001 | 4.33 | 4.67 |
| Summer 2016 | Legal Found. Title IX | SMT 255 001 | 4.43 | 4.58 |
| Spring 2016 | Sports Info & PR | SMT 608 001 | 5.00 | 5.00 |
| Fall 2016 | Sport Media Relations | SMT 205 001 | 4.83 | 5.00 |
| Fall 2016 | Sport, Industry, Society | SMT 285 001 | 4.50 | 4.83 |
| Winter 2017 | Legal Found. Title IX | SMT 255 001 | 5.00 | 5.00 |
| Winter 2017 | NCAA Compliance | SMT 245 001 | 4.86 | 5.00 |
| Winter 2017 | NCAA Compliance | SCL 680 001 | 4.78 | 4.78 |
| Spring 2017 | Sport Media Relations | SMT 205 001 | 4.60 | 4.90 |
| Summer 2017 | NCAA Compliance | SMT 245 001 | 5.00 | 4.67 |
| Summer 2017 | Gender Equity in Sport | SMT T680 | 5.00 | 5.00 |

**TEACHING LOAD & ASSESSMENT REPORTS (Drexel LeBow College of Business)\***

| Quarter | Name | Number | Instructor Rating (Scale 1 thru 4) |
|---------|------|--------|-----------------------------------|
| Fall 2017 | No evaluation | | Not yet in system |
| Winter 2018 | Sport, Industry, Society | SMT 285 001 | 3.88 |
| Spring 2018 | Sport Media Relations | SMT 205 001 | 4.00 |
| Spring 2018 | Sport Media Relations | SMT 205 001 | 4.00 |
| Summer 2018 | Sport, Industry, Society | SMT 285 001 | 3.80 |
| Summer 2018 | Gender Equity in Sport | SMT 648 001 | 3.80 |
| Fall 2018 | Sport, Industry, Society | SMT 285 001 | 3.87 |
| Fall 2018 | College Sport Industry | SMT 615 001 | 3.67 |
| Winter 2019 | Legal Found Title IX | SMT 255 001 | 3.88 |
| Winter 2019 | NCAA Compliance | SMT 615 001 | 4.00 |
| Spring 2019 | Sport Media Relations | SMT 205 001 | 3.90 |
| Spring 2019 | Sport Media Relations | SMT 205 001 | 4.00 |
| Summer 2019 | Managing Coaches/Teams | SMT 629 001 | 4.00 |
| Summer 2019 | Gender Equity in Sport | SMT 648 001 | 4.00 |
| Fall 2019 | Sport Industry & Society | SMT 285 001 | 4.00 |
| Fall 2019 | College Sport Industry | SMT 615 901 | 4.00 |
| Winter 2020 | Legal Foundations of Title IX | SMT 255 001 | 4.00 |
| Spring 2020 | Sport Media Relations | SMT 205 001 | 4.00 |
| Spring 2020 | NCAA Compliance | SMT 618 901 | 4.00 |
| Summer 2020 | Gender Equity in Sport | SMT 648 001 | 3.89 |
| Fall 2020 | College Sport Industry | SMT 615 001 | 3.80 |

**\*reflects change to a new unit**

## PUBLICATIONS (refereed/peer reviewed)

1. Staurowsky, E. J., & Rhoads, A. (2020). Title IX athletics coordinators: Roles, responsibilities and challenges. *Journal of Issues in Intercollegiate Athletics 13,* 381-404.

2. Staurowsky, E. J., Koch, B., Dury, G., & Hayes, C. (2020). Exploring narratives of scarcity, uncertainty, and opportunity in women's sports coverage during the COVID-19 pandemic. *International Journal of Sport Communication 13* (3).

3. Staurowsky, E. J., Zonder, E., & Reimer, B. (2017). Title IX knowledge among college athletes and non-athletes in NCAA Division I and III institutions. *Women in Sport and Physical Activity Journal* (25), 30-42.

4. Staurowsky, E. J. (2014). An analysis of Northwestern University's denial of rights and recognition of college football labor. *Journal of Intercollegiate Sport 7* (2), 134-142.

5. Weight, E., & Staurowsky, E. J. (2014). Title IX literacy among NCAA administrators & coaches: A critical communications approach. *International Journal of Sport Management,* 3, 257-285.

6. Staurowsky, E. J. (2014). College athletes' rights in the age of the super conference. *Journal of Intercollegiate Sport 7,* 11-34.

4

7. Southall, R. M., & Staurowsky, E. J. (2013, August). Cheering on the collegiate model: Creating, disseminating, and maintaining NCAA's redefinition of amateurism. *Journal of Sport and Social Issues 37* (4), 403-429.

8. Staurowsky, E. J. with Murray, K., Puzio, M, & Quagliarello, J. (2013, June). Revisiting James Madison University: A case analysis of program restructuring in an NCAA Football Championship Series (FCS) institution following so-called Title IX cuts. *Journal of Intercollegiate Sport* 6 (1), 96-119.

9. Staurowsky, E. J., & Weight, E. (2013, April). Discovering dysfunction in Title IX implementation: NCAA administrator literacy, responsibility, and fear. *Journal of Applied Sport Management 5* (1), 1-30.

10. Staurowsky, E. J. (2012, Spring). "A radical proposal": Title IX has no role in college pay for play. *Marquette Sport Law Review*, 22 (2), 557-595.

11. Staurowsky, E. J. (2012, Spring). Sexual prejudice and sport media coverage: Exploring an ethical framework for college sport journalists. *Journal for the Study of Sports and Athletes in Education 6* (1), 121-139.

12. Staurowsky, E. J. (2012). American Indian sport imagery in sport and public imagination. In E. Hoffman (Ed.), *American Indians in American popular culture* (pp. 279-296). Westport, CT: Praeger Press.

13. Staurowsky, E. J. & Weight, E. (2011, December). Title IX literacy: What coaches don't know and need to find out. *Journal of Intercollegiate Sport* (4), 190-209.

14. Staurowsky, E. J. (2011, June). For sport feminists, our choices are never easy: A reaction to Susan Cahn's "Testing sex, attributing gender: What Caster Semenya means to women's sport." *Journal of Intercollegiate Sport, 4* (1), 54-62.

15. Staurowsky, E. J. (2009). The state of gender equity in athletics departments offered at two year institutions (Part I). In D. Horton. (Ed.). *New Directions for Community Colleges, 147*, 53-62.

16. Staurowsky, E. J. (2009). The state of gender equity in athletic departments offered at two year institutions (Part II). In D. Horton (Ed.). *New Directions for Community Colleges 147,* 63-73.

17. Staurowsky, E. J., Morris, H., Paule, A., & Reese, J. (2007, October). Travelers on the Title IX compliance highway: How are Ohio's colleges and universities faring? *Women in Sport and Physical Activity Journal, 16* (2), 46-82.

18. Staurowsky, E. J. (2007, February). "You know, we are all Indians": Exploring white power and privilege in reactions to the NCAA Native American mascot policy. *Journal of Sport and Social Issues, 31*(1), 61-76.

19. Hattery, A., Smith, E., & Staurowsky, E. (2007). They play like girls: Gender equity in NCAA sports. *Journal for the Study of Sports and Athletes in Education, 1* (3), 249-272.

20. Staurowsky, E. J. (2007). Daredevils of Niagara. *Berkshire Encyclopedia of Extreme Sports* (pp. 15-20)*. Great Barrington, MA: Berkshire Publishing.

21. Staurowsky, E. J. (2007). Wing walkers. *Encyclopedia of Extreme Sports* (pp. 373-377).

22. Staurowsky, E. J. (2005). Hazing. In Levinson, D., & Christensen. *Berkshire Encyclopedia of World Sport* (pp. 304-309). Great Barrington, MA: Berkshire Publishing.

23. Staurowsky, E. J. & Ridpath, D. (2005, Winter). The case for a minimum 2.0 standard for NCAA Division I athletes. *Journal of Legal Aspects of Sport 15* (1), 113-138.

24. Staurowsky, E. J., & Sack, A.L. (2005). Reconsidering the use of the term "student- athlete" by academic researchers. *Journal of Sport Management 19* (2), 103-117.

25. Staurowsky, E. J. (2003, Fall). Title IX and college sport: The long painful path to compliance and reform. *Marquette Sports Law Review 14* (3), 95-121.

26. Staurowsky, E.J. (2003). Title IX in its third decade: The Commission on Opportunity in Athletics. *Entertainment and Sports Law Journal* 2(3), 70-93.

27. Staurowsky, E. J. (2004, February). Privilege at play: The legal & social fictions that sustain American Indian sport imagery. Manuscript solicited by Richard King for inclusion in special issue of *the Journal of Sport and Social Issues 28* (1), 11-29.

28. Staurowsky, E. J. (2003, December). Introduction to the special Title IX issue of the *Women in Sport and Physical Activity Journal 12* (2), 1-3.

29. Staurowsky, E. J. (2002, December). Women and men in the press box: The price of progress. *NAGWS Resources.* Reston, VA: AAHPERD. http://www.aahperd.org/nagws.

30. King, R. L., Staurowsky, E. J., Baca, L. R., Davis, L., & Pewewardy, C. (2002, November). Of polls and race prejudice: Sports Illustrated's errant "Indian Wars". *Journal of Sport and Social Issues 26* (4), 381-403.

31. Staurowsky, E. J., & DiManno, J. (2002, Spring). Young women talking sports and careers: A glimpse at the next generation of women in sport media. *Women in Sport and Physical Activity Journal, 11* (1) 127-162.

32. Staurowsky, E. J. (2000, November/December). The Cleveland "Indians": A case study in American Indian cultural dispossession. *Sociology of Sport Journal*, 17 (4), 307-330.

33. Staurowsky, E. J. (2000, Spring). Beyond Title IX and separate but equal: Boys and girls playing & playing together. *PSAHPERD Journal*, *70* (1), 6-7.

34. Staurowsky, E. J. (1999). American Indian imagery and the miseducation of Americans. *Quest, 51* (4), 382-392.

35. Sack, A., & Staurowsky, E. J. (1999, Fall). A rejoinder to Timothy Davis, Intercollegiate athletics in the next millennium: A framework for evaluating proposals. *Marquette Sports Law Journal, 10* (1), 117-122.

36. Staurowsky, E. J. (1998, December). An act of honor or exploitation? The Cleveland Indians' use of the Louis Francis Sockalexis story. *Sociology of Sport Journal, 15* (4), 299- 316.

37. Staurowsky, E. J., & Scriber, K. (1998, July-September). An analysis of selected factors that affect the work lives of athletic trainers employed in accredited educational programs. *Journal of Athletic Training, 33* (3), 244-248.

38. Staurowsky, E. J. (1998, February). Critiquing the language of the gender equity debate. *Journal of Sport and Social Issues, 22* (1), 7-22.

39. Staurowsky, E. J. (1996, October). Women and athletic funding raising: Exploring the relationship between gender and giving. *Journal of Sport Management, 10* (4), 401-416.

40. Staurowsky, E. J., Parkhouse, B., & Sachs, M. (1996, July). Developing an instrument to measure athletic donor behavior and motivation. *Journal of Sport Management, 10* (3), 262- 277.

41. Staurowsky, E. J. (1996, May/June). Blaming the victim: Resistance in the battle over gender equity in intercollegiate athletics. *Journal of Sport and Social Issues, 20* (2), 194-210.

42. Koch, W. B., Blann, F. W., & Staurowsky, E. J. (1995, March).  Sport management: Where is it housed?  *Journal of Health, Physical Education, Recreation, and Dance*, 6-7.

43. Staurowsky, E. J. (1995, February). Examining the roots of a gendered division of labor in intercollegiate athletics: Insights into the gender equity debate. *Journal of Sport and Social Issues, 19* (1), 28-44.

44. Staurowsky, E. J. (1983). A holistic approach to a physical education. *Contact Quarterly*, 4-6.

45. Fisher, A. C., Mancini, V. H., Hirsch, R. L., Proulx, T. J., & Staurowsky, E. J.  (1982). Coach-athlete interactions and team climate. *The Journal of Sport Psychology*, 4, 388-404.

## PUBLICATIONS (chapters)

1. Staurowsky, E. J. (submitted, July 2021).  The politics of sport and the political forces that shape sport.  In Staurowsky, E. J., & Hart, A. (Eds.).  *Working title: Equity, diversity, and inclusion in sport.*  Champaign, IL:  Human Kinetics.

2. Staurowsky, E. J. (submitted, June 2021).  Preserving Athlete Humanity in a Production Culture.  In Staurowsky, E. J., & Hart, A.  (Eds.).  *Working title: Equity, diversity, and inclusion in sport.*  Champaign, IL:  Human Kinetics.

3. Staurowsky, E. J. (submitted, January 2021).  Engaging in difficult dialogues about equity, diversity, & inclusion in sport.  In Staurowsky, E. J., & Hart, A.  (Eds.).  *Working title: Equity, diversity, & inclusion in sport.*  Champaign, IL:  Human Kinetics.

4. Staurowsky, E. J., Paule-Koba, A., & Sachs, M.  (submitted, January 2021).  Coming of age and aging out of sport.  In Staurowsky, E. J., & Hart, A.  (Eds.).  *Working title: Equity, diversity, & inclusion in sport.*  Champaign, IL: Human Kinetics.

5. Staurowsky, E. J., Abney, A., & Watanabe, N.  (2021).  Intercollegiate athletics.  In Pedersen, P., & Thibault, L. (Eds.).  *Contemporary sport management* (7th ed.).  Champaign, IL:  Human Kinetics.

6. Staurowsky, E. J.  (submitted).  The NCAA and an amateurism that never was.  In E. J. Staurowsky, R. Karcher, J. Maxcy, M. Nagle, & R. Southall (in preparation).  *Big-time college athletes, labor, and the academy.*  Under contract with University of South Carolina Press.

7. Staurowsky, E. J.  (submitted).  Northwestern Football, unionization, & the NLRB's

decision not to exercise jurisdiction. In E. J. Staurowsky, R. Karcher, J. Maxcy, M. Nagle,
Case 3:20-cv-01084-TCN Document 89-2 Filed 12/03/21 Page 19 of 77
contract with University of South Carolina Press.

8. Staurowsky, E. J. (submitted). Title IX, college athlete employment, and the politics of destruction.. In E. J. Staurowsky, R. Karcher, J. Maxcy, M. Nagle, & R. Southall (in preparation). *Big-time college athletes, labor, and the academy.* Under contract with University of South Carolina Press.

9. Staurowsky, E. J. (2019). Women at work: The impact of equity laws on women in the sport industry. In Lough, N., & Geurin, A. (Ed.). *Handbook on the Business of Women's Sports.* New York: Routledge.

10. Staurowsky, E. J., Abney, R., & Watanabe, N. (2018). Intercollegiate athletics. In Pedersen, P. & Thibault, L. (Eds.). *Contemporary sport management* (6th ed.). Champaign, IL: Human Kinetics.

11. Staurowsky, E. J. (2017). Hazing. In D. Cotton & J. Wolohan. *Law for sport and recreation managers* (7th ed.). Dubuque, IA: Kendall Hunt.

12. Staurowsky, E. J. (2018). The politics of Title IX and college athlete employees. For R. White (Ed.). *Sport and the neoliberal university.*

13. Staurowsky, E. J. (2017). National Letter of Intent: Is it the worst contract in sports? For E. Comeaux (Ed.). *College athletes' rights and well-being.* Baltimore, MD: Johns Hopkins University Press.

14. Staurowsky, E. J. (2018). Recruiting and athletic scholarships. In S. Arthur-Banning. (Ed.). *Youth sports in America: The 50 most important issues in youth sport today.* Santa Barbara, CA: ABC-Clio.

15. Staurowsky, E. J. (2015). College athletes' rights. In E. Comeaux (Ed.). *Introduction to intercollegiate athletics.* Baltimore, MD: Johns Hopkins Press.

16. Staurowsky, E. J. (2016). Glimpsing the future for girls and women in sport. In Staurowsky, E J. (Ed.). (2016). *Women in sport: From liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

17. Staurowsky, E. J. (2016). Women's sport history: An overview. In Staurowsky, E. J. (Ed.). (2016). *Women and sport: Continuing a journey from liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

18. Staurowsky, E. J. (2016). Women's sport in the 21st century: A baseline. In Staurowsky, E. J. (Ed.). (2016). *Women and sport: Continuing a journey from liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

19. Staurowsky, E. J. (2016). Girls and women in sport: Benefits and risks. In Staurowsky, E. J. (Ed). (2016). *Women and sport: Continuing a journey from liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

20. Staurowsky, E. J. (2016). Women, sport, and aging. In Staurowsky, E. J. (Ed.). (2016). *Women and sport: Continuing a journey from liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

21. Staurowsky, E. J. & Smith, M. (2016). Women leaders in corporate sport. In Staurowsky, E. J. (Ed.). (2016). *Women and sport: Continuing a journey from liberation to*

22. Staurowsky, E. J. (2016). Women's sport leadership at the college and high school levels.  In Staurowsky, E. J. (Ed.). (2016). *Women and sport:  Continuing a journey from  liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

23. Staurowsky, E. J. (2016). Women, sport, and sexual violence. In Staurowsky, E. J. (Ed.). (2016). *Women and sport:  Continuing a journey from liberation to celebration.* Champaign, IL: Human Kinetics Publishers.

24. Staurowsky, E. J. (2016).  Title IX and beyond: The impact of the Civil Rights & Women's Movements on Women's Sport. In E. J. Staurowsky (Ed.). (2016). *Women and  sport:  Continuing a journey from liberation to celebration.* Champaign, IL:  Human  Kinetics Publishers.

25. Staurowsky, E. J. (2015). Historical perspectives on college sport. In E. Weight & R. Zullo (Eds.). *Intercollegiate Athletics Administration.* Champaign, IL: Human Kinetics.

26. Staurowsky, E. J., & Abney, R. (2014). Intercollegiate athletics. For Pedersen, P.,  Thibault, L., & Quarterman, J. (Eds.). *Contemporary sport management* (5th ed.).  Champaign, IL: Human Kinetics Publishers.

27. Staurowsky, E. J. (2013). Hazing. In D. J. Cotton, & J. T. Wolohan. (Eds. (6th ed.). *Law for recreation and sport managers* (pp. 261-277). Dubuque, IA: Kendall Hunt.

28. Staurowsky, E. J. (2011). Is multiple jeopardy the name of the game for black women in sport? In B. Hawkins & F. Polite (Eds.). *Sport, race, activism, and social change: The impact of Dr. Harry Edwards' scholarship and service* (pp. 113-124). San Diego, CA: Cognella.

29. Staurowsky, E. J., & Abney. R. (2011).  Intercollegiate athletics.  For Pedersen, P., Parks, J.B., Thibault, L., & Quarterman, J. (Eds.).  *Contemporary sport management* (fourth edition) (pp. 142-153). Champaign, IL: Human Kinetics Publishers.

30. Staurowsky, E. J.  (2010). In the shadow of Duke:  Athletics and the university.  In H. Wasserman (Ed.).  *Institutional failures:  Duke lacrosse, universities, new media, and the legal system* (pp. 111-131). Burlington, VT:  Ashgate Publishing Company.

31. Staurowsky, E. J. (2010). Hazing. In D. J. Cotton, J. T. Wolohan, & T. J. Wilde (Eds.).  (5th ed.) (pp. 258-273). *Law for recreation and sport managers.* Dubuque, IA: Kendall  Hunt.

32. Staurowsky, E. J. (2010). Title IX literacy: What every citizen should know about Title  IX, gender equity, and college sport. For inclusion in Lampman, B. (Ed.). *Learning culture through sport:  Exploring the role of sport in society.*  (2nd ed.) (pp. 107-123). Lanham, MD:  Rowman & Littlefield.

33. Staurowsky, E. J. (2010). Sport, masculinity, and nationalism in the wake of 9/11. In Fuller, L. (Ed.). *Sexual sports rhetoric: Historical and media contexts of violence* (pp.  63-76).  Binghamton, NY:  The Haworth Press.

34. Staurowsky, E. J., Hogshead-Makar, N., Kane, M. J., Lerner, P., Wughalter, E., & Yiamyiannis, A. (2007). Gender equity in physical education and sport.  In S. Klein (Ed.)., *Handbook for achieving gender equity through education* (second edition), (pp.  381-410).  Boca Raton, FL: Taylor & Francis. (lead author and primarily responsible for  80% of content)

9

35. Staurowsky, E. J. (2006). Hazing. In D. J. Cotton, & T. Wolohan, & *Law for recreation and sport managers* (4th ed.). (pp. 249-264). Dubuque, IA: Kendall Hunt.

36. Staurowsky, E. J., & Abney. R. (2006). Intercollegiate athletics. For Parks, J. B., Zanger, B. R. & Quarterman, J. (Eds.). *Contemporary Sport Management* (4th ed.) (pp. 143-162). Champaign, IL: Human Kinetics Publishers.

37. King, C. R., Davis-Delano, L., Staurowsky, E. J., & Baca, L. R. (2006). Sports mascots and the media. In Raney, A. A., & Bryant, J. (Eds.). *Handbook of sports and media* (pp. 559- 576). Mahway, NJ: Lawrence Erlbaum and Associates.

38. Staurowsky, E. J. (2006). Making sense of the American mascot controversy. In Lampman, B. (Ed.)., *Learning culture through sport: Exploring the role of sport in society* (pp. 133-150). Lanham, MD: Scarecrow Press.

39. Staurowsky, E. J. (2005). Title IX manifesta: Reflections on the Commission on Opportunity in Athletics. In Simon, R. (Ed.)., *Sporting equality: Title IX thirty years later* (pp. 165-182). New Brunswick, NJ: Transaction Press.

40. Staurowsky, E. J. (2003). Hazing. In D. J. Cotton, J. T. Wolohan, & T. J. Wilde (Eds.) (3rd ed.). *Law for recreation and sport managers* (pp.247-263). Dubuque, IA: Kendall Hunt.

41. Abney, R., & Staurowsky, E. J. (2003). Intercollegiate athletics. For Parks, J. B., Zanger, B. R.,& Quarterman, J. (Eds.). *Contemporary sport management* (third edition) (pp. 67-92). Champaign, IL: Human Kinetics Publishers.

42. Staurowsky, E. J. (2005). SuAnne Big Crow: Her legend and legacy. In R. King (Ed). *Native American athletes: Identities, opportunities, inequities* (pp. 189-210). Lincoln, NE: University of Nebraska Press.

43. Staurowsky, E. J. (2004). Piercing the veil of amateurism: Commercialisation, corruption, and college sports. In T. Slack (Ed.). *The commercialisation of sport (*pp. 143-163). London, England: Frank Cass Publishers.

44. Staurowsky, E. J. (2001). Sockalexis and the making of the myth at the core of Cleveland's Indians' image. In R. King & Springwood, C. F. (Eds.). *Team spirits: The Native American mascots controversy* (pp. 82-108). Lincoln, NE: University of Nebraska Press.

45. Staurowsky, E. J. (1999). Learning exercises for teaching gender issues in sport. In Steele, J. (Ed.). *Syllabii and educational resources for the teaching of the sociology of sport* (pp. 15-16). Washington, DC: American Sociological Association.

