LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
DAYTON P. REED, ISB #10775
SCOTT ZANZIG, ISB #9361
CORY M. CARONE, ISB #11422
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
steven.olsen@ag.idaho.gov
dayton.reed@ag.idaho.gov
scott.zanzig@ag.idaho.gov
cory.carone@ag.idaho.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho, et al.<br><br>　　　　　　Defendants,<br>　and<br><br>MADISON KENYON, et al.,<br><br>　　　　　　Intervenors. | Case No. 1:20-cv-00184-DCN<br><br>Hon. David C. Nye<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General Cory M. Carone, co-counsel for Defendants, hereby withdraws as an attorney of record for Defendants and requests that his

name be removed as attorney of record.  Deputy Attorneys General Steven L. Olsen, Scott Zanzig, and Dayton P. Reed will continue as counsel of record for Defendants.

DATED:  April 14, 2022.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By  /s/ Cory M. Carone
Cory M. Carone
Deputy Attorney General

NOTICE OF WITHDRAWAL OF COUNSEL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
Aadika Jaspal Singh
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
REppink@acluidaho.org
asingh@acluidaho.org

James Esseks
Chase Strangio
AMERICAN CIVIL LIBERTIES FOUNDATION
garkles@aclu.org
jesseks@aclu.org
cstrangio@aclu.org

Catherine Ann West
LEGAL VOICE
cwest@legalvoice.org

Kathleen Hartnett
Andrew Barr
Julie Veroff
Elizabeth Reinhardt
Katelyn Kang
COOLEY LLP
khartnett@cooley.com
abarr@cooley.com
jveroff@cooley.com
ereinhardt@cooley.com
kkang@cooley.com

*Attorneys for Plaintiffs*

Matthew K. Wilde
BOISE STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
mattwilde@boisestae.edu

*Attorney for Defendants Boise State University and Marlene Tromp*

Roger G. Brooks
Kristen K. Waggoner
Jeffrey A. Shafer
Christiana M. Holcomb
ALLIANCE DEFENDING FREEDOM
rbrooks@ADFlegal.org
kwaggoner@ADFlegal.org
jshafer@ADFlegal.org
cholcomb@ADFlegal.org

Bruce D. Skaug
Raul R. Labrador
SKAUG LAW
bruce@skauglaw.com
raul@skauglaw.com

*Attorneys for Intervenors*

                                                */s/ Cory M. Carone*
                                                Cory M. Carone
                                                Deputy Attorney General