LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
SCOTT ZANZIG, ISB #9361
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:   (208) 334-2400
Facsimile:  (208) 854-8073
steven.olsen@ag.idaho.gov
scott.zanzig@ag.idaho.gov
dayton.reed@ag.idaho.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, and JANE DOE with her next friends JEAN DOE and JOHN DOE, <br><br>                    Plaintiffs, <br> v. <br><br> BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho, et al. <br><br>                    Defendants, <br>  and <br><br> MADISON KENYON, et al., <br><br>                    Intervenors. | Case No. 1:20-cv-00184-DCN <br><br> Hon. David C. Nye <br><br> **STIPULATION TO DISMISS BOISE SCHOOL DISTRICT DEFENDANTS** |

The parties, through their undersigned counsel, agree as follows:

1. The complaint in this case (Dkt. 1) alleges claims on behalf of two plaintiffs: Lindsay Hecox and Jane Doe.  The complaint alleges claims against nine defendants or categories of defendants: Governor Little; Sherri Ybarra; members of the State Board of Education; Boise

State University; Marlene Tromp; the Independent School District of Boise City #1; Coby Dennis; members of the Independent School District of Boise City #1; and members of the Idaho Code Commission.

2. The claims against the Independent School District of Boise City #1, Coby Dennis, and members of the Independent School District of Boise City #1 are claims alleged solely on behalf of Jane Doe.

3. As the Ninth Circuit's June 24, 2021 Order indicates, the "parties agree that Jane Doe's claim is now moot because she graduated from [Boise High School] and is planning to attend college out of state." Order at 2 n.1.

4. Accordingly, all claims in this case against the Independent School District of Boise City #1, Coby Dennis, and members of the Independent School District of Boise City #1 should be dismissed without prejudice, and the Court's entry of preliminary injunctive relief against these defendants should be vacated. The parties stipulate only to vacatur of the entry of preliminary injunctive relief against these defendants; the present stipulation does not extend to or request vacatur of the Court's Memorandum Decision.

5. A dismissal of the claims against the Independent School District of Boise City #1, Coby Dennis, and members of the Independent School District of Boise City #1 should have no effect on Lindsay Hecox's claims against the remaining defendants.

6. The parties agree to defer motions practice for attorneys' fees concerning the Independent School District of Boise #1, Coby Dennis, and members of the Independent School District of Boise City #1 until final judgment concerning all claims and all Defendants in this case is entered. Independent School District of Boise #1, Coby Dennis, and members of the

Independent School District of Boise City #1 do not concede that the plaintiffs are entitled to an award of attorneys' fees by agreeing to defer motions practice for attorneys' fees.

7. Accordingly, the parties ask this Court to enter an Order:

a. dismissing without prejudice all claims in this case against the Independent School District of Boise City #1, Coby Dennis, and members of the Independent School District of Boise City #1;

b. vacating the entry of preliminary injunctive relief against the Independent School District of Boise City #1, Coby Dennis, and members of the Independent School District of Boise City #1; and

c. staying Plaintiff's deadline to file a fees motion concerning the Independent School District of Boise #1, Coby Dennis, and members of the Independent School District of Boise City #1 until final judgment concerning all claims and all Defendants has been entered.

DATED this 7th day of July, 2022.

By: /s/ Kathleen Hartnett
    KATHLEEN HARTNETT
    *Counsel for Plaintiffs*

By: /s/ W. Scott Zanzig
    W. SCOTT ZANZIG
    Deputy Attorney General
    *Counsel for Defendants*

By: /s/ Roger E. Brooks
    ROGER E. BROOKS
    *Counsel for Intervenors*

STIPULATION TO DISMISS
BOISE SCHOOL DISTRICT DEFENDANTS - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Eppink
Aadika Jaspal Singh
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
REppink@acluidaho.org
asingh@acluidaho.org

James Esseks
Chase Strangio
AMERICAN CIVIL LIBERTIES FOUNDATION
jesseks@aclu.org
cstrangio@aclu.org

Catherine Ann West
LEGAL VOICE
cwest@legalvoice.org

Kathleen Hartnett
Andrew Barr
Julie Veroff
Elizabeth Reinhardt
Katelyn Kang
COOLEY LLP
khartnett@cooley.com
abarr@cooley.com
jveroff@cooley.com
ereinhardt@cooley.com
kkang@cooley.com

*Attorneys for Plaintiffs*

Matthew K. Wilde
BOISE STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
mattwilde@boisestae.edu

*Attorney for Defendants Boise State University and Marlene Tromp*

Roger G. Brooks
Kristen K. Waggoner
Jeffrey A. Shafer
Christiana M. Holcomb
ALLIANCE DEFENDING FREEDOM
rbrooks@ADFlegal.org
kwaggoner@ADFlegal.org
jshafer@ADFlegal.org
cholcomb@ADFlegal.org

Bruce D. Skaug
Raul R. Labrador
SKAUG LAW
bruce@skauglaw.com
raul@skauglaw.com

*Attorneys for Intervenors*

                                        */s/ W. Scott Zanzig*
                                        W. SCOTT ZANZIG
                                        Deputy Attorney General