**FILED**

AUG 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, | No. 20-35813 |
| Plaintiffs-Appellees, | D.C. No. 1:20-cv-00184-DCN District of Idaho, Boise |
| v. | |
| BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| MADISON KENYON; MARY MARSHALL, | |
| Intervenors. | |
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, | No. 20-35815 |
| Plaintiffs-Appellees, | D.C. No. 1:20-cv-00184-DCN District of Idaho, Boise |
| v. | |
| BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., | |
| Defendants, | |
| and | |

MADISON KENYON; MARY MARSHALL,

        Intervenors-Appellants.

Before: KLEINFELD, WARDLAW, and GOULD, Circuit Judges.

The motion of Intervenors-Appellants for leave to file a supplemental brief is GRANTED. Within fourteen (14) days of this order, Intervenors shall file a supplemental brief not to exceed fifteen (15) pages, double-spaced, addressing the question of whether the district court correctly determined the mootness issue. Plaintiffs may file a supplemental reply brief not exceeding fifteen (15) pages, double-spaced, no later than September 16, 2022.