Kathleen Hartnett*
Julie M. Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com
jveroff@cooley.com

Andrew Barr*
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO  80021-8023
T: (720) 566-4000
F: (720) 566-4099
abarr@cooley.com

Katelyn Kang*
55 Hudson Yards
New York, NY 10001-2157
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth Reinhardt*
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Aadika Jaspal Singh (Bar No. 11676)
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750 ext. 1208
ASingh@acluidaho.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.,
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Catherine West*
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
T: (206) 682-9552
F: (206) 682-9556
cwest@legalvoice.org

*Attorneys for Plaintiffs*
\* Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al.,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>BRADLEY LITTLE, et al.,<br><br>　　　　　*Defendants*. | Case No.: 1:20-cv-00184-DCN<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FROM WITHIN THE FIRM** |

TAKE NOTICE that Aadika Singh, of the American Civil Liberties Union of Idaho Foundation is now substituted as the designated local co-counsel for Plaintiffs' pro hac vice admittees; and that Richard Eppink should be terminated as counsel of record for Plaintiffs as of this date.

Dated this 5th day of October, 2022.

AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION

/s/ Aadika Singh
Aadika Singh

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Bruce D. Skagg (bruce@skauglaw.com)
Roger G. Brooks
(rbrooks@ADFlegal.org)
Kristin Waggoner
(kwaggoner@ADFlegal.org)
Raul R. Labrador (raul@skauglaw.com)
Christiana Holcomb
(cholcomb@ADFlegal.org)

*Attorneys for Intervenors*

Cory M. Carone
(cory.carone@ag.idaho.gov
Steven L. Olsen
(steven.olsen@ag.idaho.gov)
W. Scott Zanzig
(scott.zanzig@ag.idaho.gov)
Dayton P. Reed
(dayton.reed@ag.idaho.gov)
Matthew K. Wilde
(mattwilde@boisestate.edu)

*Attorneys for Defendants*

*/s/ Aadika Singh*
Aadika Singh