Kathleen Hartnett*
Julie M. Veroff*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000 F:
(415) 693-2222
khartnett@cooley.com
jveroff@cooley.com

Andrew Barr*
COOLEY LLP
380 Interlocken Crescent, Ste. 900
Broomfield, CO 80021-8023
T: (720) 566-4000
F: (720) 566-4099
abarr@cooley.com

Katelyn Kang*
Cooley LLP - Library
55 Hudson Yards
New York, NY 10001-2157
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth Reinhardt*
Cooley, LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Aadika Jaspal Singh (Bar No. 11676)
AMERICAN CIVIL LIBERTIES UNION OF IDAHO
FOUNDATION
910 W Main Street
Suite 248
Boise, ID 83702
907-331-7481
Email: asingh@acluidaho.org

Selim Aryn Star (Bar No. 7636)
AMERICAN CIVIL LIBERTIES UNION OF IDAHO
FOUNDATION
COOPERATING ATTORNEY FOR AMERICAN CIVIL
LIBERTIES UNION OF IDAHO FOUNDATION
219 S. River Street, Suite 202
Hailey, Idaho 83333
T: (208)788-9232
Service.starlawoffice@gmail.com

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.,
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Catherine West*
LEGAL VOICE
907 Pine Street, Unit 500
Seattle, WA 98101
T: (206) 682-9552
F: (206) 682-9556
cwest@legalvoice.org


*Attorneys for Plaintiffs*
\* Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., | Case No.: 1:20-cv-00184-DCN |
| *Plaintiffs*, | Hon. David C. Nye |
| v. | **NOTICE OF APPEARANCE FOR PLAINTIFFS** |
| BRADLEY LITTLE, et al., | |
| *Defendants*. | |

TAKE NOTICE that Selim Aryn Star, cooperating attorney of the American Civil Liberties Union of Idaho Foundation hereby give notice of appearance on behalf of the plaintiffs Linday Hecox, Jane Doe, Jean Doe and John Doe. All notices can be sent to the attorney's contact information as noted above.

Dated January 31, 2023.

                                              AMERICAN CIVIL LIBERTIES UNION
                                              OF IDAHO FOUNDATION

                                              /s/ Selim Aryn Star

                                              Selim Aryn Star – Cooperating Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Bruce D. Skagg (bruce@skauglaw.com)
Roger G. Brooks
(rbrooks@ADFlegal.org)
Kristin Waggoner
(kwaggoner@ADFlegal.org)
Raul R. Labrador (raul@skauglaw.com)
Christiana Holcomb
(cholcomb@ADFlegal.org
Christiana M. Kiefer
(ckiefer@adflegal.org)
*Attorneys for Intervenors*

Steven L. Olsen
(steven.olsen@ag.idaho.gov)
W. Scott Zanzig
(scott.zanzig@ag.idaho.gov)
Dayton P. Reed
(dayton.reed@ag.idaho.gov)
Matthew K. Wilde
(mattwilde@boisestate.edu)
Brian V. Church
(brian.church@ag.idaho.gov)

*Attorneys for Defendants*

*/s/ Selim Aryn Star*
Selim Aryn Star