FILED

JAN 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, Plaintiffs-Appellees, v. BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., Defendants-Appellants, and MADISON KENYON; MARY MARSHALL, Intervenors. | No. 20-35813 D.C. No. 1:20-cv-00184-DCN District of Idaho, Boise ORDER |
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, Plaintiffs-Appellees, v. BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., Defendants, and MADISON KENYON; MARY | No. 20-35815 D.C. No. 1:20-cv-00184-DCN |

2

MARSHALL,

Intervenors-Appellants.

Before: KLEINFELD, WARDLAW, and GOULD, Circuit Judges.

All parties are directed to file supplemental letter briefs identifying the claims that remain for decision in this appeal and citing any legal authority issued since May 2021 that bears on those claims. The briefs shall be filed within 21 days of this Order and are not to exceed 5,000 words.

**IT IS SO ORDERED.**

Case 1:20-cv-00184-DCN Document 138, Filed 01/30/23, Page 2 of 2