UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, <br><br>　　　　Plaintiffs-Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,<br><br>　　　　Defendants-Appellants,<br><br> and<br><br>MADISON KENYON; MARY MARSHALL,<br><br>　　　　Intervenors. | No.　20-35813<br><br>D.C. No. 1:20-cv-00184-DCN<br>District of Idaho,<br>Boise<br><br>ORDER |
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe,<br><br>　　　　Plaintiffs-Appellees,<br><br> v.<br><br>BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al.,<br><br>　　　　Defendants,<br><br> and<br><br>MADISON KENYON; MARY | No.　20-35815<br><br>D.C. No. 1:20-cv-00184-DCN |

2

MARSHALL,

      Intervenors-Appellants.

Before: WARDLAW, GOULD, and CHRISTEN, Circuit Judges.

Appellees are directed to file a response to Appellants' petition for rehearing en banc (Dkt. 220), filed on August 31, 2023, and Intervenors' petition for rehearing en banc (Dkt. 219), filed on August 31, 2023. The response shall not exceed fifteen (15) pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order.

    **IT IS SO ORDERED.**