Kathleen Hartnett*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
T: (617) 937-2300
F: (617) 937-2400

Selim Aryn Star (Bar No. 7636)
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
COOPERATING ATTORNEY FOR AMERICAN
CIVIL LIBERTIES UNION OF IDAHO
FOUNDATION
219 River Street, Suite 202
Hailey, ID 83333
T: (208) 788-9232
service.starlawoffice@gmail.com

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Kelly O'Neil (Bar No. 9303)
LEGAL VOICE
P.O. Box 5021
Boise, ID 83705
T: (208) 649-4942
*Service is accepted electronically at:*
koneil@legalvoice.org

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., | Case No.: 1:20-cv-00184-CWD |
| *Plaintiffs*, | |
| v. | |
| BRADLEY LITTLE, et al., | |
| *Defendants*. | |

PLEASE TAKE NOTICE that going forward Plaintiffs will no longer be represented by Julie M. Veroff. Because Plaintiffs will continue to be represented by attorneys from ACLU, Cooley LLP and Legal Voice, Plaintiffs do not expect that withdrawal of Ms. Veroff will cause any disruption in this matter.

Dated: December 4, 2023

*/s/ Kathleen R. Hartnett*
Kathleen R. Hartnett
COOLEY LLP

## CERTIFICATE OF SERVICE

I, Kathleen Hartnett, do hereby certify that on this 4th day of December 2023, I electronically filed a true and exact copy of the foregoing document with the Clerk of Court and all parties using the CM/ECF System.

*/s/ Kathleen R. Hartnett*
Kathleen R. Hartnett
COOLEY LLP

294871243