**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDSAY HECOX; JANE DOE, with her next friends Jean Doe and John Doe, | No. 20-35813 |
| | D.C. No. 1:20-cv-00184-DCN |
| *Plaintiffs-Appellees,* | |
| v. | |
| BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; SHERRI YBARRA, in her official capacity as the Superintendent of Public Instruction of the State of Idaho and as a member of the Idaho State Board of Education; INDIVIDUAL MEMBERS OF THE STATE BOARD OF EDUCATION, in their official capacities; BOISE STATE UNIVERSITY; MARLENE TROMP, in her official capacity as President of Boise State University; INDEPENDENT SCHOOL DISTRICT OF BOISE CITY, # 1; COBY DENNIS, in his official capacity as superintendent of the Independent School District of Boise City #1; INDIVIDUAL MEMBERS OF THE BOARD OF TRUSTEES OF | ORDER |

THE INDEPENDENT  SCHOOL
DISTRICT OF BOISE CITY, # 1; in
their official capacities; INDIVIDUAL
MEMBERS OF THE IDAHO CODE
COMMISSION, in their official
capacities,

> *Defendants-Appellants*,
  and

MADISON KENYON; MARY
MARSHALL,

> *Intervenors*.

LINDSAY HECOX; JANE DOE, with
her next friends Jean Doe and John
Doe,

> *Plaintiffs-Appellees*,
  v.

BRADLEY LITTLE, in his official
capacity as Governor of the State of
Idaho; SHERRI YBARRA, in her
official capacity as the Superintendent
of Public Instruction of the State of
Idaho and as a member of the Idaho
State Board of Education;
INDIVIDUAL MEMBERS OF THE
STATE BOARD OF EDUCATION,
in their official capacities; BOISE

No. 20-35815

D.C. No. 1:20-cv-
00184-DCN

Case: 1:20-cv-00184-DCN, Document 121, Filed 04/29/24, Page 3 of 4

STATE UNIVERSITY; MARLENE
TROMP, in her official capacity as
President of Boise State University;
INDEPENDENT SCHOOL
DISTRICT OF BOISE CITY, # 1;
COBY DENNIS, in his official
capacity as superintendent of the
Independent School District of Boise
City #1; INDIVIDUAL MEMBERS
OF THE BOARD OF TRUSTEES OF
THE INDEPENDENT  SCHOOL
DISTRICT OF BOISE CITY, # 1; in
their official capacities; INDIVIDUAL
MEMBERS OF THE IDAHO CODE
COMMISSION, in their official
capacities,

                    *Defendants*,
  and

MADISON KENYON; MARY
MARSHALL,

                    *Intervenors-Appellants*.

Filed April 29, 2024

Before:  Kim McLane Wardlaw, Ronald M. Gould, and
Morgan Christen, Circuit Judges.

Case 1:20-cv-00184-DCN  Document 121  Filed 04/29/24  Page 4 of 4

4                         HECOX V. LITTLE

# SUMMARY[*]

## Equal Protection/Transgender Status

In light of the Supreme Court's decision in *Labrador v. Poe*, No. 23A763, slip op. (U.S. Apr. 15, 2024), the panel withdrew its opinions filed on August 17, 2023, published at *Hecox v. Little*, 79 F.4th 1009 (9th Cir. 2023) (affirming the district court's order preliminary enjoining Idaho's Fairness in Women's Sports Act, a categorical ban on the participation of transgender women and girls in women's student athletics), with an amended opinion to follow in due course.

# ORDER

The opinions filed on August 17, 2023 (Dkt. No. 218), published at *Hecox v. Little*, 79 F.4th 1009 (9th Cir. 2023), are withdrawn in light of the Supreme Court's decision in *Labrador v. Poe*, No. 23A763, slip op. (U.S. Apr. 15, 2024). An amended opinion will follow in due course.

**IT IS SO ORDERED**.

---

[*] This summary constitutes no part of the opinion of the court.  It has been prepared by court staff for the convenience of the reader.