UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 01 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe, | No. 20-35813 |
| Plaintiffs - Appellees, | D.C. No. 1:20-cv-00184-DCN<br>U.S. District Court for Idaho, Boise |
| v. | **ORDER** |
| BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho; et al., | |
| Defendants - Appellants, | |
| and | |
| MADISON KENYON and MARY MARSHALL, | |
| Intervenors. | |

| | |
|---|---|
| LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe, | No. 20-35815 |
| Plaintiffs - Appellees, | D.C. No. 1:20-cv-00184-DCN<br>U.S. District Court for Idaho, Boise |
| v. | |
| BRADLEY LITTLE, in his official capacity as Governor of the State of | |

Idaho; et al.,

    Defendants,

and

MADISON KENYON and MARY MARSHALL,

    Intervenors - Appellants.

The mandate issued on July 01, 2024 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT