RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRADLEY, LITTLE, et al., <br><br> Defendants, <br><br> and <br><br> MADISON KENYON and MARY MARSHALL, <br><br> Intervenors. | Case No. 1:20-cv-00184-DCN <br><br> **STIPULATION FOR TWO-DAY EXTENSION** |

Plaintiffs,[1] Defendants,[2] and Intervenors[3] (collectively, the Parties) stipulate to and move the Court for a two-day extension to file the stipulation and notice contemplated by the Court's Docket Entry Order at Dkt. 131. The Parties are currently finalizing a stipulation that addresses the three topics identified in Dkt. 131 and the status of the intervenors. However, the Parties request a two-day extension to permit their counsel to engage in additional discussions to resolve an outstanding issue.

(Stipulation continued on the next page)

---

[1] Plaintiffs: Lindsay Hecox and Jane Doe, with her next friends Jean Doe and John Doe.

[2] Defendants: Governor Little, State Superintendent Critchfield, members of the State Board of Education, Boise State University, President Tromp, Independent School District of Boise City #1, Boise Superintendent Lisa Roberts, the members of the Board of Trustees of Independent School District of Boise City #1, and the members of the Idaho Code Commission.

[3] Intervenors: Madison Kenyon and Mary Marshall.

STIPULATION FOR TWO-DAY EXTENSION – 1

SO STIPULATED AND DATED: August 19, 2024

| For Plaintiffs<br>COOLEY LLP<br><br>By:    /s/ *Kathleen Hartnett*    <br>          KATHLEEN HARTNETT<br><br>AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION<br><br>By:    /s/ *Emily Croston*    <br>          EMILY CROSTON<br><br>*Attorneys for Plaintiffs* | For Defendants<br>STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL<br><br>By:    /s/ *Brian V. Church*    <br>          BRIAN V. CHURCH<br>          Lead Deputy Attorney General<br><br>*Attorney for Defendants* |
|---|---|
| For Intervenors<br><br>ALLIANCE DEFENDING FREEDOM<br><br>By:    /s/ *Lincoln Davis Wilson*    <br>          LINCOLN DAVIS WILSON<br><br>*Attorney for Intervenors* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Kathleen Hartnett
khartnett@cooley.com

James Esseks
jesseks@aclu.org

Andrew Barr
abarr@cooley.com

Chase Strangio
cstrangio@aclu.org

Dina M. Flores-Brewer
dfloresbrewer@acluidaho.org

Elizabeth Reinhardt
ereinhardt@cooley.com

Katelyn Kang
kkang@cooley.com

Kelly O'Neil
koneil@legalvoice.org

Selim Aryn Star
Service.starlawoffice@gmail.com

Lincoln Davis Wilson
lwilson@adflegal.org

Christiana M. Kiefer
ckiefer@adflegal.org

Kristen K. Waggoner
kwaggoner@adflegal.org

Roger G. Brooks
rbrooks@adflegal.org

*Attorneys for Plaintiffs*          *Attorneys for Intervenors*

                                                              /s/ *Brian V. Church*
                                                              BRIAN V. CHURCH