Kathleen Hartnett*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
T: (617) 937-2300
F: (617) 937-2400

Selim Aryn Star (Bar No. 7636)
AMERICAN CIVIL LIBERTIES
UNION OF IDAHO FOUNDATION
COOPERATING ATTORNEY FOR AMERICAN
CIVIL LIBERTIES UNION OF IDAHO
FOUNDATION
219 River Street, Suite 202
Hailey, ID 83333
T: (208) 788-9232
service.starlawoffice@gmail.com

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Kelly O'Neil (Bar No. 9303)
LEGAL VOICE
P.O. Box 5021
Boise, ID 83705
T: (208) 649-4942
*Service is accepted electronically at:*
koneil@legalvoice.org

Paul C. Southwick (ISB No. 12439)
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
T: (208) 344-9750
psouthwick@acluidaho.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRADLEY LITTLE, et al.,<br><br>*Defendants*. | Case No.: 1:20-cv-00184-DCN<br><br>NOTICE OF WITHDRAWAL |

PLEASE TAKE NOTICE that going forward Plaintiffs will no longer be represented by Dina Flores-Brewer. Because Plaintiffs will continue to be represented by attorneys from ACLU, ACLU of Idaho, Cooley LLP and Legal Voice, Plaintiffs do not expect that withdrawal of Dina Flores-Brewer will cause any disruption in this matter.

Dated: August 22, 2024                              */s/ Paul C. Southwick*
                                                    Paul C. Southwick
                                                    ACLU of Idaho
                                                    Foundation