UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., | Case No. 1:20-cv-00184-DCN |
| Plaintiffs, | **ORDER MODIFYING PRELIMINARY INJUNCTION** |
| v. | |
| BRADLEY, LITTLE, et al., | |
| Defendants, | |
| and | |
| MADISON KENYON and MARY MARSHALL, | |
| Intervenors. | |

The Court has entered an Order (Dkt.137) concerning the Parties' (Plaintiffs, Defendants, and Intervenors) Stipulation to Dismiss Jane Doe's Claims, to Dismiss Boise School District Defendants, to Dismiss Intervenors, to Modify Preliminary Injunction, and to Stay Proceedings ("Stipulation"). Dkt. 135. In that Order, the Court granted the Parties' Stipulation to modify the preliminary injunction.

Therefore, the Court's preliminary injunction (Dkt. 63 at 87) is **MODIFIED** as follows, and the following preliminary injunction is now entered:

(1). With respect to Plaintiff Lindsay Hecox, and only as to Plaintiff Lindsay Hecox;

(2). Defendants Governor Little, the Individual Members of the State Board of Education, and Boise State University President Tromp; as well as their

officers, agents, employees, attorneys, and any person who is in active concert or participation with them; are **preliminarily enjoined** from enforcing the Fairness in Women's Sports Act, Idaho Code §§ 33-6201 through 33-6206, H.B. 500 (2020);

(3). This preliminary injunction shall remain in effect until this Court issues an order modifying or dissolving it, or until entry of a final judgment in this case as to Defendants Governor Little, the Individual Members of the State Board of Education, and Boise State University President Tromp, *but* not later than entry of a final judgment in this case as to Defendants Governor Little, the Individual Members of the State Board of Education, and Boise State University President Tromp.

**IT IS SO ORDERED.**

DATED: August 22, 2024

David C. Nye
Chief U.S. District Court Judge