Kathleen R. Hartnett*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com

Katelyn L. Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

Elizabeth F. Reinhardt*
COOLEY LLP
500 Boylston Street
Boston, MA 02116
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Selim Aryn Star
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
Cooperating Attorney for ACLU of Idaho
Foundation
219 S. River St., Suite 202
Hailey, ID 83333
T: (208) 788-9232
service.starlawoffice@gmail.com

Paul C. Southwick
Emily M. Croston
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
T: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Kelly O'Neill
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
T: (208) 649-4942
koneill@legalvoice.org


*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSAY HECOX, et al., | Case No. 1:20-cv-00184-DCN |
| *Plaintiffs*, | Hon. David C. Nye |
| v. | **PLAINTIFF LINDSAY HECOX'S NOTICE OF VOLUNTARY DISMISSAL** |
| BRADLEY LITTLE, et al., | |
| *Defendants*. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lindsay Hecox, by

and through her undersigned counsel, hereby voluntarily dismisses Defendants and Intervenors,

and all her claims against them, from the above-captioned action with prejudice.[1]

Dated: September 2, 2025

Respectfully submitted,

/s/ *Kathleen R. Hartnett*

Paul C. Southwick
Emily M. Croston
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
T: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

James Esseks*
Chase Strangio*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
T: (212) 549-2569
jesseks@aclu.org
cstrangio@aclu.org

Kelly O'Neill
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
T: (208) 649-4942
koneill@legalvoice.org

Selim Aryn Star
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
Cooperating Attorney for ACLU
of Idaho Foundation
219 S. River St., Suite 202
Hailey, ID 83333
T: (208) 788-9232
service.starlawoffice@gmail.com

Kathleen R. Hartnett*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
khartnett@cooley.com

Elizabeth F. Reinhardt*
COOLEY LLP
500 Boylston Street
Boston, MA 02116
T: (617) 937-2300
F: (617) 937-2400
ereinhardt@cooley.com

Katelyn L. Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001
T: (212) 479-6000
F: (212) 479-6275
kkang@cooley.com

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

---

[1] Intervenors were dismissed from this action on August 22, 2024. ECF No. 137. Plaintiff includes Intervenors in this notice in an abundance of caution and because Intervenors are listed in the caption of the Supreme Court proceeding *Little v. Hecox*, No. 24-38.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2025, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all

counsel registered to receive service through the Court's CM/ECF system.


*/s/ Kathleen R. Hartnett*
Kathleen R. Hartnett