# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 20, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

  Re: Bradley Little, Governor of Idaho, et al.
    v. Lindsay Hecox, et al.
    No. 24-38
    (Your No. 20-35813, 20-35815)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  Respondent's request that the Court dismiss the case as moot is deferred pending oral argument. See *Acheson Hotels*, *LLC* v. *Laufer*, 601 U. S. 1, 4 (2023).

        Sincerely,

        **Scott S. Harris**, Clerk