46. Biles, F. R., Gray, D., & Staurowsky, E. J. (1996). Part I. Teaching leadership skills. In F. Biles, L. Bunker, C. Coker, B. Harris, and D. Kluka (Eds.), *Play for power* (pp. 5-23). Reston, VA: AAHPERD Publishing.

47. Staurowsky, E. J. (1990). Women coaching male athletes. In Messner, M., & Sabo, D. (Eds.), *Sport, men, and the gender order: Critical feminist perspectives* (pp. 163-170). Champaign, IL: Human Kinetics Publishers.

## PUBLICATIONS (Sport Law Case Summaries)

1. Staurowsky, E. J. (pending). Adding as many women's sports as it takes: La Salle settles

2.  Staurowsky, E. J.  (2020, December 18).  LSU officials accused of mishandling sexual assault cases involving athletes & non-athletes. *Sports Litigation Alert.*

3.  Staurowsky, E. J.  (2020, October 8). The elimination of women's swimming at the University of Iowa triggers a Title IX lawsuit. *Sports Litigation Alert.*

4.  Staurowsky, E. J. (2020, October 22).  Breaking news – William & Mary restores programs in the midst of a Title IX controversy. *Sports Litigation Alert.* Reprinted in *Legal Issues in Collegiate Athletics* in November, 2020.

5.  Staurowsky, E. J.  (2020, July 31).  Brown U's response to allegations that cuts to women's sports violate 1998 Title IX settlement agreement. *Sports Litigation Alert.*

6.  Staurowsky, E. J.  (2020, July 17).  Brown University's Athletics Excellence Initiative inspires criticism & legal challenges on multiple fronts. *Sports Litigation Alert.*

7.  Staurowsky, E. J.  (pending).  Screening of documentary *Broken Trust*: *Athlete Abuse Exposed* & Panel Discussion in Indianapolis. *Sports Litigation Alert.*

8.  Staurowsky, E. J.  (2020, June 19).  Former female track and field athletes sue NCAA for failing to protect them from abusive coach. *Sports Litigation Alert.*

9.  Staurowsky, E. J.  (2020, June).  Sports psychologist alleges retaliation after reporting coach misconduct. *Legal Issues in College Athletics.*

10. Staurowsky, E. J.  (2020, February 13).  Former Penn State player alleges sexual hazing by teammates & retaliation from coaches. *Sports Litigation Alert.*

11. Staurowsky, E. J.  (2020, January 17).  Former UCONN men's basketball coach Jim Calhoun accused of sex discrimination. *Sports Litigation Alert.*

12. Staurowsky, E. J.  (2019, December 20).  Former Cal soccer player alleges dismissal from team violated Title IX & other laws. *Sports Litigation Alert.*

13. Staurowsky, E. J.  (2019, November 8).  Rutgers softball coaches under scrutiny for alleged mistreatment of players. *Sports Litigation Alert.*

14. Staurowsky, E. J.  (2019, October 25).  Nebraska softball players, supported by the College Athlete Advocacy Initiative, threatened boycott over alleged coach mistreatment. *Sports Litigation Alert.*

15. Staurowsky, E. J.  (2019, June 7).  Former USC football player alleges gender bias after expulsion for intimate partner violence. *Sports Litigation Alert.*

16. Staurowsky, E. J.  (2019, May 24).  Former Minnesota technical college coach & athletic coordinator settles whistleblower case. *Sports Litigation Alert.*

17. Staurowsky, E. J.  (2019, February 15).  Claims of financial exigency & roster management practices under scrutiny in Portz v. St. Cloud State University. *Sports Litigation Alert.*

18. Staurowsky, E. J., Menaker, B., & Levine, J.  (2018, October 26).  California judge rules NCAA's  show cause order violates state law. *Sports Litigation Alert.*

11

19. Staurowsky, E. J. (2018, August 31). SUNY Albany can't shake Title IX allegations after cutting women's teams programs. *Sports Litigation Alert.*

20. Staurowsky, E. J. (2018, August 31). At UMD: Another sex discrimination case targeting a female coach or female coach misconduct? *Sports Litigation Alert.*

21. Staurowsky, E. J. (2018, August 17). Male swimmer alleges gender-biased treatment in violation of Title IX at Texas A & M. *Sports Litigation Alert.*

22. Staurowsky, E. J. (2018, July ). Ex-Louisville basketball players sue NCAA over vacation of wins & records post-escort scandal. *Sports Litigation Alert.*

23. Staurowsky, E. J. (2018, July 20). Examining Ohio State's investigation of sexual abuse claims against former team doctor. *Sports Litigation Alert.*

24. Staurowsky, E. J. (2018, July). Equity in Athletics Disclosure Act (EADA) reporting: The case of Florida Atlantic University. *Legal Issues in Collegiate Sport.*

25. Staurowsky, E. J. (2018, June 22). Recent complaint accuses Oregon State athletics of falsifying EADA information: But did they? *Sports Litigation Alert.*

26. Staurowsky, E. J. (2018, March 2). SMU coaches and sports medicine personnel accused by female rowers of gender discrimination and negligence. *Sports Litigation Alert.* *

27. Staurowsky, E. J. (2018, February 16). Aspen Institute Sport & Society Program hosted roundtable on the future of football. *Sports Litigation Alert.*

28. Staurowsky, E. J. (2018, February 2). Guilford College denies lack of Title IX compliance in athletic department. *Sports Litigation Alert.* *

29. Staurowsky, E. J. (2017, November 24). Quaker coaches and athletes allege long-standing Title IX violations and retaliation at Guilford College. *Sport Litigation Alert.*

30. Staurowsky, E. J. (2017, October 27). Anonymous OCR Title IX complaint alleges anti-male bias in Occidental athletics. *Sport Ligitation Alert.* *

31. Staurowsky, E. J. (2017, October 12). NCAA opposed college athletes' motion for summary judgement in athlete compensation cap case & files its own motion for summary judgement. *Sport Litigation Alert.* *

32. Staurowsky, E. J. (2017, September 15). College athletes seeking relief from NCAA's cap on athlete compensation file for summary judgement. *Sport Litigation Alert.* *

33. Staurowsky, E. J. (2017, July 21). Female athletes allege 45-year history of Title IX non-compliance at Lock Haven University. *Sport Litigation Alert.*

34. Staurowsky, E. J. (2017, May 12). Indiana University's athletics policy disqualifying athletes with records of sexual violence. *Sport Litigation Alert.*

35. Staurowsky, E. J. (2017, March 31). Wrongful termination alleged in former women's water polo coach's lawsuit against Cal. *Sport Litigation Alert.* *

36. Staurowsky, E. J. (2017, January). Michigan State officials accused of covering up sexual abuse of former female softball player by team physician. *Sports Litigation Alert.* *

37.  Staurowsky, E. J.  (2016, December 23).  An analysis of University of Kansas's motion to dismiss the Daily Racked Cases lawsuit.  *Sport Litigation Alert.*

38.  Staurowsky, E. J. (2016, April 15).  Tackett v. University of Kansas:  Holding  schools accountable under Title IX and consumer protection.  *Sport Litigation Alert.*

39.  Staurowsky, E. J. (2016, September 30). *Grant Neal v. Colorado State University-Pueblo  et al.*: College athlete accused of sexual assault under Title IX takes on school and U.S. government.  *Sports Litigation Alert.*

40.  Staurowsky, E. J. (2015, November 13).   African-American male student seeks relief for racial and sex discrimination against the University of Notre Dame and former employee.  *Sport Litigation Alert.*

41.  Staurowsky, E. J. (2016, August 19).  Former college softball coach accused of cover up  in violation of Title IX.  *Sports Litigation Alert.*

42.  Staurowsky, E. J. (2015, September 27).  Baylor University, sexual violence, & Title IX vulnerabilities. Part II.  *Sport Litigation Alert.*

43.  Staurowsky, E. J. (2015, September 4).  Baylor University, sexual violence, & Title IX vulnerabilities, Part I. *Sport Litigation Alert.*

44.  Staurowsky, E. J. (2015, February 22). Iowa field hockey players Title IX complaint:  What are some of the issues.  *Sport Litigation Alert.*

45.  Staurowsky, E. J. (2014, July 25).  College coach-athlete relationship akin to at-will employment. *Sport Litigation Alert.*\*

46.  Lewinter, G., &  Staurowsky, E. J. (2011, July).  The Academic Progress Rate (APR) generates lively discussion at this year's College Sport Research Institute Conference. *Sport Litigation Alert.*\*

47.  Staurowsky, E. J. (2011, June 3). The role of Title IX coordinators in fostering Title IX literacy among college coaches and administrators.  *Sport Litigation Alert,* 8.

48.  Staurowsky, E. J. (2010, July). Reflections on *Biediger v. Quinnipiac. Sport Litigation Alert 7* (13), 1.

49.  Staurowsky, E. J. (2010, June). Lance Stephenson case: Was Under Armour visit educational? *Legal Issues in Collegiate Athletics 11* (8), p. 11

50.  Staurowsky, E. J. (2010, April 21). Panelists look at NBA's one and done rule. *Sport Litigation Alert 7* (9), p. 9.

51.  Staurowsky, E. J. (2010, April 21). The goal posts are lonely:  College stadium management & institutional liability.  *Sport Litigation Alert 7* (9), p. 9.

52.  Lotsbom, C., Tracy, M., & Staurowsky, E.J. (2010, April 7). To tweet or not to tweet – Policy and legal concerns for athletic departments.  *Sport Litigation Alert 7* (8), p.8.

\*also published in *Legal Issues in Collegiate Athletics*

**PUBLICATIONS (Short Essays/Editorials)**

13

1.   Staurowsky, E. J.  (2020, September 29).  College sport amateurism is a tool of oppression. *TheUndefeated.*

2.   Staurowsky, E. J.  (2020).  On being & becoming fearless female athletes.  In M. Sachs, L. Tashman, & S. Razon.  (Eds.) *Performance excellence:  Stories to make endeavors a success.*  Lanham, MD:  Rowan & Littlefield.

3.   Staurowsky, E. J.  (2017).  Title IX, college athletes, and political contexts.  *Contexts.*

4.   Staurowsky, E. J.  (pending, 2018).  Tony Dungy.  In C. R. King, (Ed.).  *People of color and popular culture in the United States:  An encyclopedia of histories, culture, and peoples.*

5.   Staurowsky, E. J.  (pending, 2018).  Paul Robeson.  In C. R. King, (Ed.).  *People of color and popular culture in the United States:  An encyclopedia of histories, culture, and peoples.*

6.   Staurowsky, E. J.  (pending, 2018).  Stereotyping of Native Americans.  In C. R. King, (Ed.).  *People of color and popular culture in the United States:  An encyclopedia of histories, culture, and peoples.*

7.   Staurowsky, E. J.  (2017, March 14).  What business leaders can learn from March Madness players about overcoming setbacks.  *Fortune.com.*

8.   Staurowsky, E. J.  (2016).  Laremy Tunsil:  Criminal?  Rule-breaker?  or Morally-righteous guy?  In Lumpkin, A. (Ed.).  *Modern Sport Ethics,* pp. 152.  New Haven, CT:  Praeger.

9.   Staurowsky, E. J.  (2016, July 7).  Pat Summitt's legacy and the work that remains.  *Drexel News Blog.*

10.  Staurowsky, E. J. (2016, March 24).  What every business leader can learn from March  Madness.  *Fortune.com.*

11.  Staurowsky, E. J.  (2016, March 23).  Amid the madness, don't forget about players' rights.  *Philly.com.*

12.  Staurowsky, E. J.  (2015, November 11).  Missouri athletes invoked the moral authority of Martin Luther King.  *The Chronicle of Higher Education.*

13.  Staurowsky, E. J.  (2015). Unionization of college athletes.  In M. Dodds & J. Reese (Eds).  *Sports leadership:  A reference guide* (pp. 271-272).  New York:  Golson Media.

14.  Staurowsky, E. J.  (2015, July 24).  Bringing Jim Thorpe home.  *Huffington Post.*

15.  Staurowsky, E. J..  (2015, May 18).  The case of former University of Ilinois football player Simon Cvijanovic points to need for independent players' association.  *Huffington Post.*

16.  Staurowsky, E. J., & Southall, R.  (2015, April 6).  Making the case for college athletes as employees.  *Street & Smith's SportsBusinessJournal.*

17.  Staurowsky, E. J.  (2015, Jan. 20).  College football players as employees:  About this there should be no debate.  *Huffington Post.*

18.  Southall, R., Nagel, N., & Staurowsky, E. J.  (2014). Welcome to the big-time college sport sausage factory.  *Chronicle of Higher Education.*

19.   Southall, R., Nagel, M., & Staurowsky, E. J. (2014).  Five ways to cut college sport costs:
What athletic staff should know.  *NACDA Report.*

20.   Staurowsky, E. J. (2014, April 15). Words of wisdom from Phillies College Night. *Drexel
SMTSU The Sports Complex.*

21.   Staurowsky, E. J., & Orleans, J. (2014, April 4).  College sports need a fundamental rethink.
*US News & World Report.*

22.   Staurowsky, E. J. (2014, April 7).   What does the Northwestern football ruling mean for
college sports?  *Drexel Now.*

23.   Staurowsky, E. J. (2014, March 28). Title IX should not confuse the issue.  *New York
Times.*

24.   Staurowsky, E. J. (2014, February 1). The significance of college athletes signing union
cards.  *Huffington Post.*

25.   Staurowsky, E. J. (2013, December 17). College sport as community. *College Sports
Business News.* Note: This piece was  listed in the  National Association of  Collegiate
Directors of Athletics (NACDA) Daily Review on December 19, 2013.

26.   Staurowsky, E. J. (2013, December 16). Exploring the 'science' behind the poll Snyder
cites to defend his Redsk*ns.  *Indian Country Today Media Network.*

27.   Staurowsky, E. J. (2013, November 15). Google+ shared endorsements: What do they
mean for college athletes? *College Sports Business News.*

28.   Staurowsky, E. J., & Proska, M.  (2013, July 15). Gender equity at the high school level.
*Women in Coaching Blog.*

29.   Staurowsky, E. J.  (2013, June 15).  Who looks like a coach?  *Women in Coaching Blog.*

30.   Staurowsky, E. J.  (2013, May 23). Lock Haven Council of Trustees silence is deafening in
the face of proposal to award emerita status to long-time athletics director. *College Sports
Business News.*  Republished in *Women in Coaching Blog.*

31.   Staurowsky, E. J. (2013, April 22). As schools evolve, so too should athletics. *New York
Times.*

32.   Staurowsky,  E. J.  (2013,  March 21).  New  guidance from  the Office  for  Civil Rights
regarding athletes with disabilities.  *College Sports Business News.*

33.   Staurowsky, E. J. (2013, March 19). Reflections on *Lean in: Women, work, and the will to
lead* by Sheryl Sandberg.  *Women in Coaching Blog.*

34.   Staurowsky  E. J.  (2013,  February  15).  "There  are  no women  on the Gender  Equality
Committee?"  *Women in Coaching Blog.*

35.   Staurowsky, E. J. (2013, February 12).  U.S. Office for Civil Rights asked to ban American
Indian mascots in Michigan public schools.  *Huffington Post.*

36.   Staurowsky, E. J., & Southall, R. M. (2013, January 24).  The NCAA's attack on academic
freedom.  *Huffington Post.*

37.    Staurowsky, E. J. (2013, January 29). UNCUA's decision to withdraw funding to scholarly
Colloquium is an attack on academic freedom. *College Sports Business News.*

38.    Staurowsky, E. J. (2012, December 14). Female athletes valuing their own strength.
*Women in Coaching Blog.*

39.    Staurowsky, E. J. (2012, September 15). Thoughts on "throwing like a girl". *Women in
Coaching Blog.*

40.    Staurowsky, E. J. (2012, August 14). Honoring Ruth Brunner: Teacher, coach, mentor.
*Women in Coaching Blog.*

41.    Staurowsky, E. J. (2012, July 23). The NCAA's punishment of Penn State: Was this
about justice or vengeance? *College Sports Business News.*

42.    Staurowsky, E. J. (2012, July 14). Thoughts on the Freeh Report: We learn by going where
we have to go? *College Sports Business News.*

43.    Staurowsky, E. J. (2012, July 6). The soul within Penn State: Did officials cover up
Sandusky's crimes. *Huffington Post.*

44.    Staurowsky, E. J. (2012, July 5). What the Sandusky verdict didn't do: Address how this
kind of thing could happen. *College Sports Business News.*

45.    Staurowsky, E. J. (2012, June 27). Summer reading recommendation: You let a GIRL
beat you? by Ann Meyers Drysdale. *Women in Coaching Blog.*

46.    Staurowsky, E. J. (2012, June 23). The Sandusky verdict: "We've all lost". *College
SportBusiness News.*

47.    Staurowsky, E. J. (2012, June 22). The Sandusky trial: The jury deliberates. *College Sport
Business News.*

48.    Staurowsky, E. J. (2012, June 20). It's an Olympic year which means it's time, once again,
to talk about the femininity test. *Women in Coaching Blog.*

49.    Staurowsky, E. J. (2012, June 20). The Sandusky trial: The defense begins. *College Sport
Business News.*

50.    Staurowsky, E. J. (2012, June 18). Through the looking glass: The case of the
Commonwealth of Pennsylvania v. Jerry Sandusky. *College Sport Business News.*

51.    Staurowsky, E. J. (2012, June 12). Billie Jean King influencing the next generation. *Women
in Coaching Blog.*

52.    Staurowsky, E. J. (2012, May 23). Lessons from a week in the life of Brandi Chastain:
Why Title IX continues to matter. *Women in Coaching Blog.*

53.    Staurowsky, E. J. (2012, April 13). A celebration of the life and times of Eleanor Kay (Pete)
Hess. *Women in Coaching Blog.*

54.    Staurowsky, E. J. (2012, April 10). NACWAA presents...Title IX trailblazers. *Women in
Coaching Blog.*

16

55. Staurowsky, E. J. (2012, March 28). ESPNW's power of IX. *Women in Coaching Blog.*

56. Staurowsky, E. J. (2012, March 14). It's here, it's what we've been waiting for: The 2012 NCAA Title IX and Gender Equity Handbook. *Women in Coaching Blog.*

57. Staurowsky, E. J. (2012, March 11). The Madness of March & the NCAA's Guide to Title IX and Gender Equity. *College Sports Business News.*

58. Staurowsky, E. J. (2012, February 29). Whistleblowin' ain't easy: Survival tips for women coaches challenging injustice. *Women in Coaching Blog.*

59. Staurowsky, E. J. (2012, February 15). "Be prepared to be her brains when her brains fall out of her head": Advice on how to be the best assistant coach you can be. *Women in Coaching Blog.*

60. Staurowsky, E. J. (2012, February 1). National Girls and Women in Sport Day: Title IX at 40: In it for the long run. *Women in Coaching Blog.*

61. Staurowsky, E. J. (2012, January 30). Leading with personality: Notes from the Centennial Conference Snell-Shillingford Symposium. *Women in Coaching Blog.*

62. Staurowsky, E. J. (2012, January 25). Centennial Conference's Snell-Shillingford Symposium: Empowering the next generation of women coaches. *Women in Coaching Blog.*

63. Staurowsky, E. J. (2012, January 9). News from Indy: Calls for "shared responsibility". *Women in Coaching Blog.*

64. Staurowsky, E. J. (2012). Athletics, sports, physical education, and gender equity. In Banks, J. (Ed.). *Encyclopedia of diversity in education.* (Vol. 2, pp. 181-186). Thousand Oaks, CA: Sage Publications.

65. Staurowsky E. J. (2011, December 28). Real women, real coaches. *Women in Coaching Blog.*

66. Staurowsky, E. J. (2011, December 21). Best wishes for a happy holiday. *Women in Coaching Blog.*

67. Staurowsky, E. J. (2011, December 18). Penn State officials charged with perjury and failure to report move on to trial. *College Sports Business News.*

68. Staurowsky, E. J. (2011, December 14). In the shadow of Penn State: Women, sport, and sex abuse. *Women in Coaching Blog.*

69. Staurowsky, E. J. (2011, December 13). The spirits of Bellefonte are restless. *Women in Coaching Blog.*

70. Staurowsky, E. J. (2011, December 7). News from Rocky Top: Sex discrimination claims at the University of Tennessee. *Women in Coaching Blog.*

71. Staurowsky, E. J. (2011, December 2). Thoughts on Urban Meyer's family contract: *Women in Coaching Blog.*

72.     Staurowsky, E. J. (2011, December 1). Urban and Me: We're almost twins…except for that one year. *SportsBusiness Journal. College sports magazine news*.

73.     Southall, R., & Staurowsky, E. J. (2011, November 23). Turning turkey into tofu. *Huffington Post*.

74.     Staurowsky, E. J. (2011, November 16). "Life is to be lived and there is no time to waste". *Women in Coaching Blog*.

75.     Staurowsky, E. J. (2011, November 12). We Are-The Second Mile? *College Sports Business News*.

76.     Staurowsky, E. J. (2011, November 9). Thoughts on the distinction between playing versus leading. *Women in Coaching Blog*.

77.     Staurowsky, E. J. (2011, November 3). A woman's sports nation: Does it change everything? *Women in Coaching Blog*.

78.     Staurowsky, E. J. (2011, October 26). On love and coaching. *Women in Coaching Blog*.

79.     Staurowsky, E. J. (2011, October 19). On hope and liberation in women's sports. *Women in Coaching Blog*.

80.     Staurowsky, E. J. (2011, October). Traversing the gender tight rope: Reflections from the NACWAA Convention. *College Sports Business News*.

81.     Staurowsky, E. J. (2011, October 12). Thoughts from a wedding. *Women in Coaching Blog*.

82.     Staurowsky, E. J. (2011, October 11). As the sun sets on NACWAA. *College Athletics Clips*.

83.     Staurowsky, E. J. (2011, October 10). Inspiring and empowering: A missive from NACWAA. *College Athletics Clips*.

84.     Staurowsky, E. J. (2011, October 5). Warm greetings and welcome. *Women in Coaching Blog*.

85.     Staurowsky, E. J. (2011, September). Giving them something to cheer about? *College Sport Business News*.

86.     Staurowsky, E. J. (2011, September). "Should college athletes get paid"? Is the wrong question. *The Atlantic*.

87.     Staurowsky, E. J. (2011, September). Create a professional sports league. *The Atlantic*.

88.     Staurowsky, E. J. (2011, September). How colleges exploit student-athletes. *The Atlantic*.

89.     Staurowsky, E. J. (2011, August). Title IX: Roadblock or pathway to men's lacrosse growth? *College Sports Business News*.

90.     Staurowsky, E. J. (2011, May 18). Coming to terms with sexual harassment in college athletic departments. *College Sports Business News*.

... 

91. Staurowsky, E. J. (2011, March 28). Lost in translation: From the Big Game to the Big Dance. *College Sports Business News.*

92. Staurowsky, E. J. (2011, March 4). College athletes and interpersonal violence: Are the nations intercollegiate athletics programs ready for meaning change. *College Sports Business News.*

93. Staurowsky, E. J. (2011). Alumni loyalty. In Swayne, L., & Golson, J. G. (Eds.). *Encyclopedia of sport management and marketing,* pp. 46-48. Thousand Oaks, CA: Sage Publishers.

94. Staurowsky, E. J. (2011). Compliance. In Swayne, L., & Golson, J. G. (Eds.). *Encyclopedia of sport Management and marketing.* (pp. 260-261). Thousand Oaks, CA: Sage Publishers.

95. Staurowsky, E. J. (2011). Bowl Championship Series. In Swayne, L., & Golson, J. G.(Eds.). *Encyclopedia of sport management and marketing.* (pp. 142-144). Thousand Oaks, CA: Sage Publishers.

96. Staurowsky, E. J. (2011). Bowl games. In Swayne, L., & Golson, J. G. (Eds.). *Encyclopedia of sport management and marketing.* (pp. 144-146). Thousand Oaks, CA: Sage Publishers.

97. Staurowsky, E. J. (2011). National Collegiate Athletic Association. In Swayne, L., & Golson,J. G. (Eds.). *Encyclopedia of sport management and marketing.* (pp. 950-956). Thousand Oaks, CA: Sage Publishers.

98. Staurowsky, E. J. (2010, February). Who is driving the enterprise? *The New York Times.*

99. Staurowsky, E. J. (2009, March 18). Where the amateurs are. *The New York Times.*

100. Miller, J., & Staurowsky, E. J. (2007). Fabiola da Silva. *Berkshire Encyclopedia of Extreme Sports* (pp. 80). Great Barrington, MA: Berkshire Publishing.

101. Staurowsky, E. J. (2007). Shirley Muldowney. *Berkshire Encyclopedia of Extreme Sports* (pp. 213-214). Great Barrington, MA: Berkshire Publishing.

102. Staurowsky, E. J. (2007). Bessie Coleman. *Berkshire Encyclopedia of Extreme Sports* (pp. 71-72). Great Barrington, MA: Berkshire Publishing.

103. Staurowsky, E. J. (2006, December). James Madison University's decision to cut athletic teams: A farce or a tragedy? *Sport Litigation Alert, 3* (21).

104. Staurowsky, E. J. (2005, November 21-27). Will NFL demand justice for Tillman? *Street & Smith's SportsBusinessJournal,* p. 29.

105. Staurowsky, E. J. (2005). Dispatch from the Drake Group. *Legal Issues in College Athletics Newsletter.*

106. Staurowsky, E. J. (July 28-August 3, 2003). Don't clarify Title IX, live up to it. *Street & Smith's SportBusiness Journal.*

107. Staurowsky, E. J. (2003, February 14). The Title IX commission's flawed lineup. *The Chronicle of Higher Education* (invited commentary). Reprinted by permission in the *Journal for Health, Physical Education, Recreation, & Dance* (April/May, 2003).

108. Staurowsky, E. J. (2002, December). We dare you: child. The NCAA retains the right to prevent student-athletes from following its moneymaking lead. *Athletic Business*, pp. 18, 20, & 21.

109. Staurowsky, E. J. (2002, August/September). Reconciliation on the Rosebud: BP returns the Crazy Horse name. *The Corporate Examiner*. (Note: the Examiner is posted for some period of time online and then withdrawn from the website).

110. Staurowsky, E. J. (2004). Ross Anderson: "Fastest American Indian on Mother Earth." In King, R. (Ed.). *Encyclopedia of Native Americans in Sport* (pp. 32-34). Armonk, NY: M. E. Sharpe Publishers.

111. Staurowsky, E. J. (2004). Representation of Native American athletes in sport media. In King, R. (Ed.). *Encyclopedia of Native Americans in Sport*. Armonk, NY: M. E. Sharpe Publishers.

112. Baca, L., & Staurowsky, E. J. (2004). The Native American mascot issue: An overview. In King, R. (Ed.). *Encyclopedia of Native Americans in Sport* (pp. 201-204). Armonk, NY: M. E. Sharpe Publishers.

113. Staurowsky, E. J., & Wilson, S. (2001, September/October). Replacing American Indian mascots. *Athletic Management, 13* (5), 6-7.

114. Staurowsky, E. J. (2001, August). Reflections of a former Methacton "Warrior": Why I believe American Indian mascots should be retired. *Athletic Management*.

115. Staurowsky, E. J. (2001, May). Is the NCAA's position on gambling and wagering as clear as it appears? Don"t bet on it! *A-Game.Com*.

116. Staurowsky, E. J. (2000, June 5). Lessons from IU case may be unexpected. *The NCAA News*, p.4-5.

117. Staurowsky, E. J. (2000, January 24-30). A great talent is denied his place in history: Jim Thorpe, top athlete of the first half 20th century is forgotten in the end. *Street & Smith's SportsBusiness Journal*, p. 37. (Reprinted in the May, 2000 edition of *News From Indian Country* at their request)

118. Staurowsky, E. J. & Mosher, S. (1999, May 29-June 5). Derogatory team names, logos have got to go: Franchises that market Native American imagery are fighting a losing battle. *Street & Smith's SportsBusiness Journal,* n.p.

119. Staurowsky, E. J. (1999, February 1). Bad collegiate sports: Take Playboy and Hooters out of the game. *San Francisco Business Times*. (Reprint of article that originally appeared in the January 18-24, 1999 edition of *Street & Smith's SportsBusiness Journal*).

120. Staurowsky, E. J. (1999, February 15). Schools should rethink sponsor selections. *The NCAA News*, 36 (4), 4. (Reprinted with permission from the January 18-24, 1999 article which appeared in *Street & Smith's SportsBusiness Journal*.)

121. Staurowsky, E. J. (1999, January 18-24). Why let sex sell college football? *Street & Smith's SportsBusiness Journal*, 36-37.

122. Staurowsky, E. J. (1998). Television docudrama: The making of frail female athletic

heroines. In C. Oglesby (Ed.). (1998). *Encyclopedia of women and sport in America.*
Phoenix, AZ: Oryx Press, pp. 207-208.
Case 1:20-cv-03384-PGG   Document 99-2   Filed 12/03/21   Page 32 of 77

123. Staurowsky, E. J., & Sullivan, P. (1997, June/July). An athlete and a leader. *Athletic Management*, pp. 14-16, 18, 21-22.

124. Staurowsky, E. J. (Fall, 1996). The 1996 Margaret Paulding Lecture (condensed and revised version). *The Easterner*, pp. 1-2.

125. Staurowsky, E. J. (1996, Spring). Tribal rites. *Ithaca College Quarterly*, pp. 19-21.

126. Staurowsky, E. J. (1995, June 28). Another perspective on the payment of student-athlete debate. *The NCAA News*, pp. 4-5.

127. Staurowsky, E. J. (1995, Spring/Summer). Females in sport = Fund raisers? Money makers? *GWS Newsletter*, *22*(2), p. 5.

128. Staurowsky, E. J. (1994, September/October). Sister, can you spare a dime? The wisdom of encouraging women to give to women's athletics. *The Women's Sport Experience*, pp. 17-18.

129. Staurowsky, E. J. (1992, Winter). Achieving gender equity in the athletic work place. *National Association of Collegiate Women Athletic Administrators*, p. 2.

130. Staurowsky, E. J. (1992, October 21). Women's sports are still in a struggle for equity. *Rochester Times-Union*, p. 9A.

131. Staurowsky, E. J. (1989, September). "I Ain't Got No Pep." *Net-work News*, pp. 1-2.

## PUBLICATIONS (book)

1. Staurowsky, E. J., & Hart, A. (Eds.). (under contract). *Working Title: Equity, Diversity, & Inclusion in Sport.* Champaign, IL: Human Kinetics Publishers.

2. Staurowsky, E. J., Karcher, R., Maxcy, J., Nagle, M., & Southall, R. (under contract). *Big-time college athletes, labor, and the academy.* Columbia, SC: University of South Carolina Press. (manuscript due September, 2018).

3. Staurowsky, E. J. (Ed.). (2016). *Women and sport: From liberation to celebration.* Champaign, IL: Human Kinetics. (expected publication date – 2016)

4. Sack, A. L., & Staurowsky, E. J. (1998, July). *College athletes for hire: The evolution and legacy of the NCAA's amateur myth.* Westport, CT: Praeger Press.

## PUBLICATIONS (book & video reviews - essays)

1. Staurowsky, E. J. (pending). Book review of *The Cinderella Strategy: The game plan behind Butler University's rise to prominence. Journal of Sport Management.*

2. Staurowsky, E. J. (2020). Book review of *ABC Sports: The rise and fall of sports network television. International Journal of Sport Communication 13* (2), 275-278.

3. Staurowsky, E. J., & Withcomb, J. (in preparation). Book review of *Sex, gender, and sexuality in sport: An inquiry into sport and physical activity practice.*

4. Staurowsky, E. J. (2017). Book review of *Invisible seasons: Title IX and the fight for equity in college sports. International Journal of Sport Communication (10), 4.*

5. Staurowsky, E. J. (2017). Book review of *Missoula: Rape and the justice system in a college town. Journal of Issues in Intercollegiate Athletics.*

6. Staurowsky, E. J. (2014, February). Book review of *Sport public relations: Managing stakeholder communications. Sport Management Review 17* (1), 94-95.

7. Staurowsky, E. J., Weaver, K., & Burchette, B. (2013, November). Book review of *Marketing for sport business success. Sport Management Review 16* (4), 535-536.

8. Staurowsky, E. J. (2012, May). Book review of T*ainted glory: Marshall University, the NCAA, and one man's fight for justice. Sport Litigation Alert.*

9. Staurowsky, E. J. (2011). Book review of *Scoreboard baby: A story of college football, crime, & complicity. Journal of Issues in Intercollegiate Athletics* 4, vi-viii.

10. Staurowsky, E. J. (2010). Book review of *Getting in the game: Title IX and the women's sports revolution. Sport Litigation Alert, 7*(19), 9.

11. Staurowsky, E. J. (2010). Video review of License to thrive: Title IX at 35 *thirdspace.(9),* 2.

12. Staurowsky, E. J. (2008). Book review of *Diversity and social justice in college sports: Sport management and the student-athlete. Sport Management Education Journal.*

13. Staurowsky, E. J. (1998, December). Video review of In whose honor? American Indian mascots in sports. *International Journal of Sport Sociology*, 411-414.

## PUBLICATIONS (other books reviews)

1. Staurowsky, E. J. (2015). Book review of *Strong inside: Perry Wallace and the collision of race and sports in the South. Choice Magazine.*

2. Staurowsky, E. J. (2015). Book review of *Fighting for recognition: Identity, masculinity, and the act of violence in professional wrestling. Choice Magazine.*

3. Staurowsky, E. J. (pending). Book review of *The Native American identity in sports: Creating and preserving a culture. Journal of Sport History.*

4. Staurowsky, E. J. (2014, December). Book review of *Strong and hard women: An ethnography of female bodybuilding. Choice Magazine.*

5. Staurowsky, E. J. (2014, May). Book review of *Fallen sports heroes, media, & celebrity culture. Choice Magazine 51* (9), 1636.

6. Staurowsky, E. J. (2013, November). Book review of *Contesting constructed Indian-ness: The intersection of the frontier, masculinity, and whiteness in Native American mascot representations. Choice Magazine 51* (3), 558.

7.  Staurowsky, E. J. (2011, October). Book review of *Out of left field: Jews and Black baseball.* Choice Magazine 49 (2), 298.

8.  Staurowsky, E. J. (2011, September). Book review of *A dvancing the ball: Race, reformation, and the quest for equal coaching opportunity in the NFL. Choice Magazine 49* (1), 158.

9.  Staurowsky, E. J. (2011, April). Book review of *Race, sport, and politics: The sporting black diaspora. Choice Magazine 48* (8), 1526.

10. Staurowsky, E. J. (2010). Book review of *Sport, masculinity and the body. Choice Magazine 47* (5), 933.

11. Staurowsky, E. J. (2009, November). Book review of *Abel Kiviat National Champion: Twentieth-Century track & field and the melting pot. Choice Magazine 47* (3), 543.

12. Staurowsky, E. J. (2009, October). Book review of *Sport in films.* C*hoice Magazine 47* (2), 313-314.

13. Staurowsky, E. J. (2009, May). Book review of *Full court quest: The girls of Fort Shaw Indian School Basketball Champions of the World. Choice Magazine 46* (9), 1745.

14. Staurowsky, E. J. (2009, March). Book review of *The metrosexual: Gender, sexuality, and sport. Choice Magazine 46* (3), 556.

15. Staurowsky, E. J. (2008, August). Book review of *Sports scandals. Choice Magazine 46* (7), 1349.

16. Staurowsky, E. J. (2008, March). Book review of *Equal play: Title IX and social change. Journal of Issues in Intercollegiate Athletics 1,* vii-ix.

17. Staurowsky, E. J. (2008, February 11). Book review of *Equal play: Title IX and social change* and *Playing with the boys: Why separate is not equal. Teachers College Record.*

18. Staurowsky, E. J. (2004, Fall). Book review of *The silence of great distance: Women running long. Women in Sport and Physical Activity Journal 13,* 102-104.

19. Staurowsky, E. J. (2004, Fall). Book review of *Women's college basketball coaches. Women in Sport and Physical Activity Journal 13,* 105-107.

20. Staurowsky, E. J. (2002, Summer). Review of *The National Collegiate Athletic Association Hall of Champions. Journal of Sport History, 29 (2),* 364-368.

21. Staurowsky, E. J. (2001, Fall). Book review of *Beer and circus: How big-time college sport is crippling undergraduate education. Sociology of Sport Journal 18* (3), 358.

22. Staurowsky, E. J. (2001). Book review of *Contemporary Sport Management. Journal of Sport Managemen 15,* 2001, 160-162.

23. Staurowsky, E. J. (2001, June). Book review of *A whole new ball game. The International Journal of Sport History,* June 2001, volume 18, Number 2.

24. Staurowsky, E. J. (1996). Book review of *Unsportsmanlike conduct: Exploiting college athletes. Journal of Sport Management 10* (3), 332-334.

23

**MANUSCRIPTS UNDER REVIEW**

1. Staurowsky, E. J. (under review). Pay equity in college sport: The case of Jenny Moshak, Heather Mason, & Collin Schlosser v. the University of Tennessee. *Women in Sport and Physical Activity Journal.*

## MANUSCRIPTS IN PREPARATION

1. Staurowsky, E. J. (in preparation). Academics first? College sport and its intersection with the academic side of the higher education house. *Journal of Intercollegiate Sport.*

2. Staurowsky, E. J. (in preparation). Selling "Redskins" for profit: The racialized problems associated with the marketing of the Washington football franchise.

3. Staurowsky, E. J. & Galles, K. (in preparation). Seeing behind the illusion of roster management: Understanding the distinction between Title IX compliance and the appearance of Title IX compliance.

4. Southall, R., Nagel, M., & Staurowsky, E. J. (in preparation). Cheering on the collegiate model: Part II.

5. Staurowsky, E. J. (in preparation). Women's perspectives on work climate in intercollegiate athletics.

6. Staurowsky, E. J. (in progress). Analysis of medical policies associated with athletic departments in the Southeast Athletic Conference (SEC).

## NATIONAL AND INTERNATIONAL PRESENTATIONS (peer-reviewed & invited)

*1.* Staurowsky, E. J. (2021, June 5). Conceptualizing a new Title IX athletics education model in the age of athlete activism. Paper accepted for presentation at the North American Society for Sport Management Conference, virtual conference scheduled for June, 2021. (peer-reviewed)

*2.* Staurowsky, E. J., & Watanabe. N. (2020, May). *Perceptions of progress in the equitable treatment of women leaders in the sport industry.* Paper presented at the North American Society for Sport Management Conference, San Diego, CA. (peer-reviewed)

*3.* Staurowsky, E. J. & Watanabe, N. (2020, April 3). *The state of Title IX compliance in college sport programs nearly five decades after Title IX's passage.* Paper accepted for presentation at the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (peer-reviewed) (due to COVID, conference cancelled; paper presented at the 2021 virtual conference)

4. Rodkey, J., Staurowsky, E. J., Kelly, K., & Sonderfeld, T. (2019, April). *Examining the knowledge and perceptions of Division II collegiate athletic administrators, staff, and coaches regarding gender equity and Title IX standards.* Paper presented to the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (peer-reviewed)

5. Menaker, B. E., Levine, J., & Staurowsky, E. J. (2019, April). *No-cause in California and beyond: Implications of NCAA's show-cause penalty invalidation.* Paper presented to the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (peer-reviewed)

6. Staurowsky, E. J. (2019, March 13). *Why the college athlete compensation movement of "Pay for Play" misses the point.* Paper present to the 2019 Penny Lecture Series, Miami University, Black World Studies Department, Oxford, OH. (invited)

7. Staurowsky, E. J. (2018, November). *Revisiting Millard Lampell's view of college football as industry and college athlete labor efforts.* Paper presented to the North American Society for the Sociology of Sport, Vancouver, British Columbia, Canada. (peer-reviewed)

8. Staurowsky, E. J., Weaver, A., & DeVita, J. (2018, September). *Assessing college athlete engagement with high impact practices (HIPs).* Paper presented to the Drexel University Academic Assessment Conference, Philadelphia, PA. (peer-reviewed)

9. Staurowsky, E. J. (2017, November 2). *Has gender bias come of age in college sport workplaces?* Paper submitted to the North American Society for the Sociology of Sport Conference, Windsor, ON, Canada. (peer-reviewed)

10. Staurowsky, E. J. (2017, November 2). *Examining NCAA rules and infractions decisions through the lens of the "lock-in" model of racism.* Paper submitted to the North American Society for the Sociology of Sport Conference, Windsor, ON, Canada. (peer-reviewed)

11. Staurowsky, E. J. (2016, April 12). *The Power Five and power politics: LEAD1 athletic directors taking their game to Capitol Hill.* Paper submitted to the College Sport Research Institute Conference, Columbia, SC (peer-reviewed)

12. Sabo, D., Staurowsky, E. J., & Veliz, P. (2016, November). *Perceptions of gender bias among coaches of women's collegiate sports.* Paper submitted to the North American Society for the Sociology of Sport Conference, Tampa Bay, FL. (peer-reviewed)

13. Staurowsky, E. J. (accepted, 2016, November). Washington R-word survey redux: The journey from Annenberg to the Washington Post wasn't as far as it appeared. Paper submitted to the North American Society for the Sociology of Sport Conference, Tampa Bay, FL (peer-reviewed) (accepted) (not delivered due to illness)

14. Staurowsky, E. J. (2016, October 21). Title to be determined. Paper invited for the Changing Landscape Within and Future of Intercollegiate Athletics Conference, Marquette University Law School, Marquette, WI. (invited)

15. Sabo, D., Veliz, P., & Staurowsky, E. J. (2016, April). *Beyond Xs nd Os: The workplace experiences of coaches of college women's teams.* Paper submitted to the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (peer-reviewed)

16. Staurowsky, E. J. (2015, November). *Situating 21st century visions of college sport within labor movements and labor markets.* Paper presented at the annual meeting of the North American Society for the Sociology of Sport, Santa Fe, NM. (peer-reviewed)

17. Staurowsky, E. J. (2015, November). *U.S. college athletic departments: Separate and unequal.* Paper presented at the annual meeting of the North American Society for the Sociology of Sport, Santa Fe, NM. (peer-reviewed)

18. Staurowsky, E. J. (2015, April). *The politics of Title IX and college athlete employees.*

25

19. Zonder, E., Reimer, B., & Staurowsky, E. J. (2015, April). *Title IX misperceptions: Part III – Division II.* Paper presented at the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (peer-reviewed)

20. Staurowsky, E. J. (2015, February). *Chasing the story: Inside a sport PR problem of the week.* Paper submitted for presentation at the Commission for Sport Management Accreditation (COSMA) Conference, Drexel University, Philadelphia, PA. (peer-reviewed)

21. Staurowsky, E. J., & Southall, R. (2014, November). *The NCAA, O'Bannon, and the evolving science of educational opportunity.* Paper presented at the annual meeting of the North American Society for the Sociology of Sport, Portland, OR. (peer-reviewed)

22. Staurowsky, E. J. (2014, November). *Women working in the college sport industry: A report of survey results.* Paper presented at the annual meeting of the North American Society for the Sociology of Sport, Portland, OR. (peer-reviewed)

23. Zonder, E., Reimer, B., & Staurowsky, E. J. (2014, May 29). *Title IX misperceptions: Not just a Division I problem.* Paper presented at the annual conference of the North American Society for Sport Management, Pittsburgh, PA. (peer-reviewed)

24. Wilson, M., Burke, K., & Staurowsky, E. J. (2014, April 25). *2013 NCAA Division I women's basketball coaching contracts: A content analysis of incentive clauses.* Paper presented at the annual conference for the College Sport Research Institute, University of South Carolina, Columbia, SC. (peer-reviewed)

25. Wilson, M., Burke, K., & Staurowsky, E. J. (2014, April 23). *2013 NCAA Division I athletic director contracts: A content analysis of incentive clauses.* Paper presented at the annual conference for the College Sport Research Institute, University of South Carolina, Columbia, SC. (peer-reviewed)

26. Burchette, B., Brennan, T., O'Brien, D., Grant, A., & Staurowsky, E. J. (2014, April 24). *Examining the role of gender, institutional affiliation, and program success as factors that influence donor motivation among former NCAA Division I athletes.* Paper presented at the College Sport Research Institute Conference on College Sport, University of South Carolina, Columbia, SC. (peer-reviewed)

27. Southall, R., & Staurowsky, E. J. (2014, April 25). *College sport reform or collegiate model rebranding? An analysis of CAP and other legislative proposals.* Paper presented at the College Sport Research Institute Conference on College Sport, University of South Carolina, Columbia, SC. (peer-reviewed)

28. Staurowsky, E. J. (2014, March 8). *College sport reform through the lens of "The desperate coach".* Paper accepted for presentation at the Diversity in Intercollegiate Athletics Summit in the Rockies, Colorado State University, CO. (peer-reviewed)

29. Staurowsky, E. J. (2014, January 9). *Exploring conflicts of interest within sport management and related fields.* Paper accepted for the National Association of Kinesiology in Higher Education (NAKHE) Congress, San Diego, CA (peer-reviewed)

30. Staurowsky, E. J. (2013, November 11). *Examining the misappropriation of American Indian imagery in sport.* Paper presented at Kramer Levin (an international law firm),

26

31. Staurowsky, E J. (2013, November 7). *How did a question regarding American Indian nicknames in sport get into the Annenberg National Election Survey of 2004?* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Quebec City, Quebec, CANADA. (peer-reviewed)

32. Staurowsky, E. J., & Proska, M. (2013, November 7). *Armand Armstead v. USC: Exploring the college athlete health care system.* Paper presented at the annual conference of the North American Society for the Sociology of Sport, Quebec, Quebec, CANADA. (peer- reviewed)

33. Staurowsky, E. J., Cunningham, G., & Rankin, S. (2013, June). *The LGBT Issues in Sport: Theory to Practice Blog guide for instructors.* Materials shared at The Teaching and Learning Fair at the annual conference for the North American Society for Sport Management, Austin, TX. [Note: this is reviewed but is not considered peer-reviewed.]

34. Staurowsky, E. J. (2013, June). *Sport management faculty and grant support research: An analysis of the state of the discipline.* Paper presented at the annual conference for the North American Society for Sport Management, Austin, TX. (peer-reviewed)

35. Staurowsky, E. J., & Smaldone, J. (2013, April). *Somewhat present but not necessarily always accounted for: An analysis of attendance policies for athletes in the Big Ten and SEC.* Paper presented at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill, NC. (peer-reviewed)

36. Staurowsky, E. J., with Murray, K., Puzio, M., & Quagliarello, J. (2013, April). *Title IX blaming within the Colonial Athletic Conference: How conference affiliation and limited resources affect how program restructuring is represented.* Paper presented at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill. (peer-reviewed)

37. Staurowsky, E. J., & Weaver, K. (2013, March 22). *The Drexel women's college sport history digital project.* Presented at the Women's History in the Digital World Conference, Bryn Mawr College, Bryn Mawr, PA. (peer-reviewed)

38. Galles, K., & Staurowsky, E J. (2013, March). *The games schools play to cheat: Is Title IX law keeping up with schools' attempts to avoid it?* Paper presented at the annual conference for the Sport and Recreation Law Association, Las Vegas, NV. (peer-reviewed)

39. Southall, R., & Staurowsky, E. J. (2013, January). *The NCAA's hegemonic "Collegiate Model of Athletics", and the creation of economic inequalities within college sport.* Paper presented at the annual conference for the NCAA Scholarly Colloquium, Grapevine, TX. (peer-reviewed poster)

40. Staurowsky, E. J. with Murray, K., Puzio, M., & Quagliarello, J. (2013, January). *Exploring multiple inequalities in college sport: Revisiting so-called Title IX program cuts at James Madison University 5-years after.* Paper presented at the annual conference for the NCAA Scholarly Colloquium, Grapevine, TX. (peer-reviewed)

41. Staurowsky, E. J. (2012, November). *Title: It's magic really: Title IX got rid of teams but the teams didn't disappear.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, New Orleans, LA. (peer-reviewed)

42. Staurowsky, E. J. (2012, May 9). *Invest in Title IX - Invest in the future.* Paper presented at the annual conference, University of Michigan, Ann Arbor, MI. (invited)

43. Staurowsky, E. J. (2012, April). *Detonating a bomb: The Ithaca College mascot controversy of 2010-2011.* Paper presented at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill, NC. (peer-reviewed)

44. Staurowsky, E. J. (2012, April). *Title IX does not apply for pay for play.* Paper presented at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill, NC. (peer-reviewed)

45. Staurowsky, E. J. (2012, March). *College sports in the age of the super conference: What will be left standing in the end?* Paper presented at the Athletics and the Academy: Towards 20/20 Program, Boston College, Chestnut Hill, MA. (invited)

46. Staurowsky, E. J. (2012, January). *For those who promise much, much should be expected? Male athletes, Title IX, and the promise of a higher education.* Paper presented at the annual conference for the NCAA Scholarly Colloquium, Indianapolis, IN. (peer-reviewed poster)

47. Staurowsky, E. J. (2011, November). *Exploring Title IX implications of college play for pay.* Paper presented at the annual conference for the North American Society for Sport Sociology, University of Minnesota, Minneapolis, MN. (peer-reviewed)

48. Staurowsky, E. J. (2011, October). *Title IX in the age of the super conference.* Paper presented at the annual conference for the National Association of Collegiate Women Athletics Administrators, Pittsburgh, PA. (invited)

49. Staurowsky, E. J., & Weight, E. (2011, May). *Researching gender equity and Title IX: Implications for athletic administrators and coaches.* Paper presented at the NCAA Gender Equity Forum, Bethesda, MD. (invited)

50. Young, J., & Staurowsky, E. J. (2011, April). *Crime and punishment in intercollegiate athletics.* Paper presented at the annual conference for the College Sport Research Institute at the University of North Carolina, Chapel Hill, NC. (peer- reviewed)

51. Staurowsky, E. J., & Woody, K. (2011, April). *Media ethics and the coverage of Cam Newton.* Paper presented at the annual conference for the College Sport Research Institute at the University of North Carolina, Chapel Hill, NC. (peer-reviewed)

52. Dutton, C., Francis, D., & Staurowsky, E. J. (2011, April). *UCONN women's basketball versus UCLA men's basketball: Whose streak counts more?* Poster presentation at the annual conference for the College Sport Research Institute at the University of North Carolina, Chapel Hill, NC. (peer-reviewed poster)

53. Staurowsky, E. J. (2011, April). *"Signing away their rights": NCAA compliance officer perceptions of athletes'' understanding of the NCAA Student-Athlete Statement.* Paper presented at the annual conference for the College Sport Research Institute at the University of North Carolina, Chapel Hill, NC. (peer-reviewed)

54. Staurowsky, E. J. & Weight, E. (2011, April). *Title IX literacy: A comparison of NCAA administrators and coaches.* Paper presented at the annual conference for the college Sport Research Institute at the University of North Carolina, Chapel Hill, NC. (peer-reviewed)

28

55. Staurowsky, E. J. (2011, January). *From complicity to feminism: One academy's reaction to Susan Cahn "Testing sex, attributing gender: What Caster Semenya means to women's sport."* Paper presented at the annual conference for the NCAA Scholarly Colloquium, NCAA Convention, San Antonio, TX. (invited)

56. Staurowsky, E. J. (2010, October). *Her life depends on it II: A report on the importance of physical activity and sport in the lives of girls.* Paper presented at the Reimagining Girlhood: Communities, Identities, Self-Portrayals Conference, State University of New York, Cortland, NY. (peer-reviewed)

57. Staurowsky, E. J. (2010, June). *Gender equity in college sport athletic budgets in a time of economic uncertainty.* Paper presented at the annual conference for the North American Society for Sport Management, Tampa, FL. (peer-reviewed)

58. Staurowsky, E. J., & Weight, E. (2010). *Achieving Title IX dividends through empowering NCAA college coaches and administrators.* Paper presented at the NCAA Gender Equity Forum, Chicago, IL. (peer-reviewed)

59. Christianson, S., Hubbell, K., Lee, C., O'Brien, E., & Staurowsky, E. J. (2010, April). *Of orange pride and prejudice: An examination of host/hostess groups in college recruiting.* Paper presented at the annual conference for the College Sport Research Institute, Chapel Hill, NC. (peer-reviewed)

60. Staurowsky, E. J., & Lanter, J. (2010, April). *Going big time: Binghamton University and the quest for Division I basketball glory.* Paper presented at the annual conference for the College Sport Research Institute on College Sport, Chapel Hill, NC. (peer- reviewed)

61. Staurowsky, E. J., & Moran, P. (2010, April). *New signs, same view – Two more years traveling on the Ohio Title IX highway.* Paper presented at the annual conference for the College Sport Research Institute, Chapel Hill, NC. (peer-reviewed)

62. Duckworth, K., & Staurowsky, E. J. (2010, April). *Intercollegiate athletes" attitudes towards and perceptions about sexual minorities.* Paper presented at the annual conference for the College Sport Research Institute, Chapel Hill, NC. (peer-reviewed)

63. Staurowsky, E. J., & Weight, E. (2010, March). *Measuring Title IX literacy among female college coaches.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance Conference, Indianapolis, IN. (peer-reviewed)

64. Staurowsky, E. J. (2010, January). *The impact of the global economic downturn on NCAA college sport budgets.* Paper presented at the annual conference for the NCAA Scholarly Colloquium, Atlanta, GA. (peer-reviewed)

65. Staurowsky, E. J. (2009, October). *The best of times, the worst of times: Women in college sport coaching and administration.* Paper presented at the Succeeding as Women in Higher Education Conference, Cortland, NY. (peer-reviewed)

66. Staurowsky, E. J. (2009, May). *Female football players & male field hockey players: Where gender integration and notions of sport equality collide.* Paper presented at the annual conference for the North American Society for Sport Management, Columbia, SC. (peer-reviewed)

67. Szmareta, A., & Staurowsky, E. J. (2009, April). *Examining the NCAA Division II''s decision to accept Canadian members*. Paper presented at the annual conference for the College Sport Research Institute, Chapel Hill, NC. (peer-reviewed)

68. Staurowsky, E., J. & Small, L. (2009, April). *An examination of competitive balance in men's and women's basketball programs within the Big East*. Paper presented at the annual conference for the College Sport Research Institute, Chapel Hill, NC. (peer-reviewed poster)

69. Staurowsky, E. J. (2009, April). *An analysis of The College Sports Council's 2007 "Study" of Title IX's impact on men's sports.* Paper presented at the annual conference for the College Sport Research Institute, Chapel Hill, NC. (peer-reviewed)

70. Staurowsky, E. J. (2009, April). *Title IX literacy: Seeing through scams, recognizing inconvenient truths*. Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Tampa, FL. (peer-reviewed)

71. Staurowsky, E. J. (2008, November). *Examining the state of gender equity in athletic programs at two-year institutions*. Paper presented at the annual conference for the North American Society for the Sociology of Sport, Denver, CO. (peer-reviewed)

72. Staurowsky, E. J., Brown, K., & Weider, N. (2008, May). *Women's reflections on working in the sport in the sport industry*. Paper presented at the To Remember Is to Resist Conference, Toronto, Ontario, CANADA. (peer-reviewed)

73. Staurowsky, E. J. (2008, May). *Title IX and the quest for the liberation of sport. To Remember Is To Resist Conference*. Paper presented at the To Remember Is to Resist Conference, Toronto, Ontario, CANADA. (peer-reviewed)

74. Staurowsky, E. J. (2008, April). *Faculty sentinels guarding the mythic line of demarcation between college sport amateurism and professionalism*. Paper presented at the annual conference for the College Sport Research Institute, Memphis, TN. (peer- reviewed)

75. Staurowsky, E. J. (2008, April). *The voice of change: Title IX advocates and opponents speak their minds.* Paper presented at the annual conference for the College Sport Research Institute. (peer-reviewed poster)

76. Staurowsky, E. J. (2007, November). *Thoughts on Title IX at thirty-five: Is it trapped in teledemocracy?* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Pittsburgh, PA. (peer-reviewed)

77. Bohn, P., & Staurowsky, E. J. (2007, November). *The representation of male disabled athletes in the documentary "Murderball".* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Pittsburgh, PA. (peer-reviewed)

78. Staurowsky, E. J. (2007, March 2). *Male college athletes, Title IX, and paternity leaves*. Paper presented at the annual conference for the Sport and Recreation Law Association Conference, Chapel Hill, NC. (peer-reviewed)

79. Staurowsky, E. J. (2007, April 17). *Searching for James Madison in the JMU Title IX case*. Paper presented at The Changing Social Norms? Title IX and Social Activism Conference, *Harvard University Law School*, Boston, MA. (invited)

80. Staurowsky, E. J., Lawrence, H., Paule, A., & Reese, J. (2007, March). *Travelers on the*

*Title IX compliance highway: How are Ohio's colleges and universities faring?* Paper
presented at the Women and Sport Conference, Bowling Green State University Spring and Spring of TX
Symposium, Cleveland, OH. (peer-reviewed)

81. Staurowsky, E. J. (2006, November). *Title IX considered from a social movements perspective.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Vancouver, British Columbia, Canada. (peer-reviewed)

82. Staurowsky, E. J. (2006, April). *The role of women in meaningful college sport reform.* Paper presented at A Century of College Sport: A Turbulent Past, A Conflicted Present, A Brighter Future Conference, Indianapolis, IN. (peer-reviewed)

83. Staurowsky, E. J. (2005, November). *Conversations with my grandfather: College sport, gender equity, and higher education.* Paper presented at the Notre Dame Conference on Catholic Identity and College Sports. University of Notre Dame, South Bend, IN. (invited)

84. Staurowsky, E. J. (2005, April). *An examination of Faculty Athletic Fellows programs from a faculty governance perspective.* Paper presented at the Drake Group Conference - College Sport and the Academy: Getting Beyond the Problems and Finding Solutions, St. Louis, MO.(peer-reviewed)

85. Staurowsky, E. J. (2005, October). *Reclaiming our inheritance as faculty: Understanding academic freedom in relationship to college sport.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Winston-Salem, North Carolina. (peer-reviewed)

86. Reese, J., Southall, R., & Staurowsky, E. J. (2005, April). *Blowing the whistle on the success of educating college athletes.* Paper presented at the Drake Group Conference - College Sport and the Academy: Getting Beyond the Problems and Finding Solutions, St. Louis, MO. (peer-reviewed)

87. Staurowsky, E. J. (2005). *Title IX's chilly frontier: Coach advocates and those who would retaliate against them.* Paper presented at the Women and Sport: Before, During, and After Title IX Conference, Bowling Green State University, Bowling Green, OH. (invited)

88. Staurowsky, E. J. (2004, November). *The sport sociology exemption in the U.S. faculty bias discourse.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Tucson, AZ. (presidential address).

89. Staurowsky, E. J. (2004, November). *Empowering athletes to control their fate as students.* Paper presented at the annual conference for the North American Society for the Sociology of Sport Conference, Tucson, AZ. (peer-reviewed)

90. Staurowsky, E. J. (2004, October). *On behalf of our minor daughters.* Paper presented at the Ethical Issues in Sport and Entertainment Law Symposium, National Sports Law Institute, Marquette University, Marquette, WI (invited).

91. Staurowsky, E. J. (2004, March). *Legal courses of action and college sport reform.* Paper presented at the annual conference for the Sport and Recreation Law Association, Las Vegas, NV. (peer-reviewed)

92. Staurowsky, E. J. (2003, November). *Title IX as a tool in intercollegiate athletic reform? Exploring the likelihood of this happening in a history of dismissing women's voices.* Paper presented at the National Institute for Sport Reform Conference, Saratoga Springs, NY.

93. Staurowsky, E. J. (2003, October/November). *Jeremy Bloom v. the NCAA: A bill of rights, a bill of wrongs, a bill of goods*. Paper presented at the annual conference for the North American Society for the Sociology of Sport, Montreal, Quebec, Canada. (peer- reviewed)

94. Staurowsky, E. J. (2003, May). *Title IX at thirty: The uncertain future of the gender equity in athletics reform movement*. Paper presented at the annual conference for the North American Society for Sport Management, Ithaca, NY. (peer-reviewed)

95. Staurowsky, E. J. (2003, April*). The American Indian mascot issue: Identifying the problem, owning responsibility, and solving the problem.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, & Dance, Philadelphia, PA. (peer-reviewed)

96. Staurowsky, E. J. (2003, April). *A Title IX birthday bash indeed: The U.S. Department of Education's review of Title IX enforcement.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, & Dance, Philadelphia, PA. (peer-reviewed)

97. Staurowsky, E. J. (2003, March). *Jeremy Bloom v. the National Collegiate Athletic Association: Whose interest was protected? Whose interest was served?* Paper presented at the annual conference for the SSLASPA, Atlanta, GA. (peer-reviewed)

98. Staurowsky, E. J. (2002, November). *Examining athletic reform movements during the past century.* Paper presented at the annual conference for the North American Society for Sport Sociology, Indianapolis, IN. (peer-reviewed)

99. Staurowsky, E. J. (2002, November). *A critical analysis of SI"s "Indian Wars": The war on Indians in popular culture.* Paper presented at the annual conference for the North American Society for Sport Sociology, Indianapolis, IN. (peer-reviewed)

100. Staurowsky, E. J. (2002, May). *Gender equity? Has sport really become more equitable?* Paper presented at the annual conference for the North American Society for Sport Management, Canmore, Alberta, CANADA. (peer-reviewed)

101. Staurowsky, E. J. (2002, March). *A new wave of corruption: College sport, censorship, and threats to academic freedom*. Paper presented at the annual conference for SSLASPA, Waco, TX. (peer-reviewed)

102. Staurowsky, E. J., & Baca, L. (2002, March). *American Indian sport imagery: Recent public policy initiatives and disputes*. Paper presented at the annual conference for SSLASPA Waco, TX. (peer-reviewed)

103. Staurowsky, E. J. (2001, October/November). *The political economy of "Gender Equity": Analyzing conservative rhetoric about Title IX and the fate of men's sport*. Paper presented at the annual conference for the North American Society for the Sociology of Sport, San Antonio, TX. (peer-reviewed)

104. Staurowsky, E. J. (2001, April). *Six degrees of separation: Jim Thorpe, Louis Sockalexis, and the use of American Indian imagery in sport*. Paper presented at the Racism & Contemporary Genocide Conference, Cleveland, OH. (peer-reviewed)

105. Staurowsky, E. J. (2001, March). *Navigating the sexist seas of sports media: Success and the single female.* Paper presented at the annual conference for the American Alliance for

106. Staurowsky, E. J. (2000, November). *Beyond imagery: Representations of American Indians in sport texts.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Colorado Springs, Colorado. (peer-reviewed)

107. Staurowsky, E. J. (2000, November). *Faculty and their role in college athletic reform.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Colorado Springs, Colorado. (peer-reviewed)

108. Staurowsky, E. J. (2000, August). *American Indian sports imagery: Lessons in contested racial identities and notions of property.* Paper presented at the annual conference for the American Sociological Association, Washington, DC. (peer-reviewed)

109. Staurowsky, E. J. (2000, July). *Deconstructing the rhetoric of amateurism in college sport: Calling a pro a pro.* Paper presented at the Bridging the Racial Divide, National Consortium on Academics and Sports, Hyannis, MA. (peer-reviewed)

110. Staurowsky, E. (2000, June). *Exploring the nature of American Indian sport imagery and corporate ownership: Rights, privileges, and racism.* Paper presented at the Eighth Sovereignty Symposium, Tulsa, OK. (peer-reviewed)

111. Staurowsky, E. J. (2000, April). *Nary a blip on the racial radar screen: Observations about John Rocker, Jim Thorpe, and the invisibility of Indians.* Paper presented at the Hate and Violence: Racist Images in Popular Culture Second Conference, Cleveland, OH. (peer-reviewed)

112. Staurowsky, E. J. (1999, November). *Restoring the rights of the rightless: Native American imagery as veneer.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Cleveland, OH. (peer-reviewed)

113. Staurowsky, E. J. (1999, October). *Echoes of possession and occupancy in the House of Jacobs.* Paper presented at the National Coalition on Racism in Sport and the Media Conference, Urbana, IL. (peer-reviewed)

114. Staurowsky, E. J. (1999, April 23). Can *separate be equal? A content analysis of undergraduate views on athletic equality.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Boston, MA. (peer-reviewed)

115. Staurowsky, E. J. (1999, April). *From "Divine Discontent" to "We Got Next": Reflections on the nature of progress.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Boston, MA. (peer-r eviewed)

116. Staurowsky, E. J. (1999, April*). The hype-makers vs. the hyper-sensitive: Combating the challenges of being labeled politically correct.* Paper presented at the Hate and Violence: Racist Images in Popular Culture Conference, Committee of 500 Years of Dignity and Resistance, Capital University, Cleveland, OH. (peer-reviewed)

117. Staurowsky, E. J. (1999, April). *Teaching racism: The role of American Indian imagery in the miseducation of Americans and American Indians.* Paper presented at the Hate and Violence: Racist Images in Popular Culture Conference, Committee of 500 Years of Dignity and Resistance, Capital University, Cleveland, OH. (peer-reviewed)

118. Staurowsky, E.J. (1998, November). *The Cleveland Indians vs. American Indians: A study of trademark and cultural appropriation*. Paper presented at the annual conference for the North American Society for the Sociology of Sport, Los Vegas, Nevada. (peer-reviewed)

119. Staurowsky, E. J. (1998, June). *Searching for Sockalexis: The problematic at the core of the Cleveland Indians image.* Paper presented at the Tenth Cooperstown Symposium on Baseball and American Culture, Cooperstown, NY. (peer-reviewed)

120. Staurowsky, E. J. (1998, May). *Major League Baseball: A study in crisis.* Paper presented at the annual conference for the North American Society for Sport Management, Buffalo, NY. (peer-reviewed)

121. Staurowsky, E. J. (1998, March). *We Got Next: A cautionary tale about women's sport in the United States.* Paper presented at the Eastern Canada Sport & Exercise Psychology Symposium, Ottawa, Ontario, CANADA. (peer-reviewed).

122. Staurowsky, E. J. (1997, November). *Fighting women, flawed women: The paradox of the fearless and feared female in American society.* Paper presented at the annual conference for the North American Society for Sport Sociology, Toronto, Ontario, CANADA. (peer-reviewed)

123. Staurowsky, E. J. (1997). *A worker by any other name: An examination of NCAA policies governing student athletes.* Paper presented at the annual conference for the North American Society for Sport Management, San Antonio, TX. (peer-reviewed)

124. Staurowsky, E. J. (1997, March). *Educating women to defend and serve: The implications of women in combat and combative sports.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, St. Louis, MI. (peer-reviewed)

125. Staurowsky, E. J. (1996, November). *Of Saltine Warriors, Bad Medicine Men, and Fighting Indians: The ideological implications behind the appropriation of Native American imagery in sport.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Birmingham, AL. (peer-reviewed)

126. Staurowsky, E. J. (1996, June). *An evaluation of sport communication curricular areas and needs.* Paper presented at the annual conference for the North American Society for Sport Management, Fredericton, New Brunswick, CANADA. (peer-reviewed)

127. Staurowsky, E. J. (1996). Financing *women's college athletics: A historical overview.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Atlanta, GA. (peer-reviewed)

128. Staurowsky, E. J. (1996, April). *Empowering female athletes to lead.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Atlanta, GA. (peer-reviewed)

129. Staurowsky, E. J. (1995, September). *Toward an understanding of gender, money, and educational opportunity in intercollegiate athletics.* Paper presented at the Women's Institute on Sport and Education National Conference, Baltimore, MD. (peer-reviewed)

130. Staurowsky, E. J. (1995, June). *Savvy investments, smart choices: Recognizing women's economic potential in intercollegiate athletics.* Paper presented at the annual conference for the North American Society for Sport Management, Athens, GA. (peer- reviewed)

131. Staurowsky, E. J. (1995, March). *Teaching about gender and sport: Pedagogical and practical concerns.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Portland, OR. (peer-reviewed)

132. Staurowsky, E. J. (1994, November). *Of male breadwinners and female passive consumers: Exploring the relationship between a gendered division of labor and gender equity in college sport.* Paper presented at the annual conference for the North American Society for the Sociology of Sport, Savannah, GA. (peer-reviewed)

133. Staurowsky, E. J. (1994, October). *(re)Visioning women's economic potential in intercollegiate athletics.* Paper presented at The First Conference of the Women's Institute on Sport and Education, Oberlin College, Oberlin, OH. (peer-reviewed)

134. Staurowsky, E. J. (1994, June). *The ACQUIRE-II: A theoretical approach to understanding athletic donor behavior and motivation.* Paper presented at the annual conference for the North American Society for Sport Management, Pittsburgh, PA. (peer- reviewed)

135. Staurowsky, E. J. (1994, April). *Exploring the myth of female economic inferiority in sport.* Paper presented at annual conference for the American Alliance for Health, Physical Education, Recreation, & Dance, Denver, CO. (peer-reviewed)

136. Staurowsky, E. J. (1993, May). *With liberty and justice for all? The status of girls and women in sport in the United States.* Paper presented at the American Sport Policy Conference, Tulane University, New Orleans, LA (invited).

137. Staurowsky, E. J. (1993). *Rethinking the connection among women, money, and sport OR - do men really pay for themselves (and women)?* Paper presented at the National Symposium for Girls and Women in Sport, Slippery Rock, PA. (peer-reviewed)

138. Staurowsky, E. J. (1992, September). *Understanding gender equity in the athletic work place.* Paper presented at the annual conference for the National Association of Collegiate Women Athletic Administrators Conference, Kansas City, MO. (peer-reviewed)

139. Staurowsky, E. J. (1992, May). *Harassment by any other name: The case of the New England Patriots and Lisa Olson.* Paper presented at the Association for Women in Sport Media, New York, NY. (peer-reviewed)

140. Staurowsky, E. J. (1992, April). *Lessons in learning and leadership: Women's leadership development in sport.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Indianapolis, IN. (peer-reviewed)

141. Staurowsky, E. J. (1992). *A feminist analysis of the Lisa Olson incident.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Indianapolis, IN. (peer-reviewed)

142. Staurowsky, E. J. (1991, April). *A study of the work and personal aspects of coaching: Defining balance in coaches' lives.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, San Francisco, CA. (peer-reviewed)

143. Staurowsky, E. J. (1989, April). *With only the moon to guide us home: Performance appraisal and the teacher-coach model.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, & Dance, Boston, MA. (peer-reviewed)

stereotypes. Women in Sport - Back to the Future Series*. Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Kansas City, MO. (peer-reviewed)

145.  Staurowsky, E. J. (1987, April). *Women coaching male athletes - A new look at an old rite of passage.* Paper presented at the annual conference for the American Alliance for Health, Physical Education, Recreation, & Dance, Los Vegas, Nevada. (peer-reviewed)

146.  Staurowsky, E. J. (1980, April). *Coach-athlete interactions and resultant team climates*. Paper presented at the Sport Psychology Academy Pre-Convention Symposium at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, Detroit, MI. (peer-reviewed)

## REGIONAL AND LOCAL PRESENTATIONS

1.  Staurowsky, E. J. (2021, June 20). *A discussion regarding trans people in sport.* Mt. Auburn Presbyterian Church, Cincinnati, OH. (invited)

2.  Staurowsky, E. J. (2021, April 29). *Gender equity, college sport, and the madness of March.* Presentation in the Ithaca College Equity in Athletic Training (EquAT) Seminar, Ithaca, NY. (invited)

3.  Staurowsky, E. J. (2021, January 10). *Rising up and rising above: Women's sport in the time of COVID..* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium. (invited - virtual)

4.  Staurowsky, E. J. (2020, September 25). *Title IX basics: What coaches and administrators need to know.* Presentation to Kristen Ramey's Coaching Leadership Class, McDaniel College, Westminster, MD. (invited – zoom).

5.  Staurowsky, E. J. (2020, June 29). *Working for change in the coaching profession: A conversation about supporting & retaining good women coaches.* Drexel University Online Event. (invited)

6.  Staurowsky, E. J. (2020, January 28). *The college athlete employment movement: Pay for pay misses the point.* Presentation to Dr. Richard Southall's College Sport Administration class, University of South Carolina, Columbia, SC. (invited – zoom)

7.  Staurowsky, E. J. (2019, December 7). *Fearless girls, fearless women: Thoughts on women in sport in 2019.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, Dickinson College, Carlisle, PA. (invited)

8.  Staurowsky, E. J. (2019, September 16). *The college athlete employment movement: Pay for play misses the point.* Presentation to Dr. Richard Southall's College Sport Administration class, University of South Carolina, Columbia, SC. (invited – zoom)

9.  Staurowsky, E. J. (2019, March 29). *A survey of leadership development academies within Big Ten athletic departments.* Presentation to the Northeast Atlantic Sport Psychology Conference & AASP Regional Conference, Temple University, Philadelphia, PA. (peer-reviewed)

10. Staurowsky, E. J. (2019, January 31). *NCAA, propaganda, and the invention of the term "student-athlete".* Presentation to Dr. Richard Southall's College Sport Administration

11. Staurowsky, E. J. (2018, December 8). *Women's sport: Hopeful signs, enduring issues, & ongoing debates.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, Ursinus College, Collegeville, PA. (invited)

12. Staurowsky, E. J. (2018, September 12). *NCAA, propaganda, and the invention of the term "student-athlete".* Presentation to Dr. Richard Southall's College Sport Administration class, University of South Carolina, Columbia, SC. (invited – via skype)

13. Staurowsky, E. J. (2018, April 25). *College sport news of the day: The Commission on College Basketball's announcement of recommendations.* Presentation to Professor Ashley Dapp's Sport Marketing class, Neumann University, Aston, PA. (invited)

14. Staurowsky, E. J. (2018, March 6). *A discussion regarding gender, college sport, and politics.* Presentation to Professor Jeff Gerson's Politics of College Sport class, University of Massachusetts, Lowell, MA. (invited) (skype)

15. Staurowsky, E. J. (2018, February 14). *A conversation on social justice issues in sport, gender equity and Title IX.* Presentation at the Beyond the Field: Social Issues in Sport Lecture Series, University of Connecticut, Storrs, CT. (invited)

16. Staurowsky, E. J. (2018, February 8). *Title IX basics: What athletes need to know.* Presentation at Dickinson College, Carlisle, PA. (invited)

17. Staurowsky, E. J. (2018, January 27). *Past is present: Women, sport, and legacy.* Presentations at the annual meeting of the Snell-Shillingford Coaching Symposium, Swarthmore College, Swarthmore, PA. (invited)

18. Staurowsky, E. J. (2017, March 30). *Women's work in the 21st century collegiate athletic program: The more things change, t h e more things stay the same.* Joan Hult Lecture. University of Maryland, College Park, MD. (invited)

19. Staurowsky, E. J. (2017, March 28). *Women, the college sport workplace, and gender bias.* Intersectionality and Women's Sports Conference. University of Southern California, Los Angeles, CA. (invited).

20. Staurowsky, E. J. (2017, February 24). College athletes through the lens of labor. Presentation at the Eastern Sociological Society, Philadelphia, PA. (peer-reviewed)

21. Staurowsky, E. J. (2017, January 27). *Women, sport, and the currents of time.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, McDaniel College, Westminster, MD. (invited)

22. Staurowsky, E. J. (2016, September 14). *A Title IX conversation with college athletes.* The Wisdom Wednesdays Seminar Series. Carlisle, PA: Dickinson College. (invited)

23. Staurowsky, E. J. (2016, May 25). *Title IX and athletic department obligations.* Middle Atlantic Conference (MAC) meeting, Ocean City, NJ. (invited)

24. Staurowsky, E. J. (2016, May 3). *Title IX and the current college sport landscape.* Middle Atlantic Conference (MAC) Inclusion Forum, Delaware Valley College, Annville, PA. (invited)

25. Staurowsky, E. J. (2016, April 2). *Women's college sport, Title IX compliance, and male practice players.* Presentation at the 18th annual Northeast Atlantic Sport Psychology

Case 1:20-cv-00184-DCN Document 99-21 Filed 12/03/21 Page 49 of 77

26. Staurowsky, E. J. (2016, April 1). *Women, sport, & legacy.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, Bryn Mawr College, Bryn Mawr, PA. (invited)

27. Staurowsky, E. J. (2016, February 4). *Reflections on concussion during Super Bowl week.* Faculty in the Residences Program. Drexel University, Philadelphia, PA. (invited)

28. Staurowsky, E. J. (2015, November 19). *American Indian imagery in sport.* Native American Heritage Month Lecture Series. Drexel University, Philadelphia, PA. (invited).

29. Staurowsky, E. J. (2015, January). *Women, sport, & legacy.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, Johns Hopkins University, Baltimore, MD. (invited)

30. Staurowsky, E. J. (2014, October 2). *College sports at the crossroads.* The Doris Drees Scholar Lecture, University of Dayton, Dayton, OH. (invited)

31. Staurowsky, E. J. (2014, May 14). *College sport in a time of change.* Presentation to the Exercise and Sports Psychology Research and Consultation Society, Temple University, Philadelphia, PA. (invited)

32. Staurowsky, E. J. (2014, January). *In the shadow of our forebears: Women, sport, & legacy.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, Ursinus College, Collegeville, PA. (invited)

33. Staurowsky, E. J. (2013, May 14). *LGBT issues in sport: An overview of the high school athlete experience.* Presentation at Episcopal Academy, Newtown Square, PA. (invited)

34. Staurowsky, E. J. (2013, January 30). *Wait a minute, I thought you said….: JMU, Title IX, & program cuts.* Lecture to graduate students enrolled in Operation and Management of Intercollegiate Athletics, University of Pennsylvania, Philadelphia, PA. (invited)

35. Staurowsky, E. J. (2013, January 26). *Past as prelude: Our shared women's sport history.* Presentation at the annual meeting of the Snell-Shillingford Coaching Symposium, Muhlenberg College, Allentown, PA. (invited)

36. Staurowsky, E J. (2012, May 30). *Title IX: In it for the long run.* Presentation in the Sport and Exercise Psychology class, Temple University, Philadelphia, PA. (invited)

37. Staurowsky, E. J. (2012, May 23). *The many stories of Title IX.* Keynote presentation at the American Association of University Women, Philadelphia, PA. (invited)

38. Staurowsky, E. J. (2010, November*). The role that coaches and higher education officials can play in fixing Title IX dysfunctional enforcement process.* Lecture given to the Exercise & Sport Psychology Department Speaker Series, Temple University, Philadelphia, PA. (invited)

39. Staurowsky, E. J. (2010, January). *Common college sport ailments: Are there cures?* Lecture and discussion with the Intercollegiate Athletics Administration Class, University of Massachusetts, Amherst, MA. (invited – done via conference call)

40. Staurowsky, E. J. (2009, September). *Title IX: What every Heron should know*. Presentation at Cedar Park Performance Roof, William Smith College, Geneva, NY. (invited)

41. Staurowsky, E. J. (2008, April). *Fleet of foot, strong of heart, and steadfast in resolve: Women and sport leadership*. Presentation at the Old Dominion Athletic Conference Women's Sport Leadership Conference, Lynchburg, VA. (invited)

42. Staurowsky, E. J. (2007, December). *Happy holidays to you and yours – From Title IX*. Paper presented to the Finger Lakes Women's Bar Association, Ithaca, NY. (invited)

43. Staurowsky, E. J. (2007, April). *Graduate school bound? Where? Why? How?* Presentation at the Avenues of Sport Symposium, Lock Haven State University, Lock Haven, PA. (invited)

44. Staurowsky, E. J. (2007, April). *From Elizabeth Blackwell to Pat Summit: Perspectives on women's changing roles in sport and society*. Paper presented at HWS Day – The Role of Sport in Society, Hobart & William Smith Colleges, Geneva, NY. (invited)

45. Staurowsky, E. J. (2006, May). *Title IX and the "New Model Survey"*. Presentation at Sport Management Doctoral Seminar, the Ohio State University, Columbus, OH. (invited)

46. Staurowsky, E. J. (2006, April). *The amazing, the ever popular…Title IX*. Paper presented at the University of Memphis Forum on College Sport, Memphis, TN. (invited)

47. Staurowsky, E. J. (2005, June). *Guarding the guardians: College sport & academic reform*. Paper presented at the Business of College Sport Conference: Show Us the Future, The Paul Merage School of Business at the University of California-Irvine. (invited)

48. Staurowsky, E. J. (2004, October). *Cultural insensitivity as sport & spectacle: Of Outkasts, Redskins, and Seminoles*. Presentation at the annual conference for the Florida Sport Alliance, Orlando, FL. (invited keynote speaker)

49. Staurowsky, E. J. (2002, June). *Reflections on Title IX, the price of change, and the demise of women's sports: The Case of Ursinus College field hockey*. Presentation at the Ursinus College Alumni Academy, Collegeville, PA. (invited)

50. Staurowsky, E. J. (2000). *Homosexuality in sports*. Paper presented at the Central New York Lesbian, Gay, Bi-Sexual, Transgender (LGBT) Conference, Ithaca College, Ithaca, NY. (invited)

51. Staurowsky, E. J. (2000, November). *A critical analysis of the Onteora "Indians" and the dilemmas of race*. Paper presented at the Mid-Atlantic Popular Culture/American Culture Association, Albany, NY (November, 2000). (peer-reviewed)

52. Staurowsky, E. J. (1999, May). *The many meanings of Wahoo*. Paper presented at the Faculty Forum: A Showcase for Faculty Research, Faculty Development Committee, Ithaca College, Ithaca, NY. (invited)

53. Staurowsky, E. J. (1998, November). *Tracing the historical connections between a woman's right to vote and a woman's right to move: Women's basket ball as metaphor*. Paper presented at the Sisterhood and Struggle: A Celebration of the Women's Rights Convention, Women's Studies Mini-Symposium, Ithaca College, Ithaca, NY. (peer-reviewed)

54. Staurowsky, E. J. (1998, March). *Men and women and Title IX: The things we think and know*. Paper presented at the annual meeting for the National Association of Health, Physical Education, Recreation, and Dance: Central South Zone, Ithaca College, Ithaca, NY. (peer-reviewed)

55. Staurowsky, E. J., & Robinson, M. (1997, March*). Not everyone can be Michael Jordan: Careers in the sports industry.* Paper presented at the annual meeting for the Eastern District - Alliance for Health, Physical Education, Recreation, and Dance, Burlington, VT. (peer-reviewed)

56. Staurowsky, E. J., Scriber, K., Alderman, M., Bitting, L., Matheny, M., Trowbridge, C., & Wigglesworth, J. (1997). *An analysis of athletic trainers' work lives: A preliminary investigation.* Poster presentation at annual conference for the Eastern Athletic Trainers' Association, Boston, MA. (peer-reviewed)

57. Staurowsky, E. J. (1996, March). *Examining the stakes of the gender equity game.*
Paper presented at the Margaret Paulding Lecture, Eastern District - Alliance for Health, Physical Education, Recreation and Dance, Stamford, CT. (invited)

58. Staurowsky, E. J. (1996, March). *Common sense, no cents, and nonsense: Perspectives on the shifting currents of the gender equity debate.* Paper presented at the annual meeting for the Eastern District - Alliance for Health, Physical Education, Recreation and Dance, Stamford, CT. (peer-reviewed)

59. Staurowsky, E. J. (1995, November). *Women's athletics: Leading in the age of gender equity.* Paper presented at the annual conference for the New York State Alliance for Health, Physical Education, Recreation, and Dance (NYSAHPERD), Syracuse, New York. (peer- reviewed)

60. Staurowsky, E. J. (1994, April). *Is there such a thing as a feminine style of leadership?* Paper presented at the New York State Links to Leadership Conference, Ithaca College, Ithaca, NY. (peer-reviewed)

61. Hogshead, N., & Staurowsky, E. J. (1993, November). G*iving voice and meaning to the moral lesson of gender equity*. Presentation at the annual conference for the New York State Alliance for Health, Physical Education, Recreation, and Dance (NYSHPERD), Buffalo, NY. (peer-reviewed)

62. Staurowsky, E. J. (1993, August). *Interpreting the meaning of gender equity for parents and children.* Presentation at the Lansing Rotary Club, Lansing, NY. (invited)

63. Staurowsky, E. J. (1993, June). *Academic choices in the Exercise and Sport Sciences.* Presentation at the Benjamin Franklin High School Academy for Fitness, Health, Promotions, and Sport Sciences Speakers Forum, Philadelphia, PA. (invited)

64. Staurowsky, E. J. (1992, June). *Cross-gender coaching: Occurrences and implications*. Paper presented at the annual conference for the Eastern Association for Physical Education for College Women, Penn State University, State College, PA. (peer-reviewed)

65. Staurowsky, E. J. (1992, April). *One step forward - Two steps back: Women's athletics in the post-Title IX era*. Paper presented at the Colgate Women's Studies Lecture Series, Colgate University, Hamilton, NY. (invited)

66. Staurowsky, E. J. (1991, December). *Developing a leadership model for college-age female student-athletes*. Paper presented at the annual conference for the Eastern District

40

– Alliance for Health, Physical Education, Recreation, & Dance, Baltimore, MD. (peer-reviewed).

Case 1:20-cv-00184-DCN   Document 99-2   Filed 12/03/21   Page 52 of 77

67. Staurowsky, E. J. (1991, December). *A feminist analysis of the Lisa Olson - New England Patriots locker room incident*. Presentation at the Hobart and William Smith Colleges Faculty Lecture Series, Geneva, NY. (invited)

68. Staurowsky, E. J. (1989, February). *Women coaching male athletes*. Presentation at the Hobart College Men and Masculinity Series, Geneva, NY. (invited)

69. Staurowsky, E. J. (1989, January). *Perspectives on sport in higher education: The case of William Smith Athletics and Physical Education*. Presentation at the Hobart and William Smith Colleges Faculty Lecture Series, Geneva, NY. (invited)

70. Staurowsky, E. J. (1988, March). *Women in sport professions*. Presentation at Ursinus College, Collegeville, PA (invited)

71. Staurowsky, E. J. (1988, June). *Historical perspectives and practical views on Proposition 93: Implications for college admissions and financial aid*. Paper presented at The Expendables Conference, Admissions and Financial Aid Officers, Saranac Lake, NY. (invited)

## Workshops and Panels

1. Braunstein-Minkov, J., Pierce, D., & Staurowsky, E. J. (2021, May 19). *Conversation: Industry influence curriculum and internships*. Organized by Michael Odio, University of Cincinnati, Cincinnati, OH. (invited – virtual)

2. Buzuvis, E., Carter-Francique, A., Hogshead-Makar, N., & Staurowsky, E. J. (moderator). *The state of gender equity in college sport*. Sponsored by the Ithaca College Women in Sport Business Club and hosted by the Ithaca College Roy H. Park School of Communications. Ithaca, NY. (invited-virtual)

3. Rhodes, S. M., Staurowsky, E. J., Mellis, J., & Herbert, T. (2021, April 14). *Kinder to individuals, ruthless to institutions*. Sport Law Society. Villanova, PA: Villanova University Charles Widger School of Law (invited-virtual)

4. Staurowsky, E. J., Brown, M., Kinsley, C., & Lucas, A. moderated by Nagle, M. (2021, March 26). *Profit athletes: The college sport industry's essential workers*. College Sport Research Institute Conference on College Sport. Columbia, SC: University of South Carolina (invited-virtual)

5. Vaccaro, S., Hausfeld, M, Butler, J. Nevius, T., Singer, B., Staurowsky, E. J., Butler, J., & Myers, T. (2021, March 22). *What am I worth? A discussion about name, image, & likeness*. Advancement of Blacks in Sport Summit. (invited-virtual)

6. Staurowsky, E. J. & Rhoads, A. with introduction by Sorokin, L. (2021, March 5). *A Conversation About Title IX & Athletics*. Philadelphia, PA: Drexel University Kline College of Law Sports and Entertainment Law Society. (invited-virtual)

7. Martin, L., & Staurowsky, E. J. moderated by Stroman, D. (2020, December 16). *What you need to know: Insights on rights, racism, and revenue in collegiate sports*. Center of Sports Business Analytics, Strategic and Purposeful Athletics and Race Colloquy. (invited-virtual)

8. Blackistone, K., Huma, R., & Staurowsky, E. J. (2020, October 16). *Racism, athlete activism, and the college sport industry*. Rapid Response Salon on COVID-19. Ithaca College, Ithaca,

NY. (invited-virtual)

9.  Gibson, J., Mansfield, A., & Staurowsky, E. J. (2020, September 30). *The rebranding of the Washington football team*. The Winning at all Costs: Power and Profit in American Sports Series. North Andover, MA: Merrimack College.

10. Staurowsky, E. J., Southall, R., Nevius, T., & Kindler, E. (2019, November). *College athlete advocacy within the global athlete advocacy movement.* North American Society for the Sociology of Sport, Virginia Beach, VA.

11. Southall, C., Nevius, T., Staurowsky, E. J., & Cormier, J. (2019, April). *Fandom, politics, and hegemony: Activist scholarship & college sport.* College Sport Research Institute Conference, University of South Carolina, Columbia, SC.

12. Staurowsky, E. J., Bopp, T., & Jacobs, B. (2018, June). *The consistently diverse stakeholders' devotion to diversity and inclusion: A NASSM Diversity Committee sponsored workshop.* North American Society for Sport Management Conference, Halifax, Nova Scotia, Canada.

13. Staurowsky, E. J., Cooper, J., Lumpkin, A., & Watanabe, N. (2018, April). *Ethical concerns in college sport research.* College Sport Research Institute Conference, University of South Carolina, Columbia, SC.

14. Staurowsky, E. J. (2017, October 5). Title IX and athletics: The 45th Anniversary of Title IX: The Recollection, Reformation, and Resilience Conference, West Lafayette, IN. (invited)

15. Bojdela, S., Rascher, D., Schwarz, A. & Staurowsky, E. J. (2017, April). *College sport research and litigation: Theory and practice leading to action*. College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (invited)

16. Knoppers, A., Reimer, B., & Staurowsky, E. J. (2017, May). *Rethinking the use of feminist theories in sport management research and teaching.* Paper accepted for the North American Society for Sport Management Conference, Denver, CO. (peer-reviewed)

17. Hoffman, P., Staurowsky, E. J., & Taylor, H. (2016, October). *Sport and society.* Associated Press Sports Editors Northeast Regional Meeting, Marist College, Poughkeepsie, NY. (invited)

18. Edelman, M., Fort, R., Luck, O., & Staurowsky, E. J. (2016, October). *Amateurism, economics, employment, and pay within college athletics*. Presentation at the Changing Landscape of Collegiate Athletics: Legal and Business Issues Conference, Marquette University Law School, Marquette, WI. (invited)

19. Fromson, T., Cramer, A. M., & Staurowsky, E. J. (2016, June 13). *Title IX compliance in athletic departments.* Presentation at the Title IX Summit, Rowan University, Rowan, NJ. (invited)

20. Riemer, B., Knoppers, A., & Staurowsky, E. J. (2016, June 2). *Ethical considerations in sport management research methodologies.* Presentation at the North American Society for Sport Management Conference, Orlando, FL. (peer-reviewed)

21. Weight, E., Southall, R., & Staurowsky, E. J. (2016, June 4). *Perspectives on advancing theory and practice in intercollegiate athletics.* Presentation at the North American Society for Sport Management Conference, Orlando, FL. (peer-reviewed)

22. King, C.R., Guilianno, J., Logan, G., Daniel, N., & Staurowsky, E. J. (2016, May 28). *The R-word's use in sport*. Presentation at the North American Society for the Study of Sport History, Atlanta, GA. (peer-reviewed)

42

23. Staurowsky, E. J. (2016, April 21). *Big-time athletes, labor, and the academy.* Presentation at the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (peer-reviewed)

24. Hawkins, B., Gerdy, J., Sack, A., Staurowsky, E. J., & Brooks, J. (2016, April 20). *CSRI conference board of directors' conversation: State of college sport.* Presentation at the College Sport Research Institute Conference, University of South Carolina, Columbia, SC. (invited)

25. Fromson, T., O'Brien, T.., & Staurowsky, E. J. (2016, January 29). *Gender equity in sports: Analysis of Title IX and effective compliance strategies.* Presentation at the Sport, Violence, and Equality: Current Issues in Title IX Compliance Conference, Villanova University School of Law, Villanova, PA. (invited)

26. Hermosillo, M. A. (Moderator), Collins, J., Durham, D., & Staurowsky, E. J. (2015, November 6). *Northwestern, Pacific Lutheran and changing issues facing private schools.* Presentation at the 9th Annual American Bar Association Section of Labor and Employment Law Conference, Philadelphia, PA. (invited)

27. King, R., Fenelon, J., Guliano, J., Lee, E.V., & Staurowsky, E. J. (2015, October 9). *Caucus Sports Studies II: Troubling a racial slur: Researching and resisting the use of R\*dskins in sport.* Presentation at the annual meeting of the American Studies Association, Toronto, Ontario, Canada. (invited)

28. Bussell, L. A., Dane-Staples, E., Harrison, T., Lawrence-Benedict, H., & Staurowsky, E. J. (2014, May*). Best practices in virtual classrooms: Strategies for program and classroom development.* Presentation at the annual conference for the North American Society for Sport Management, Pittsburgh, PA. (peer-reviewed)

29. Staurowsky, E. J. (2014, April 4). *Equity research & policy implications in athletics & higher education.* Presentation at the annual conference for the American Educational Research Association, Philadelphia, PA. (invited)

30. Staurowsky, E. J., & Deibler, L. K. (2013, June 20). *Hiring Division III coaches.* Presentation at the Institute for Athletic Administration, Drexel University, Philadelphia, PA. (invited)

31. Staurowsky, E. J. (2013, April). *Academic freedom in the age of the NCAA's collegiate model.* Presentation at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill. (invited)

32. Staurowsky, E. J. (2013, February 20). *Title IX @ 40.* Presentation at The George Henry Miles Honors Society, Mount St. Mary's University, Emmitsburg, MD. (invited)

33. Staurowsky, E. J. (2013, February 7). *Racist stereotypes and cultural appropriations in sport conference.* Presentation at the National Museum of the American Indian, Washington, DC. (invited) (postponed from October 2012 because of Hurricane Sandy)

34. Staurowsky E. J. (2012, October 24). *Title IX @ 40.* Presentation at the Delaware County Women's Commission Leadership Breakfast, Neumann University, Aston, PA. (invited)

35. Staurowsky, E. J. (2012, September 6). *What is the proper role of athletics in higher education?* Presentation at the Santa Clara University, Institute of Sports Law and Ethics Conference, Santa Clara, CA. (invited)

36. Staurowsky, E. J. (2012, April 20). *Peeking behind the curtain: Covering the NCAA.* Presentation at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill, NC. (invited)

37. Staurowsky, E. J. (2012, April 20). *Wrestling with Title IX: A discussion of the historic legislation on its 40th anniversary.* Presentation at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill, NC. (invited)

38. Staurowsky, E. J. (2012, April 6). *Intersection of LGBT athletes and the media.* Presentation at the Sexual Orientation and Gender Identity in Sport Conference at Texas A & M University, College Station, TX. (invited)

39. Staurowsky, E. J. (2011, November). *Hypocrisy or hype: The impacts of backroom deals, payoffs, and scandals in American collegiate student athletics.* Presentation at the roundtable convened by U.S. Congressman Bobby Rush (D-IL), ranking member of the Energy & Power Subcommittee and co-chair of the Congressional Caucus on Educating, Engaging, & Employing America's Youth, Washington, DC. (invited)

40. Staurowsky, E. J. (2011, October 27). *The psychology of gender in athletic leadership.* Presentation at the Center for the Development of Leadership Skills and the Department of Athletics, Rider University, Lawrence Township, NJ. (invited)

41. Staurowsky, E. J., & Weight, E. (2010, October). *Title IX literacy.* Presentation at the annual conference for the National Association of Collegiate Women Athletics Administrators, Fort Worth, TX. (invited)

42. Staurowsky, E. J. (2010, June). *Negotiating racism, sexism, classism, and heterosexism.* Presentation at the Women in NASSM Program at the annual conference for North American Society for Sport Management, Tampa, FL. (invited)

43. Staurowsky, E. J. (2010, April). *Issues in college sport.* Presentation at the annual conference for the College Sport Research Institute, University of North Carolina, Chapel Hill. (invited)

44. Staurowsky, E. J. (2008, April). *College athlete exploitation and exclusion: The dual challenges of compensating athletes fairly and achieving gender equity.* Presentation at the College Sport Research Institute Conference, Memphis, TN. (invited)

45. Staurowsky, E. J. (2007, March). *Women in boxing.* Participated as a panelist responding to the film *Boxers* by Joanna Kohler at the Cleveland Film Festival, Cleveland, OH. (invited)

46. Staurowsky, E. J. (2003, May). *Implementing socio-cultural courses in sport management curriculum.* Presentation at the annual conference for the North American Society for Sport Management, Ithaca, NY. (invited)

47. Staurowsky, E. J. (2002). *College athletic reform: Faculty perspectives.* Invited by Professor of Philosophy, Edward Lowry, to assist with faculty round-table discussions at Oklahoma State University as part of The Drake Group Meeting. (invited)

48. Staurowsky, E. J. (2001, November). *Current topics in intercollegiate athletics: Title IX.* Presentation at the Sports Law Symposium, State University of New York, Cortland, NY. (invited)

49. Staurowsky, E. J. (2001, November). *Discrimination in sport.* Presentation at the Sports Law Symposium, State University of New York, Cortland, NY. (invited)

50. Staurowsky, E. J. (1998, October). *Invigorating the classroom: Elements of vigor.*

Presentation at the Faculty Development and Assessment Retreat, Ithaca College, Ithaca, NY. (invited)

51. Staurowsky, E. J. (1998). *Trends and issues in corporate sponsorship of sports.* Presentation at the annual conference for the North American Society for Sport Management Conference, Buffalo, NY. (invited)

52. Sullivan, P., Barr, H., & Staurowsky, E. J. (1997, March). *Developing leaders on athletic teams.* Presentation at the annual conference for the American Alliance for Health, Physical Education, Recreation, and Dance, St. Louis, MO. (invited)

53. Staurowsky, E. J. (1996, June). *Ethics and the marketing of sport: Issues for reaching and research in sport management.* Presentation at the annual conference for the North American Society for Sport Management, Fredericton, New Brunswick, CANADA. (peer-reviewed)

54. Staurowsky, E. J. (1995, June). *A reaction to the 1994 presentation titled "Ethnic team names and logos – Is there a legal solution?"* Presentation at the annual conference for the North American Society for Sport Management, Athens, GA. (peer-reviewed)

55. Staurowsky, E. J. (1994, June). *Preparing to meet the national and international sport communication needs in the 21st Century.* Presentation at the annual conference for the North American Society for Sport Management, Pittsburgh, PA. (peer-reviewed)

## GRANT PROPOSALS/PAID CONSULTANCY

1. Staurowsky, E. J. (2021). Ithaca College Seminar Course Development Grant. $1,500. Funded.

2. Staurowsky, E. J. (Principal Investigator). (2019). Women's Sports Foundation Survey of Women Sport Leaders. $22,000. Funded.

3. Staurowsky, E. J. (Principal Investigator). (2018). Title IX education project. The Drexel University Steinbright/Provost's Office Undergraduate Student Research Co-op. $7,245. Funded.

4. Staurowsky, E. J. (Principal Investigator). (2018). Assessing publicly available Title IX athletics educational materials provided by colleges and universities. The Janet B. Parks NASSM Research Grant. $5,000. Not funded.

5. Staurowsky, E. J. (Principal Investigator). (2017). The CAA clearing the hurdles study: an examination of perceptions of gender, leadership & career aspirations among female athletes. Colonial Academic Alliance (CAA) Innovation/Collaboration Grant. $15,000. Not Funded.

6. Gambescia, S. & Staurowsky, E. J. (2017). The future of youth football: Exploring the issues: A symposium for school board members and youth health-policy makers. Robert Wood Johnson Foundation: Pioneering Grant. Not funded.

7. Voyles, C., Staurowsky, E. J., & Sell, R. (2017). Investigating identity salience in among LGBTQ collegiate athletes. Drexel University ExCITE Center for Expressive and Creative Interactive Technologies Grant. $5,000. Not funded.

8. Gambescia, S., Sinclair, S., Volpe, S., & Staurowsky, E. J. (2017). Exploratory study for

9.  Gambescia, S., Sinclair, S., Volpe, S. & Staurowsky, E. J. (2017). Nature and variance between men and women in physical performance: An exploratory study for future gender-neutral competition in non-contact sports. Drexel University College of Nursing and Health Professions Internal Grant. $25,000. Not funded.

10. Staurowsky, E. J. (2016). Examining NCAA rules and infractions decisions through the lens of the "lock-in" model of racism. Texas A & M Laboratory for Diversity in Sport, Diversity in Sport and Physical Activity Grant. $2,500. Funded.

11. Staurowsky, E. J. (2016). College athletes' rights and empowerment conference. The Good Idea Fund. Drexel University, Philadelphia, PA. $25,000. Not funded.

12. Staurowsky, E. J. (2015, July). A comparison of Title IX compliance perspectives among higher education athletics administrators, institutional Title IX coordinators, and Title IX consultants in NCAA Division I programs. Texas A & M Laboratory for Diversity in Sport, Diversity in Sport and Physical Activity Grant. $2,500. Not funded.

13. Staurowsky, E. J. (2015, January). A comparison of Title IX compliance perspectives among higher education athletics administrators, institutional Title IX coordinators, and Title IX consultants in NCAA Division I programs. ATIXA Research Grant. $2,500. Not funded.

14. Staurowsky, E. J. (2015). Women College Coach Study. Women's Sports Foundation. Funded as a paid consultant on a project commissioned by the Women's Sports Foundation and led by Dr. Don Sabo (independent researcher). Funded.

15. Staurowsky, E. J. (2014). Content expert. GEARS, Inc. Funded as a paid consultant on a project commissioned by the President's Council on Physical Fitness. $1,250. Funded.

16. Staurowsky, E. J. (2014-2015). *Her life depends on it III.* Women's Sports Foundation. $18,500. Paid consultant on this project, served as project leader. Funded.

17. Giddings, A., & Staurowsky, E. J. (2014) (Co-Principal Investigators). *Sports envoy grant.* United States Department of State – Educational and Cultural Affairs Grant. $3,000,000. (Three-year grant with $1M allocation in first year with opportunity to renew in second and third year). Not funded.

18. West, H., Giddings, A., & Staurowsky, E. J. (2014). (Co-Principal Investigators). *SportsUnited International Exchange Program.* United States Department of State – Educational and Cultural Affairs Grant. $225,000. Not funded.

19. Staurowsky, E. J. (Principal Investigator), & Yeakel, L. (2013*). Fulfilling the promise of Title IX: Opening doors for women in sport leadership.* Drexel University Social Science Network Grant. $25,000. Not funded.

20. Staurowsky, E. J. (Principal Investigator), & Yeakel, L. (2013). *The future of women's sport leaders IS the future of Title IX.* University of Michigan SHARP Center Title IX Grant Proposal. $15,000. Funded.

21. Staurowsky, E. J. (Principal Investigator), Weaver, K., Sieczkiewicz, R., Schmitt, C., Reid, C., Rodriquez, J., & Weigel, C. (2013). *Women's sport sounds and silences: The Drexel digital women's college sport history project.* ExCITe Seed Grant Proposal. $6,500. Not

46

funded.

22. Staurowsky, E. J. (2013). (Principal Investigator). *A woman's college sport nation: Moving forward with 20/20 vision.* American Association of University Women Research Grant Proposal. $10,000. Not funded.

23. Staurowsky, E. J. (2012). (Principal Investigator). *Pennsylvania Title IX educator project.* American Association of University Women Research Grant Proposal. $10,000. Not funded.

24. Staurowsky, E. J. (2011). (Principal Investigator). *Keeping faith with student-athletes revisited: Have presidents committed to a gender equitable model of intercollegiate athletics?* Knight Commission on Intercollegiate Research Grant Proposal. $5,000. Not funded.

25. Staurowsky, E. J. (2010). (lead author). *Ithaca research and policy center proposal.* Competitive bid process in response to Women's Sports Foundation's request for proposals seeking a research partnership with an institution of higher education. Ithaca was one of only three institutions to make the final round with the University of Michigan being selected. $280,000 - $330,000. Not funded.

26. Nagel, M., Southall, R., Rascher, D., & Staurowsky, E. J. (2009). *College sports 101.* Knight Commission on Intercollegiate Athletics. $72,600. Not funded.

27. Staurowsky, E. J. (2009). *Her life depends on it II.* Women's Sports Foundation. $16,000. Funded as a paid consultant on this project, serving as project leader. Funded.

28. Staurowsky, E. J. (2009). *Sport Management & Media student mentor group.* Ithaca College HSHP Dean's Office Fund. $1,000. Funded.

29. Staurowsky, E. J. (2009). *Graduate student trip to NCAA Convention.* Ithaca College HSHP Dean's Office Fund. $1,250. Funded. Also received $3,000 from Student Government Association.

30. Staurowsky, E. J. (2008, December 8). *The impact of the global financial crisis on college and university athletic budgets.* Ithaca College Academic Project Grant Fund. $750. Funded.

31. Staurowsky, E. J. (2008). *Sport, sexuality, and culture: Finding ways to make sport more human and humane.* Ithaca College President's New Initiatives Fund Grant. Proposal to host international conference. $40,000. Funded.

32. Staurowsky, E. J. (2008, May). *Funding for graduate students to attend the To Remember is To Resist: Sport & 40 Years of Social Change Conference,* University of Toronto. $1,000. Funded.

33. Staurowsky, E. J. (2007). *An examination of policies addressing homophobia in sport governing bodies.* $1,500. Funded.

34. Staurowsky, E. J. (2007). *Representation of male disabled athletes in the documentary film "Murderball".* Ithaca College Provost's Travel Fund Program. $500. Funded.

35. Staurowsky, E. J. (2007). *Women's leadership symposium.* Proposal to take four students. Ithaca College Student Leadership Involvement Grant. $1,600. Funded. Proposal to take four students.

36. Staurowsky, E. J. (2006). *Girls and women rock: Celebrating 35 years of sport and Title IX*

47

37. Staurowsky, E. J. (2006). (Principal Investigator). *Women in Sports and Events (WISE): The WISE/IC Status of Women in the Sport Industry Survey.* $2,000. Funded.

38. Staurowsky, E. J. (2002). *Investing in people: Developing all of America's talent in sport management and the sport industry.* Ithaca College New Initiatives Fund. $10,000. Funded. Funding supported the "From Jack Johnson to Marion Jones: African-Americans in Sport" Conference.

39. Staurowsky, E. J. (2002). (Principal Investigator). *Title IX at thirty: A strange thing happened on the way to the birthday party.* Ithaca College Academic Project Grant. $700. Funded.

40. Staurowsky, E. J. (2000). (Principal Investigator). *A generational study of women in sport media: Sharing the past, insuring the future.* Women's Sports Foundation Research Grant. $900. Funded.

41. Staurowsky, E. J. (2000). (Principal Investigator). *The case of the Onteora Indians: Exploring an interdisciplinary approach to a contemporary problem of race and representation.* Ithaca College Small Research Grant. $250. Funded.

42. Staurowsky, E. J. (2000). *Rainbow Sports Task Force Meeting, January 2000* (part of the Rainbow/PUSH Coalition Meetings). Ithaca College Academic Project Grant. $158. Funded. (asked to serve as the representative for the National Coalition on Racism in Sport and the Media). Funded.

43. Staurowsky, E. J. (1999). (Principal Investigator). *An examination of advancing commercialism and professionalism in intercollegiate athletics and threats to the integrity of higher education.* Ithaca College Academic Project Grant. $750. Funded.

44. Staurowsky, E. J. (1998). (Principal Investigator). *Can separate be equal? A content analysis of college athletes' perceptions of athletic equality.* Ithaca College Small Grants for Faculty Research. $222. Funded.

45. Staurowsky, E. J. (1998). (Principal Investigator). *The many meanings of Wahoo: An examination of the corporate and cultural artifacts that form the core of the Cleveland baseball franchise's Indians' image.* Ithaca College Summer Grant Program. $3,500. Funded.

46. Staurowsky, E. J. (1997). (Principal Investigator). *An act of honor or exploitation? The Cleveland Indians' appropriation of the Louis Francis Sockalexis story.* Ithaca College Faculty Small Grant. $350. Funded.

47. Staurowsky, E. J. (1996). *An evaluation of sport communication curricular areas and needs.* Ithaca College Faculty Small Grant Program. $250. Funded.

48. Staurowsky, E. J. (1995). (Principal Investigator). *A study of athletic reform and government intervention: Historical perspectives, present concerns, and future trends.* Ithaca College Instructional Development Program. $900. Funded.

49. **Staurowsky, E. J. (1994).** *Links to leadership.* Proposal to fund conference at Ithaca College. NAGWS/USOC Links to Leadership Grant. $700. Funded.

50. Staurowsky, E. J. (1993). *American Sport Policy Conference.* Tulane University Project on American Sport Policy. $600. Funded.

51. Staurowsky, E. J. (1992). (Principal Investigator). *Study of salary, compensation, and program budget within women's collegiate basketball programs.* Women's Basketball Coaches Association. $1,000. Funded.

52. Staurowsky, E. J. (1992). (Principal Investigator). *Development of "The Choices of a New Generation" Wellness Program at Hobart and William Smith Colleges*, National Collegiate Athletic Association, $23,000. Funded.

53. Staurowsky, E. J. (1987). *Creation of curriculum for university-wide wellness program for faculty and staff.* Rutgers University Faculty Development Program. $5,000. Funded.

**REPORTS (published and unpublished)**

1. Huma, R., Staurowsky, E. J., & Mongomery, L. (2020, August). *How the NCAA robs predominantly Black athletes of billions in generational wealth.* Riverside, CA: National College Players Association.

2. Staurowsky, E. J., Watanabe, N., Cooky, C. Lough, N., Paule, A., Pharr, J., Williams, S., & Cummings, S. (2020). *The Women's Sports Foundation Status of Girls and Women in U.S. Sport.* Hempstead, NY: Women's Sports Foundation.

3. Staurowsky, E. J. (2002, April). *A report on the city of Camden, the "Invincible City".* Prepared for the Aspen Institute Sport and Society Program, Washington, DC. (unpublished)

4. Staurowsky, E. J., & Patton, A. (2016). *Youth Sport Physical Activity Survey.* Hempstead, NY: Women's Sports Foundation. (unpublished)

5. Sabo, D., Veliz, P., & Staurowsky, E. J. (2016). *Beyond Xs and Os: Gender bias and coaches of women's college sports.* Hempstead, NY: Women's Sports Foundation.

6. Staurowsky, E. J., De Souza, M., Sabo, D., Shakib, S., Theberge, N., Veliz, P., & Williams, N. (2015). *Her life depends on it III: Sport, physical activity and the health and well-being of American girls and women.* Hempstead, NY: Women's Sports Foundation.

7. Huma, R., & Staurowsky, E. J. (2013). *The $6 billion heist: Robbing college athletes under the guise of amateurism.* Riverside, CA: National College Players Association.

8. Staurowsky, E. J. (2012, January 15). *NCAA Division III technology use.* Indianapolis, IN: NCAA. This report was used to support an educational session at the 2012 NCAA Convention. Findings from the study were shared through a video streamed presentation. See http://s3.amazonaws.com/ncaa/web_video/convention/2012/videoIndex.html

9. Huma, R., & Staurowsky, E. J. (2011). *TV money windfall in big time college sports: $784 million reasons for reform.* Riverside, CA: National College Players Association.

10. Huma, R., & Staurowsky, E. J. (2011). *The price of poverty: A comparison of big-time college athletes fair market value, their current compensation, and the U.S. federal poverty line.* Riverside, CA: National College Players Association.

11. Huma, R., & Staurowsky, E. J. (2010). *An examination of the financial shortfall for athletes on full scholarship at NCAA Division I institutions – 2009-2010.* Riverside, CA: National College Players Association.

12. Staurowsky, E. J. (lead), DeSousa, M. J., Ducher, G., Gentner, N., Miller, K. E., Shakib, S., Theberge, N., & Williams, N. (2009). *Her life depends on it: II: Sport, physical activity, and the health and wellbeing of American girls and women.* Hempstead, NY: Women's Sports Foundation.

13. Huma, R., & Staurowsky, E. J. (2009). *An examination of the financial shortfall for athletes on full scholarship at NCAA Division I institutions.* Riverside, CA: National College Players Association.

14. Alley, J., Annexstein, L., Berutto, W., Bradley-Doppes, P., Grant, C., Hogshead, N., Lopiano, D., Muscatine, L., Post, J., Fasteau, J., Rudy, T., Samuels, J., Staurowsky, E., Sweet, J., West, C., Yiamouyiannis, A., Zirkin, N., & Zotos, C. (2002). Title IX athletics policies:  Issues and data for education decision makers.  Washington, DC:  National Coalition for Women and Girls in Education.  (In addition to contributing to this report, I wrote an addendum entitled *The relationship between athletics and higher education fund raising: The myths far outweigh the facts).*  Retrieved from http://www.ncwge.org/PDF/Title_IX_Coalition_Report_Final.pdf

15. Staurowsky, E. J. (2000). *A brief analysis of cultural antecedents, educational  implications, and legal vulnerabilities: Dialogue on Chief Illinewek.* Report submitted to the Honorable Louis. B. Garippo, Special Assistant to the Board of  Trustees. Champaign,IL:  University of Illinois.

16. Staurowsky, E. J.  (1998). *Report on the number of American Indian mascots in junior and senior high schools within the state of New York.* Albany, NY: New York State  Department of Education.

## PROCEEDINGS

1. SHARP Center for Girls and Women. (2013). *Progress and promise: Title IX at 40 conference white paper.*  Ann Arbor, MI:  University of Michigan.

2. Huma, R., & Staurowsky, E. J. (2012). The price of poverty:  A comparison of big-time college athletes' fair market value, their current compensation, and the U. S. federal poverty line.  *Proceedings from the Third Annual Sports Law Symposium.*  Santa Clara, CA:  University of Santa Clara College of Law.  http://law.scu.edu/sportslaw/file/2012-Symposium-Proceedings%281%29.pdf

3. Staurowsky, E. J. (2007, Summer).  Searching for James Madison in JMU'ʻs 2006 decision to cut sports in the name of Title IX. *Harvard Journal of Gender and Law 31* (2). At http://www.law.harvard.edu/students/orgs/jlg/next/tocs.php#312

## EDITORIAL BOARD MEMBER

2008 – present - *Applied Research in Coaching and Athletics*
1996 – present - *Athletic Management Magazine*
2010 – present - *Journal of Intercollegiate Sport*
2007 -  2008    - *College Athletics and the Law Newsletter*
2007 – present - *Journal of Issues in Intercollegiate Athletics*
2000 – 2017    - *Journal of Sport Management*
2003 – 2007; 2009 – 2010; 2013 – present -*Women in Sport & Physical Activity Journal*

## PRINCIPLE REVIEW – BOOK MANUSCRIPTS

Carolina Academic Press
Fitness Information

Technology Holcomb
Hathaway
Human Kinetics Publishers
Palgrave MacMillan
Routledge Publishers
State University of New York Press
University of Massachusetts Press
University of Nebraska Press
University Press of Mississippi

**AD HOC REVIEWER – JOURNAL ARTICLES**
*Asian Women*
*Football Studies*
*International Journal of Media and Cultural Politics*
*International Journal of the History of Sport*
*International Journal of Sport Communication*
*International Journal of Sport Policy & Politics*
*International Review for the Sociology of Sport*
*Journal of Communication and Sport*
*Journal of Language & Social Psychology*
*Journal of Sport & Social Issues*
*Nonprofit and Voluntary Sector Quarterly*
*Sex Roles*
*Sociology of Sport Journal*
*Sociological Perspectives*

**SPECIAL ISSUE EDITOR**

>Staurowsky, E. J. (Guest Editor) & Flowers, C. (pending). Special issue of *Journal of Intercollegiate Sport* entitled "Title IX @ 50: Its Future in Shaping Inclusive Excellence in College Sport"

>Staurowsky, E. J., Weaver, T., Braunstein-Minkove, J., & Shonk, D. (Guest Editors). (2020, September). Special issue of *Journal of Issues in Intercollegiate Athletics* entitled "College Athlete Academic Engagement"

>Staurowsky, E. J., & Seifried, C. (Guest Editors). (2013). Special issue of *Journal of Issues in Intercollegiate Athletics* entitled "College Sport, University Governance, and Power Politics: Through the Lens of Penn State"

>Staurowsky, E. J. (2007). Special issue of *Women in Sport and Physical Activity Journal* entitled *"Girls and Women Rock: Celebrating 35 Years of Sport and Title IX"*

**TESTIMONY, AFFIDAVIT, & AMICUS BRIEF**
2021 – Brief for Amici Curiae Dr. Ellen J. Staurowsky, Dr. Eddie Comeaux, Dr. Joseph Cooper, Dr. Billy Hawkins, Dr. Amanda Paule-Koba, Dr. Richard M. Southall, and Dr. Robert W. Turner, II in support of respondents in *National Collegiate Athletic Association et al., Petitioners v. Shawne Alston et al. Respondents* before the Supreme Court of the United States.
2019 – Provided expert witness testimony in *Onyshko v. NCAA*
2019 – Provided an expert witness report and deposition testimony in *PA Human Relations Commission v. Neshaminy School District*
2018 – Provided an expert witness report and deposition testimony in *Ploetz v. NCAA*
2014 - Invited to offer testimony in support of Boston City Council proposed

51

2013 - Provided an expert witness report and deposition testimony in *O'Bannon v. NCAA*

2010 – Provided an affidavit in *Gunderson v. Osseo-Fairchild School District*

1999, July - Invited to testify before the United States Patent and Trademark Hearing. Report entitled *Statutorily required study of issues surrounding trademark protection for the Official Insignia of Federally and/or State Recognized Native American Tribes: Response to the U.S. Patent and Trademark Office's Request for Public Comments.*

**SELECTED MEDIA MENTIONS** (through 2014; an updated list can be provided if needed)

1. Staples, A. (2014, June 16). NCAA fumbles cross-examination in O'Bannon trial. *SI.com.*

2. Berkowitz, S. (2014, June 16). O'Bannon trial witness makes case college players are athletes first. *USA Today.*

3. Strauss, B. (2014, April 24). A fight to keep college athletes from the pain of injury costs. *New York Times.*

4. Lederman, D. (2014, April 16). College sports' anti-trust vulnerability. *Inside Higher Education.*

5. Staff. (2014, April 16). How much is an average college player worth? A report says $178K-$375K. *Foxsports.com.*

6. Bromberg, N. (2014, April 15). Report says average college football player is worth $178,000. *Yahoo!Sports.com.*

7. Leigh, B. (2014, April 14). Report states market value for college football player is $178,000 per year. *Bleacher Report.*

8. Boren, C. (2014, April 15). What's a college athlete worth? *The Washington Post.*

9. McGuire, K. (2014, April 14). Report: Market value for college football players is $178,000 per year. *NBCSports.com.*

10. Longman, J. (2014, April 3). Amid cheers, union bid stirs concern for women. *New York Times.*

11. Jensen, M. (2014, March 24). Opinion: NCAA should enforce student-athlete rules. *Philly.com.*

12. Red, C., & O'Keefe, M. (2014, March 27). Northwestern football players get approval to form a union. *Daily News.*

13. (2014, March 27). NCAA and the courts: 'Amateurism' argued. *Al Jazeera.com*

14. Hall, T. (2014, March 27). Northwestern players to unionize. *MSNBC.com.*

15. Jeansonne, J. (2014, March 26). Northwestern athletes can unionize, federal agency says. *Newsday.*

16. Dobrin, P. (2014, March 19). At risk: Are unpaid college athletes exploited while others reap millions? *Knowledge @ Penn.*

17. Koba, M. (2014, March 17). Jocks on campus: Are they college athletes or unpaid workers? *NBCNews.com.*

18. Tuggle, C. (Airing in March, 2014). Update on NCAA lawsuits. *Sports Focus.* WCHL and the UNC School of Journalism and Communication.

19. Fiedler, E. (2014, February 14). U.S. investigates Temple over opportunities for female athletes. *WHYY.com.*

20. Lydersen, K. (2014, February 12). Northwestern should embrace Wildcats union effort. *Aljazeera America.*

21. Jensen, M. (2014, February 12). Philly a hotbed for academic study of sports. *Philadelphia Inquirer.*

22. Bruinius, H. (2014, February 10). Gay in the NFL: Pioneer days await Michael Sam, and they won't be easy. *Christian Science Monitor.*

23. Linn, A. (2014, February 4). These Olympians compete for love, not money. *CNBC.com.*

24. Grasgreen, A. (2014, January 6). Weighing value in sports. *Inside Higher Education.*

25. Gonzalez, J. (2013, December 17). Arab: la polemica mascota que causo la indignacion de los musulmas. *BBC Mondo.*

26. Blumenthal, J. (2012, December 10). Experts: Temple cut sports because football not

producing enough revenue.  *Philadelphia Business Journal.*

27. Kass, A. (2013, December 2).  Camp what sparks debate over what a mascot should represent.  *Associated Press.*  (published widely around the US and internationally)

28. Kish, M.  (2013, November 29).  Big brands on campus:  Money flows to some unlikely places.  *Portland Business Journal.*

29. Auerbach, N.  (2013, November 12). Glass ceiling:  Why women aren't coaching D-I hoops.  *USA Today.*

30. Gordon, D.  (2013, September 23).  The Security Advisors.   Radio interview on WNOV1440.

31. Tuggle, C.  (2013, September 15).  Sports Focus.  97.9 FM Chapel Hill.

32. Scott, A.  (2013). The pros and cons of having a booster back your team.  *Marketplace.*
      (print & radio interview)

33. Wilson, C.  (2013, September 5).  Infographic: How much does your alma mater owe its top athletes. *TIME.* This was part of the cover story entitled College Athletes Should be Paid. Note:  my name is not mentioned but the NCPA/Drexel research is.

34. Hruby, P. (2013, July 27). Don't believe NCAA doomsday talk. *Sports on Earth.* Gannett News Service.

35. Gammage, J., & Snyder, S. (2013, July 7). At PSU, some healing – but not over Freeh report. *The Philadelphia Inquirer.*

36. Wharton, D. (2013, June 20). Should college athletes profit? Class-action status is being decided in suit seeking revenue sharing for students.  *Los Angeles Times.*

37. Irvine, M.  (2013, May 4). Young gay athletes set tone for NBA coming out. *Yahoo! News.* [This was an Associated Press story which appeared in *Salon.com, The Oklahoman, The Score, NBC Affiliate KHQ in Chicago, The Buffalo News, The Edge (Provincetown, MA), Register-Star (Hudson, NY), Basket Ball Today, Lenovo.com, Outsports.com, Yardbarker.com, One News Page, Fort Wayne.com, Montana News Reports, ABCNews.com, gulflive.com (Mississippi), Findlaw.com, chicagogopride.com, Athleteally.com, Alva Review Courier, Fox News Reno, Figureskateronline.com, bignewsnetwork.com, News On Feeds*

38. (2013, March 25). Drexel and NCPA study shows NCAA's use of 'amateurism' denies college athletes billions in revenue.  *State News Service.*

39. (2013, March 25). Drexel and NCPA study shows NCAA's use of 'amateurism' denies college athletes billions in revenue.  *Targeted News Service.*

40. (2013, March 15). March madness?  NCAA fights full-court press on player pay.  *CBS News.*

41. (2013, February 19). Hang up and listen: Slate's sports show on the IOC's decision to cut wrestling, Oscar Pistorius' fall from grace, and the Redskins nickname controversy. *Slate Magazine.* (podcast & print)

42. (2013, February 10). Spate of issues, wounds NCAA. *Pittsburgh Tribune Review.*

43. (2013, February 8).  American Indian Museum via twitter.

44. (2013, February 7).  Forum – The Smithsonian's National Museum of the American Indian. *The Washington Daybook.*

45. (2013, December 28). Native American mascot controversy takes center stage at the National Museum of the American Indian.  *Targeted News Service.*

46. (2013, December 28). Native American mascot controversy takes center stage at the National Museum of the American Indian.  *US Fed News.*

47. (2012, December 11). NCAA's tolerance for dissenting views at its academic forum appears  in doubt. *The Chronicle of Higher Education.*

48. (2012, December 1). NCAA's tolerance for dissenting views at its academic forum. *Star-News* (Wilmington, NC).

49. Newberry, Paul. (2012, November 29).   Time for college athletes to demand justice. *Associated Press.*  [Also published in *Register-Star (Hudson, NY), Post-Star.com*]

50. (2012, October 22). Native American mascot controversy takes center stage at the National Museum of the American Indian commentators and community members discuss stereotypes  in sport.  *State News Service.*

51. (2012, October 22). Native American mascot controversy takes center stage at the National Museum of the American Indian commentators and community members discuss stereotypes  in

sport. *Fed News Service.*

52. (2012, October 11). Gender, power, and violence centered on "Rape" in *The Chronicle of Higher Education.*

53. (2012, October 10). New website on LGBT issues in sport launches on National Coming Out Day. *State News Service.*

54. (2012, October 7). Sidelined: Why don't any women coach big-time men's sports and why don't we care? *Pittsburgh Post-Gazette.*

55. (2012, August 26). The ruling body for college football and basketball, television runs the show, providing increased fan bases and billions of dollars to fund athletic departments. *Pittsburgh Post-Gazette.*

56. (2012, July 23). Penn State hit with $60m fine but questions raised over NCAA's role. *The Guardian.*

57. Gammage, J. (2012, July 20). Paterno statue a lightning rod. *The Philadelphia Inquirer.*

58. Himmelsbach, A. (2012, July 14). Caltech gives new meaning to academically ineligible.

59. *The New York Times.*

60. Wolverton, B. (2012, July 12). Penn State's culture of reverence led to 'total disregard' for children's safety. *The Chronicle of Higher Education.*

61. Himmelsbach, A. (2012, July 11). Top football recruit makes a request, sparking a debate. *The New York Times.*

62. Gammage, J., & Snyder, S. (2012, June 25). Scholar finds many lessons in Sandusky trial. *The Philadelphia Inquirer.*

63. (2012, June 23). 40 years later, Title IX is still fighting perception it hurt men's sports. *The Christian Science Monitor.*

64. (2012, June 19). Senate Health, Education, Labor and Pensions Committee Hearing, "Forty years and Counting: The Triumphs of Title IX". Testimony by Nancy Hogshead-Makar, Olympic Swimming Gold Medalist, Professor of Law, Florida Coastal School of Law, Jacksonville, FL. Congressional documents and publications.

65. (2012, June 11). Santa Clara School's third annual sports law symposium. *Sports Agent Blog.*

66. Briggs, D. (2012, June 3). Athletic directors' bonuses raise conflict questions. *The Blade.*

67. (2012, May 19). Looking at girls in sports as Title IX marks 40 years in Minnesota and the United States. *Twin Cities Daily Planet.*

68. (2012, May 7). Ithaca named one of the 10 most LGBT-friendly athletic departments. *Targeted News Service.*

69. Nocera, J. (2012, April 10). Football and Swahili. *The New York Times.*

70. (2012, April 6). New baseball season brings fresh protests against Cleveland Indians mascot. *CNN Wire.*

71. (2011, November 2). Top NCAA conferences generate $800 million in new TV revenue yearly, per study. *Sports Business digest.*

72. Shearer, L. (2011, October 29). UGA football players worth big bucks, study says.

73. *Athens Banner-Herald.*

74. (2011, October 25). Report: $784 million per year in new TV money. *PR Newwire.*

75. (2011, September 24). Report: A UW basketball player is worth $441,591 annually. *Husky Men's Basketball Blog.*

76. (2011, September 19). Wrong way to pay college players. *Korea Times.*

77. (2011, September 18). Another View: The wrong way to pay NCAA college athletes. *San Gabriel Valley Tribune (California).*

78. (2011, September 17, 2011). Wrong way to pay college players. *Sentinel & Enterprise* (Fitchburg, Massachusetts).

79. (2011, September 16). The Idea Of Paying College Athletes Is Having Its Moment [Death To The Ncaa]. *Deadspin.*

80. (2011, September 13). Spurrier agrees with report on player values. *The Associated Press.*

82. (2011, September 13). Advocacy Group Reports Top College Athletes Are Worth Over $100,000. *The Business Insider.*

83. (2011, September 13). Study: College athletes worth 6 figures, live below federal poverty

line. *PR Newswire*.

84. (2011, September 13). Study: College athletes worth six figures, live below federal poverty line. *States News Service*.

85. (2011, September 13). Briefs. *The Tampa Tribune* (Florida).

86. (2011, September 13, 2011). Study: College athletes worth six figures, live below federal poverty line. *Targeted News Service*,

87. (2011, September 13). It's not just a game. It's a job. The Virginian-Pilot (Norfolk, VA.).(2011, September 13). Spurrier agrees with report on player values. *The Associated Press State & Local Wire*.

88. (2011, September 12). Report: Top college athletes worth 6 figures. *The Associated Press*.

91. (2011, September 12). Report: Top college athletes worth 6 figures. *Associated Press Online*.

92. (2011, May 31). Ohio State football scandal: Is coach or 'hypocritical' NCAA to blame? The resignation of Ohio State coach Jim Tressel holds lessons for the university, college football programs elsewhere, and the NCAA, say sports analysts. But few expect rule- breaking to abate. *The Christian Science Monitor*.

93. (2011, March 15). Hit 'EM Hard, Hit 'EM Often - Good off-field advice for college athletes? *Targeted News Service*.

94. Wasserman, H. (2010, December 16). Institutional failures: Duke lacrosse. *PrawfsBlawg*.

95. (2010, November 10). Another View: No free rides for athletes. *San Gabriel Valley Tribune* (California)

96. (2010, November 10). Ithaca College Students Assisted with NCPA Study. *Targeted News Service*.

97. (2010, November 9). No free rides for athletes. Daily Camera (Boulder, Colorado), Retrieved from www.lexisnexis.com/hottopics/lnacademic

98. (2010, November 9). No free rides for athletes. *Daily Camera* (Boulder, Colorado).

99. (2010, November 5). Inquirer Editorial: No 'free rides' for athletes. *The Philadelphia Inquirer*.

100. (2010, November 5). No free rides for college athletes. Say What?

101. (2010, October 27). Despite Record Revenues, NCAA 'Full' Scholarships Leave Athletes with Up to $55,000 In Education-Related Expenses. *PR Newswire*.

102. (October 27, 2010 Wednesday 6:08 PM EST). New Study Finds NCAA 'Full' Scholarships Leave Student-Athletes Running on Empty. Targeted News Service, Retrieved from www.lexisnexis.com/hottopics/lnacademic

103. (2010, October 25). Ithaca College 'Careers in Sport Symposium' to Welcome Sports Industry Professionals. *Targeted News Service*.

104. (2010, June 4). College athletes on verge of key victory in Calif. *The Associated Press*.

105. (2010, June 4). College athletes on verge of key victory in Calif. *Associated Press Online*. 105. (2010, June 4). College athletes on verge of key victory in Calif. *The Associated Press State & State Local Wire*.

106. (2009, August 19). Ithaca College to open academic year with convocation and community picnic. *Targeted News Service*.

107. (2009, March 26). Study of scholarship shortfall numbers reveal college athletes pay to play; 'Full scholarship' can leave college athletes with as much as $30,000 in expenses. *PR Newswire*.

108. (2009, March 4). Former NBA player, gay rights activist, author, and entrepreneur John Amaechi to headline Ithaca College's Sport, Sexuality, And Culture Conference. *Targeted News Service*.

109. (200, February 20). Backers of Title IX hope Obama will end 'stalemate' over enforcement. *The Chronicle of Higher Education*.

110. (2008, November 19). How the data were compiled. USA TODAY.

111. (2008, October 27). National expert on sports and economic development will headline Ithaca College's Careers In Sport Symposium 2008. *Targeted News Service*.

112. (2007, October 5). NCAA proposal would let colleges cash in on player images. *The Chronicle of Higher Education*.

113. (2007, March 11). NCAA: United Steel Worker Union is trying to make athletes 'paid employees'. *Tribune-Review* (Greensburg, PA).

114. (2007, February 16). Group of 13 scholars plans Colloquium and New Journal on College Sports. *The Chronicle of Higher Education.*

115. (2007, January 2). Winning-team myth. *Richmond Times Dispatch* (Virginia).

116. (2007, January 8). Football success and university fundraising not a guarantee. *The Associated Press State & Local Wire.*

117. (2007, January 6). Football success and university fundraising not a guarantee. *The Associated Press.*

118. (2007, January 6). Football success and university fundraising not a guarantee. *The Associated Press State & Local Wire.*

119. Stickney, D. (2006, December 16). Dressed for success? Some court watchers say marketing trumps modesty in bun-huggers debate: The baggy look Beach influence. *Omaha World-Herald (Nebraska).*

120. Pennington, B. (2006, October 7). At James Madison, Title IX is satisfied, but the students are not. *The New York Times.*

121. Wilner, J. (2006, August 27). Is the system fair. *San Jose Mercury News* (California).

122. (2006, July 30). Clausen series feedback. *South Bend Tribune* (Indiana).

123. Weineke, J. (2006, July 26). Pragmatic approach; Can ND maintain principles and athletic dominance? *South Bend Tribune* (Indiana).

124. (2005, November 10). *At The Podium.* South Bend Tribune (Indiana),

125. 2005, November 10). Conference: Catholicism and sports. *South Bend Tribune* (Indiana).

126. (2005, June 2). Profnet Wire: Education & Science: Native-American nicknames/mascots. *PR Newswire.*

127. (2005, January 18). 'A deep and abiding passion'. *The Toronto Star.*

128. (2004, June 28). Sons teaching old dads new tricks: Extreme bonding: It used to be about playing ball. Now it's all about action sports, and dads are scrambling to keep up. *The Denver Post.*

129. (2004). Analysis: Politically correct mascots. *United Press International.*

130. Pennington, B. (2004, April 29). N.C.A.A. set to put teeth in academic guidelines. *The New York Times.*

131. (2004, April 4). Points other than baskets; amid Final Four hoopla, concerns about education. *The Washington Post.*

132. (2003, May 22). EVENING THE SCORE Women closing gap in battle of sexes. *Daily News.*

133. (2002, June 26). ICCR shareholders and British Petroleum to meet with Rosebud Sioux tribal leaders; giant oil project re-named Thunder Horse. *PR Newswire.*

## DOCTORAL DISSERTATION ADVISEMENT

1. Garcia, J. (proposal). *Former college athletes within non-sport professions: A mixed-method study on the impact of athletic identity on the perception of transferable skills.*

2. Voyles, C. (proposal). *A mixed-method investigation of sexual minorities' navigation of participation and disclosure decisions in athletic spaces.*

3. Shoopack, J. (2020). *Exploring the effects of learning behavior therapy techniques on coaching: An intrinsic case study.*

4. Davis, J. (2020). *A qualitative case study: Exploring teacher and administrator perceptions on teacher morale and the potential influence on retention in a Southeastern PA middle school.* (committee member)

5. Fine, Z. (2019). *Examining second year college student self-efficacy regarding study skills: A qualitative study.* (external committee member – Northeastern University)

6. Williams, S. (2019). *The Division I men's basketball transfer redshirt requirement: Hurting or helping Black student-athletes?* (external committee member – University of Louisville)

7. Rodkey, J. (2018). *Title IX literacy among NCAA Division II coaches and athletic directors.* (committee member)

8. Borgerson, D. (2018). *Varsity coaches' perceptions of formal evaluations.* (committee

56

10. Taylor, M. (2005). *Native American images as sports team mascots: From Chief Wahoo to Chief Illiniwek. Social Science - Dissertations and Theses.* Paper 14. (reader)

## THESIS ADVISEMENT (Ithaca College)

1. Carolan, M. (2012). *Conceptions of justice as found in the Olympic Project on Human Rights.* (committee member)
2. Cruz, Ryan. (2012). *Examining the male aesthetic in photos from three magazines.*
3. Jones, M. (2012). *Ambush marketing and the Olympic Games.* (committee member)
4. Mladenova, L. (2010-2012). *An Analysis of NCAA data about student-athlete academic performance.* (my role as advisor ended when I changed positions)

## MASTER'S PROJECTS & THESES (Drexel University, Reader)

1. Angell, S. (2014). *Defining a Hall of Famer: Removing the ambiguity surrounding baseball's highest honor.*
2. Auerbach, K. (2012). *Tweeting with a purpose: How Major League Baseball players can enhance the fan experience through Twitter.*
3. Baker, M. (2014). *Drexel Women's Basketball: Connecting former student-athletes with the Drexel University women's basketball program.*
4. Cooper, J. (2012). *The end of the umpire: Investigating instant replay in Major League Baseball.*
5. Croxton, W. (2013). *Have collective bargaining agreements improved competitive balance in the NBA?*
6. Fedele, C. (2014). *The implementation of pre-participation physical evaluations on incoming freshman athletes by on-campus sports medicine physicians at a Division I university.*
7. Julian, D. (2013). *Drexel athletics leadership academy: A proposal to Drexel University.*
8. Kachurovs'kyy, D. (2013). *Olympic ideals in the views of high performance swimmers from the Ukraine.*
9. Kulp, A. (2013). *Where is the money? Tools for coaches to improve fundraising at NCAA Division I institutions.*
10. Lieberman, J. (2012). *Social media usage by the ticket sales professional.*
11. McByran, K. (2014). *Assessing the stringency of penalties for NCAA violations related to banned substances among the top Division I and II men's basketball programs.*
12. McGrath, T. (2013). *Raising graduation rates in Division I football programs.*
13. Powell, D. (2012. *Active eats.*
14. Robertson, C. (2012). *Creative solutions to social media for college coaches.*
15. Rumolo, L. (2014). *The sociological motivations that trigger English football fans in hooliganism and the policies put in place to prevent the violence.*
16. Shefsky, M. (2013). *Three and out: Helmets off?*
17. Valenti, M. (2014). *Athletic development in the Ivy League: Fundraising strategies based on donor motivations and constraints.*
17. Weidensaul, T. (2013). *Effective strategies for improving NCAA Division I men's basketball players' motivations to succeed academically.*

## INDEPENDENT STUDY SUPERVISION (Ithaca College)
1. Young, J. (2011). *An analysis of NCAA athlete misbehavior & institutional punishments.*
2. Giserman, D., & Goshen-Szelia (2011). *Women in sport careers: Creating a national undergraduate network.*
3. Toledano, M. (2009, Spring). *Gender in the sport workplace.*
4. Carapreso, G. (2006). *A socio-historical examination of boxing in America.*
5. Baron, M. (2004, Spring). *A history of the Super Bowl.*

6. Pekkala, J. (2004, Fall). *Title IX and women's athletics.* (consultant only)
7. Robinson, C. (2001, Fall). *A measurements of the perceived image of the NBA: An insider's perspective.*
8. DiManno, J. (2001, Spring). *A generational study of women in sport media.*
9. Dorsch, M. (2000, Spring). *Talking sports: What gives women the right?*
10. Muenzen, K., Nickerson, J., & Vogel, S. (2000). *Can separate be equal? A content analysis of undergraduate views on athletic equality.*
11. Scafetta, A. (1999, Spring). *Media conglomerates and the future of sport television.*
12. Giardina, M., & Leiby, K. (1999, Spring). *Bias in sports media: A cross-cultural examination of the treatments and perceptions of Canadian and American ice hockey.* (consultant only)
13. Sathan, M. (1999, Spring). *Designing and producing a women's sports magazine.*
14. Eadie, D. (1998, Fall). *Women and ice hockey: Skating circles around gender.*
15. Rafferty, D. (1998, Spring). *Toe-to-toe: The sport of boxing.*
16. Goldstein, J. (1997, Fall). *Sport facility naming rights: A study of corporate naming rights relationships.* Paper received second place in the North American Society for Sport Management Student Paper Contest.
17. Miller, A. (1996, Fall). *An in depth examination of team dynamics and coach leadership styles.*
18. Schoonover, S. (1995, Fall). *The social-psychological underpinnings to sport psychology.*

## CONTINUING PROFESSIONAL DEVELOPMENT

2021 – Athlete Marketing Essentials NIL Certification
2020 – Association of Title IX Administrators (ATIXA) Athletics Compliance Certification
2014-16 - National Association of Athletics Compliance (NAAC) Online Education Certification
1999 – Attended Cleveland-Marshall College of Law, Cleveland OH while on sabbatical leave; audited classes in tort law, criminal law, civil procedure, legal research and writing, contracts, and property

## ITHACA COLLEGE SERVICE (1992-2011; 2020-present)
### All College Committees & Service

2021 -       - Faculty Council Representative, Park School of Communications (elected)
2021-       - Intercollegiate Athletics Gender Equity Committee
2021-       - Faculty Athletic Mentor, Women's Basketball
2010-2011 – Reviewer Coordinator, National Conference on Undergraduate Research
2008-2009 – Member, President's Strategic Visioning Process
        Served as one of 13 faculty, staff, students, and board members asked to facilitate brain storming sessions on campus
2009-2010 – Member, First Year Residence Hall Faculty Fellow 2005,
Spring – 2011, August – Member, Gender Equity Task Force 2006,
March – 2011, August – Member, All College Graduate Council 2004,
January-2005 – Member, President's Diversity Task Force
2005-2006 –Member, IC/Cortland Joint Presidential Task Force
2001-2003 - Leadership Scholarship Award Committee
2001 - Summer Grant Review Committee
1999 - Chair, Associate Director of Athletics Search Committee
1999 – 2008 - Center for Culture, Race, and Ethnicity Steering Committee  1998
- Vice-President for Development Search Committee
1994-1996 - Women's Studies Minor Program Committee (formerly Women's Studies Initiative)
        Executive Committee of Women's Studies Committee-1997-1999; 2008-2009
1994-1998 - Faculty Council (elected to Executive Committee - Fall, 1996 to 1998)
1997-1998 - Chair, Evaluation of Administrators Committee
1995-2004 - Discrimination Complaint Review Board
1997, Spring - Ithaca College Search Committee, Director of Athletics  1996,
Spring – 2000 Ithaca College Faculty Pre-Law Advisory Committee  1996 –

1999 Board of Student Publications - Faculty Representative

1997 Spring, Intramural Club Sport Committee
2001-2003 - Sexual Harassment Advisory Committee

**School of Health Sciences and Human Performance**
2008-2009 – Member, HSHP Internship Task Force
2007 – 2008 – Member, HSHP Dean's Assessment Task Force
2006 – 2011 – Member, HSHP Graduate Committee
2002-2003 –Department Chair Representative, HSHP Steering Committee
2001-2002 –  Departmental Representative, HSHP Steering Committee Faculty Survey on  Academic
      Advising
2001-2002 -  Member, HSHP Strategic Planning Committee
1996-1999 – Member, HSHP Personnel Committee
2000, Spring – Member, Task Force: Dept. of Exercise and Sport Sciences Structural Review
1998-2002 – Member, HSHP Hill Center Renovations Advisory Committee
1995-1996 –Member, HSHP Vision/Mission/Values Committee, Chair
2002, Fall - Member, Special Tenure Review Committee – Occupational Therapy 2005,
Fall - Member, Tenure Review Committee – HPPE, Fall

**Exercise & Sport Sciences/Sport Studies/Sport Management & Media Committees**
2010, Fall - SM&M Administrative Assistant Search Committee
2008-2009 – Member, SM&M Search Committee (sport management position)
2009 – Chair, SM&M Search Committee (sport media position)
2006-2007 – Chair, SM&M Personnel Committee
2005, Spring - Acting Chair, SM&M Department (sabbatic replacement)
2005, Spring – Chair, SM&M Search Committee (sport media position) – Spring, 2005  2005,
Spring; 2008, Fall – Member, SM&M Search Committee (sport management position)  2002,
Spring – Member, ESS Search Committee
2001-2003 – Member, SM&M Personnel Committee
1992-1993; 1997-1998; 2000-2001 – Member, ESS Personnel Committee
1995-1996; 1996-1997- Member, ESS Search Committee, Sport Sciences Position
1995-1996 – Chair, ESS Departmental Policies and Procedures Committee
1995-1996 – Member, ESS Search Committee, Department Chair

**Committee Assignments Prior to Fall, 1995**
1993 – Member, ESS Search Committee, Department Chair  1993,
Spring – Member, HSHP International Committee
1993-1996 – Member, College-Wide Academic Policies Committee (Policy Subcommittee)
1993-1994 – Chair, ESS Search Committee, Sport Sciences Position
1994-1995 – Member, HSHP School Retreat Planning Committee

**DREXEL UNIVERSITY SERVICE (Fall, 2011-2020)**
**University Committees**
2017-2018 -   2018 Morehead-Laurencin Sex and Gender Research Forum Planning Committee
2017-2019 -   Emeriti Review Committee (co-chair)
2016-present – Faculty Athletics Committee
2015-2016 -  Senate Committee - Faculty Affairs – Online Learning Council
2015-2018 – Senate Committee – Faculty Affairs
2015-2018 -  Faculty Senate – Senator (elected)
2015-2018 -  Tenure Appeals Committee
2014-2016 – UAC on Faculty Diversity
2014-2017 – Sabbatical Leave Committee (CHSM Representative)
2014-2018 – Faculty Senate – Faculty Affairs Committee (CHSM Representative)
2012-2013-  Faculty Senate – Alternate Senator (elected)

2012- 2013 –Member, Faculty Learning Community–Writing Across the Curriculum
2013, 2018 –Member, Writing Intensive Course Committee
2012, 2013 –STAR Mentor & Poster Evaluator

**College/Center Service**
 2018, September-2020 - LeBow COB Promotion & Tenure Committee (member)
 2018, February – 2020 - LeBow COB Undergraduate Curriculum Revision Committee (member)
 2018, September – 2020 – Lebow COB College Research & Curriculum Innovation Committee
 2016, August-December – HSM Tenure & Promotion Committee (chair)
 2016,  September-March – HSM Mid-Tenure Review Committee (chair)
 2016,  January to May – HSM NTT Promotion Committee (member)
 2016, January to May – HSM Tenure Review Committee (Chair)
 2015, September to September, 2016 – HSM Steering Committee (Chair)
 2014, September to May, 2015 – HSM Curriculum Committee
 2014, June to present – HSM Personnel Policies & Procedures
 2013, June 13 – Graduation Marshal
 2012, February 26 - Drexel Scholars Day
 2012, March 21 - Undergraduate Admission Program
 2012, January 27 -SoTAPS Strategic Plan Review
 2012, January 19 - Presentation to Goodwin Faculty Led Research Group

 **Departmental Committees**
 2017-2018 – Sport Management Teaching Faculty Review (chair)
 2017-2018 – Sport Management Faculty Search (NTE position) (chair)
 2015-2016 – SMT Program Alignment & Review (PAR) Committee
 2014, March-April – SMT Faculty Search (NTE position)
 2013, November 25 – Academic Standing Committee
 2013, November 25 – Bylaws Committee
 2013, October - SMT Student Welcome Back Event
 2012, October 11 - SMT Student Welcome Back Event
 2012 - Sport Management Faculty Search (Tenure Eligible Position) (chair)
 2012, Spring- Sport Management Faculty Search (NTE position)

**PROFESSIONAL SERVICE – Committee Work**
2017-2019 -  Diversity Committee, NASSM
2015-2016 – Book Award Committee, NASSS
2013-2014 – Chair, Graduate Student Paper Competition Committee, NASSM
2012-2013 – Chair, Distinguished Educator Award Committee, NASSM
2012-2013 – Member, Doctoral Dissertation Grant Award Committee, NASSM
2012-2014 – Member at Large, Executive Council, NASSM
2012-2016 - Program Abstract Reviewer, North American Society for Sport Management
2012-2013 – Member, Society for American Baseball Research (SABR) 43 Conference
        Program Committee (identified and organized seven people to serve as research
        presentation session moderators; organized a staff of 14 students and volunteers to assist
        with event operations; solicited gifts from three minor league baseball clubs in  Philadelphia
        area; edited articles for inclusion in SABR publication entitled *The National   Pastime*)
2011-present – Member, Cadence Cycling Foundation (Philadelphia, PA)
2011- Program Abstract Reviewer (Sport Management), AAHPERD Research Consortium
2010 - Member, Distinguished Lecturers Committee, AAHPERD Research Consortium
2009 – Member, Women's Leadership Symposium Steering Committee
2009-2010–Member, Finance Committee, NASSS
2009 – Program Abstract Reviewer, North American Society for  Sport  Management
2008 – Program Abstract Reviewer, North American Society for  Sport  Management
2008 – Chair, Special Committee to Improve the Conference, NASSS

2005-2007 – Member, NCAA Women's Final Four Local Organizing Committee, Cleveland, OH
2005 – Program Abstract Reviewer, North American Society for Sport Management
2004-2005 – Chair, Distinguished Service Award Committee, NASSS
2004-2005 – Chair, Task Force to Review Conference Program Manager Position, NASSS
2004-2005 – Member, Executive Committee, NASSS
2002 - Program Abstract Reviewer (Sport Management), AAHPERD Research Consortium  2002 – Member, Nominations Committee, NASSS
2002 – Conference Programme Session Organizer, NASSS
2001 - Program Abstract Reviewer (Sport Sociology), AAHPERD Research Consortium
2001 – Conference Programme Session Organizer, NASSS
2001 – Member, Nominations Committee, NASSS
2000 – 2010 – Member, Margaret Paulding Lecturer Committee
2000 – Representative, Nat'l Coalition on Racism in Sport & Media, Rainbow Sports Task Force
1999-2000 – Member, Conference Programme Committee, NASSS
1996 – Member, Journal Award Committee, NASSS
1994-1996, Member, Nominating Committee, North American Society for Sport Management

**National Offices Held**
2019-present:  Member, United States Olympic and Paralympic Committee, Ethics Committee
2006-2009:  President, AAHPERD Research Consortium.  As president, served as chair of these
   committees:  Ethics, Distinguished Service, Graduate Student Award, and Nominating
   Committee.  I also served as a member of the Strategic Planning and Budget Committees.
2002-2005: President, North American Society for the Sociology of Sport (NASSS)
1995-1997: Vice President for Leadership and Professional Development, National
   Association for Girls and Women in Sport
1995 – 2009: Member, Advisory Board, Women's Sports Foundation
1995 – 2006: Member, Panel of Program Reviewers.   NASPE/NASSM Sport Management
   Program Review Committee
1994 – 1996: Member, Interest & Counting Opportunities Steering Committee,
   NAGWS/NACWAA
1994- 1995:  President, NYSAHPERD Research in Higher Education Committee
1992-1998: Institutional Liaison, National Consortium for Academics and Sports

## SCHOLARSHIP/PROFESSIONAL SERVICE

**College Sport Research Institute (CSRI), University of South Carolina**– member of the Executive Board. In that role, I provide feedback regarding the institute's research agenda, outreach, and conference (2007 - present).

**2007 NCAA Women's Final Four Local Organizing Committee, Cleveland, OH** – during the twelve months prior to the 2007 NCAA Women's Final Four, the city of Cleveland sponsored programming focusing on girls and women's health, mentoring, leadership, and sport. I served on the Local Organizing Committee, providing guidance and direction relative to  programming resources at a national level.  I also co-chaired a Title IX Task Force which created  a three-and-a half day symposium along with a celebration of Title IX in its 35 [th] anniversary year.

**The Drake Group** - one of the founding members; participated actively in October, 1999 in the formation of this group.  Part of my involvement included attendance at the October, 1999 meeting in Des Moines, IA; follow up meeting in Des Moines in March, 2000; meeting in November, 2000 in Colorado Springs, CO; and participation in a teach-in on intercollegiate  athletic reform held at the University of Tennessee in February of 2001. In 2001 -2002, I attended  the meeting in Tulsa, OK in March.  I served as a member of the Executive Board from 2002-2008. In 2004-2005, I served as the conference program chair, coordinating efforts to host our first

**Calvert Group** - assisted in development of their Indigenous Peoples Investment Policy (section pertaining to mascots and imagery).

**Interfaith Center for Corporate Responsibility** - I served as a resource to Gary Brouse (Ponca), Director of Indigenous Peoples Programs, in the area of Native American mascots. This has involved participating in a number of meetings with corporate representatives from the British Petroleum (BP), Liz Claiborne Company, Major League Baseball, Time Warner, and the Coca-Cola Company. These meetings occurred during a span of time between July of 1999 and August of 2005.

**United States Commission on Civil Rights** - I served as a resource person for Patrick Duffy, assistant to Commissioner Elsie Meeks. Ms. Meeks (Lakota) proposed a resolution regarding Native American mascots which was passed in the spring of 2001.

**United States Department of Justice, Civil Rights Division (Educational Opportunities Section)** - following the Department of Justice's intervention on behalf of Native American children and their parents at Erwin High School in Buncombe County, South Carolina, served as a resource person for Lawrence R. Baca (senior trial attorney) (Pawnee), one of the DOJ lawyers assigned to that case. Since the spring of 1998, Mr. Baca and I have collaborated on a number of projects involving the mascot issue. (Note: I have also provided informational materials on the Native American mascot issue to the Ohio State Commission on Civil Rights and the New York State Attorney General's Office.)

### Conference Organizer, Host, or Program Chair

2020 – A WOMAN'S WORTH: The Impact of Women in the Sport Industry
2019 – Women in Sport: Calling the Shots & Leading the Way Conference
2017 - From Tommie Smith & John Carlos to Colin Kaepernick: A Conversation About Race
      Sport, Center for Sport Management & LeBow Pressure Points Series
2017 – Co-Chair & Panelist, ~~Tomboy:~~ Elevating the Conversation About Gender in Sport
2016 – Chair & Host, Drexel University College Athletes' Rights & Empowerment Conference
2015 – Host, Commission on Sport Management Accreditation (COSMA) Conference
2014 – Advisor, Drexel SMTSU Sport for Social Change Conference
2013 - Chair, Program Committee, NCAA Scholarly Colloquium
2013- Advisor, Drexel SMTSU Sport for Social Change Conference
2012 - Member, Program Committee, NCAA Scholarly Colloquium
2011 - Chair, Ithaca College Bid to Host 2016 NASSM Conference
2009 – Chair & Host, Sport, Sexuality & Culture Conference, Ithaca College
      (125 speakers from around the world, 1500 attendees)
2009 – Chair, AAHPERD Research Consortium Program
2007 – Co-Chair, Program Committee, Girls & Women Rock: Celebrating 35 Years of Sport &
      Title IX (held in conjunction with NCAA Women's Final Four in Cleveland;
      350 speakers & participants from around the world)
2007 – Chair, Program Committee, Academic Integrity & College Athletics in the 21st
      Century: On the Road to Disclosure? The Drake Group, Cleveland, OH
2006 – Chair, Program Committee, A Century of College Sport: A Turbulent Past, A
      Conflicted Present, A Brighter Future, The Drake Group, Indianapolis, IN
2005 – Chair, Program Committee, College Sport & The Academy: Getting Beyond the
      Problems & Finding Solutions, The Drake Group, St. Louis, MI
2005 – Chair, From Jack Johnson to Marion Jones: African-Americans in Sport Conference,
      Ithaca College (40 presenters from around the United States, 800 attendees)
2003-2004 - Chair, Programme Committee, North American Society for the Sociology of Sport

Conference, Montreal, Ontario, Canada

2002-2003 – Co-Chair &amp; Host, Programme Committee, North American Society for Sport Management Conference, Ithaca, NY

2002-2003 – Chair, Programme Committee, North American Society for the Sociology of Sport Conference, Indianapolis, IN

1999- 2011 - Chair &amp; Host, Careers in Sport Symposium, Ithaca College

1992-1994 – Coordinator, National Association for Girls &amp; Women in Sport (NAGWS) New York Links to Leadership Conference

## HONORS AND AWARDS

2021 – Park School of Communications Writing Award (Published Essay)

2021 – Fellow, National Academy of Kinesiology

2019 – Earle Zeigler Award Nominee, North American Society for Sport Management

2018 – Ithaca College – Board of Trustees (elected to two-year term representing the Alumni Association Board of Directors)

2018 – Earle Zeigler Award Nominee, North American Society for Sport Management

2017 – Earle Zeigler Award Nominee, North American Society for Sport Management

2017 – College Sport Research Institute Lifetime Achievement Award (research)

2016 – Earle Zeigler Award Nominee, North American Society for Sport Management

2015 – Earle Zeigler Award Nominee, North American Society for Sport Management

2014 - Earle Zeigler Award Nominee, North American Society for Sport Management

2013 – Earle Zeigler Award Nominee, North American Society for Sport Management

2013 – Drexel University STAR Professional Award (nominated by students)

2013- Ursinus College – Board of Trustees (elected to two four-year terms)

2013- Drexel University Goodwin College Dean's Faculty Award for Scholarship

2013- Fellow, North American Society for Sport Management

2012 – Earle Zeigler Award Nominee, North American Society for Sport Management

2011- Ursinus College – Henry P. and M. Page Laughlin Educator Alumni Award

2011- Ithaca College – HSHP Dean's Award for Excellence

2010 -Ithaca College – HSHP Dean's Award for Excellence

2009 -Ithaca College – Excellence in Teaching Award

2009- Earle Zeigler Award Nominee, North American Society for Sport Management

2008- National Residence Hall Honorary (NHRR – Ithaca) Faculty Member of the Month

2008 -National Association for Girls and Women in Sport President's Award

2008 -Women's Sports Foundation Research in Women's Sport &amp; Physical Activity Award

2007 - Faculty Appreciation Award (Ithaca College African-Latino Society)

2006 -Woman of Achievement Award (Ithaca College African-Latino Society)

2006 - Who's Who Among America's Teachers (nominated by Lauren Ferrett, '05)

2005 - Office of Multicultural Affairs, Faculty Appreciation Award, Ithaca College

2005 - Temple University Department of Sport and Recreation Outstanding Alumna Award

2004 - Who's Who Among America's Teachers (nominated by Dana Burlin, '03)

2003 - Keynote Speaker: Julia Reinstein Symposium Women's Studies Program, Elmira College

2002- Ithaca College – Excellence in Scholarship Award

2000- Faculty Appreciation Award (nominated by students)

2000 - Who's Who Among America's Teachers (nominated by Cheryl Wah,'99)

1999 - Nominated by colleagues, Excellence in Scholarship, Ithaca College

1999 - Fellow, AAHPERD Research Consortium

1998 - Young Alumni Achievement Award, Temple University

1996 - Margaret Paulding Lecturer, Eastern District - AAHPERD

1995 - Nominated by IC colleagues and students, Excellence in Teaching

## PROFESSIONAL MEMBERSHIPS AND ASSOCIATIONS

- ❖ American Association of University Professors (AAUP)
- ❖ American Association of University Women (AAUW)
- ❖ Commission on Sport Management Accreditation (COSMA)

- National Association of Athletic Compliance (NAAC)
- North American Society for the Sociology of Sport (NASSS)
- North American Society for Sport Management (NASSM)
- Service Employees International Union (SEIU)
- Society for American Baseball Research (SABR)
- Women's Sports Foundation (WSF)

**FACULTY ADVISOR STUDENT CLUBS**
- Drexel Shoe Club – 2019-2020
- Drexel Sport Management Student Union – 2011-2015
- Ithaca College Women in Sport Careers Club – 2009-2011
- Sport Administration and Leadership Club – 2008-2009
- IC Comedy Club – 2004-2006
- Men's Soccer Club – 2004-2011
- IC Floor Hockey Club – 2008-2011
- Women's Soccer Club 2003-2004; 2006-2007; 2008
- Sport Management Activity Club 2003-2005
- IC Educate – 2004-2005
- Native American Student Club 1999-2000
- Sport Sciences Club - Spring, 1993 to 1998
- Women's Circle - Fall, 1994 to 1996
- Women's Rugby - Spring, 1995 to 1998
- Men's Rugby - Spring, 1999

# EXHIBIT B

# BIBLIOGRAPHY

Boise State University.  (2021a).  Academic probation and dismissal policy 3000. Retrieved from PolicyManual_Sec03_03000_2021-06-29_PDF.pdf (d25vtythmttl3o.cloudfront.net)

Boise State University.  (2021b).  Student records.  Retrieved from https://www.boisestate.edu/registrar/home/general-information-and-policies/student-records/

Coleman, M. (2021, February 16). NCAA survey shows increase in mental health struggles among women, athletes of color in 2020. *SI.com.* Retrieved from https://www.si.com/college/2021/02/17/ncaa-fall-survey-shows-rise-mental-health-struggles

Goldberg, S. (2021). *Education in a pandemic: The disparate impacts of COVID-19 on America's students.* Washington, DC: United States Department of Education Office for Civil Rights. Retrieved from https://www2.ed.gov/about/offices/list/ocr/docs/20210608-impacts-of-covid19.pdf

NCAA. (2021). Mission and priorities. *NCAA.org.* Retrieved from https://www.ncaa.org/mission-and-priorities

NCAA Membership and Academic Services Staff. (2020). *NCAA Division I Manual – 2020-2021.* Indianapolis, IN: National Collegiate Athletic Association. Retrieved from https://www.ncaapublications.com/productdownloads/D121.pdf

NCAA Staff. (2021, July 31). NCAA Division I COVID-19 question and answer. Retrieved from https://ncaaorg.s3.amazonaws.com/compliance/d1/D1GOV_COVID-19QAGuide.pdf

Richert, K. (2021, May 16). Spring slump: Higher education enrollment continues to fall. *MagicValley.com.* Retrieved from https://magicvalley.com/news/local/education/spring-slump-higher-education-enrollment-continues-to-fall/article_7b9798b5-f131-51d6-8885-593fe66a8648.html